AO 440 (Rev. 8/01) Summons in a Civil Action

**FILED**
DISTRICT COURT OF GUAM
OCT - 5 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

**SUMMONS IN A CIVIL CASE**

TIFFANY ANNE NICHOLSON

V.

HYANNIS AIR SERVICE, INC.
dba CAPE AIR,

CASE NUMBER: **06-00027**

TO: (Name and address of Defendant)

HYANNIS AIR SERVICE, INC. dba CAPE AIR
c/o Mary Quinata
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Bldg.
134 West Soledad Avenue
Hagatna, Guam 96910

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE J. TEKER, ESQ.
TEKER TORRES & TEKER, P.C.
130 Aspinall Avenue, Suite 2A
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within **TWENTY (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK _/s/ Hernando_

(By) DEPUTY CLERK

DATE SEP 28 2006

**ORIGINAL**

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 09/29/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Thomas J. Sablan | Recoveries Services Plus |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Carlsmith Ball LLP Ste 401 Bank of Hawaii Bldg Hagatna

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/04/06
             Date

*Signature of Server*

PO Box 375 Hogatna, Gu. 96932
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.