TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff
*Tiffany Anne Nicholson*

FILED
DISTRICT COURT OF GUAM
DEC 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>d.b.a. CAPE AIR,<br><br>Defendant, | CIVIL CASE NO. CV 06-00027<br><br>**STIPULATION TO CONTINUE<br>SCHEDULING CONFERENCE** |

**WHEREAS**, on November 3, 2006 a Scheduling Notice was filed in the District Court of Guam setting a Scheduling Conference in the above-captioned case for Wednesday, December 27, 2006 at 10:00 a.m., and

**WHEREAS**, Plaintiff's Counsel will be in Oregon at that time,

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto that the Scheduling Conference currently scheduled for December 27, 2006 is hereby continued to Wednesday, January 17, 2007 at 10:00 a.m.

///

ORIGINAL

STIPULATED BY:

TEKER TORRES & TEKER, P.C.

Dated: December 22, 2006.    By /s/ *for* Phillip Torres
PHILLIP TORRES, ESQ.
*Attorneys for Plaintiff*


CARLSMITH BALL, LLP

Dated: December 26, 2006.    By /s/ Elyze McDonald
ELYZE J. T. MCDONALD, ESQ.
*Attorney for Defendant*

*Tiffany Anne Nicholson vs. Hyannis Air Service, Inc., etc.*
District Court of Guam Civil Case No. 06-00027

M:\COMMON\USERS\CLIENT FOLDERS\#PLEADINGS\NICHOLSON, TIFFANY -Wrongful Termination\009 STIPULATION.wpd