**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff
*Tiffany Anne Nicholson*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| TIFFANY ANNE NICHOLSON, | ) | CIVIL CASE NO. 06-00027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER RE: CONTINUANCE OF** |
| | ) | **SCHEDULING CONFERENCE** |
| HYANNIS AIR SERVICE, INC. | ) | |
| d.b.a. CAPE AIR, | ) | |
| | ) | |
| Defendant, | ) | |

Good cause appearing therefore, and based upon the Stipulation of the parties,

**IT IS HEREBY ORDERED** that the Scheduling Conference currently scheduled in the above-captioned case for December 27, 2006, is continued to *Wednesday, January 17, 2007, at 9:30 a.m.*

**SO ORDERED:** December 27, 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**