

**FILED**
DISTRICT COURT OF GUAM
JAN 17 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>d.b.a. CAPE AIR,<br><br>Defendant. | Civil Case No. 06-00027<br><br><br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE        ( ) PRELIMINARY PRETRIAL CONFERENCE
(January 17, 2007, at 9:40 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Phillip Torres. Appearing on behalf of the Defendant was Elyze J.T. McDonald.

Judge Manibusan approved and signed, without changes, the Joint Scheduling Order and Discovery Plan submitted by the parties.

Judge Manibusan inquired whether the trial will involve off-island witnesses, and counsel acknowledged that some witnesses reside off-island. Judge Manibusan then asked whether counsel had taken these witnesses' respective schedules into consideration in formulating the proposed schedule such that the parties will actually be trial ready by the October trial date. Counsel stated that this factor was considered in coming to the agreed upon schedule.

**ORIGINAL**

     Mr. Torres stated that he would likely need to send out more interrogatories than permitted under the federal rules and local rules, which capped the number of interrogatories to 25 without leave of court or stipulation of the parties. Ms. McDonald stated that the Defendant would not consent to increased number of interrogatories at this time. Judge Manibusan then stated that the Plaintiff would have to file an appropriate motion if he still wished to increase the number of interrogatories he may serve.

     Judge Manibusan advised counsel to file the appropriate motion when the parties believe they are ready to submit the matter for a settlement conference.

     The conference concluded at 9:46 a.m.

Dated: January 17, 2007.

*[signature]*
JUDITH P. HATTORI
Law Clerk