TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff
*Tiffany Anne Nicholson*

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, ) | CIVIL CASE NO. CV 06-00027 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JOINT SCHEDULING ORDER** |
| ) | **AND DISCOVERY PLAN** |
| HYANNIS AIR SERVICE, INC. ) | |
| d.b.a. CAPE AIR, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order and Discovery Plan:

1. **Nature of the Case.** This is a complaint for sex discrimination and wrongful termination filed against the Defendant pursuant to Title VII and Guam Law.

2. **Posture of the Case.**

   (a) There are no motions on file.

   (b) The following motions have been resolved: **None to date.**

(c) The following discovery has been initiated: **None.**

3. **Motions to Add Parties:** All motions to add parties shall be filed on or before **Friday, February 23, 2007.**

4. **Motions to Amend.** All motions to amend the pleadings shall be filed on or before **Friday, March 30, 2007.**

5. **Discovery Plan.** The following is the description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

    (a). **Initial Disclosures:** The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil procedure are modified as follows:

    Rule 26(a)(1) - within 30 days from the date of this order.

    (b). **Depositions:** Plaintiff and Defendant will both conduct depositions, dates, times and location to be scheduled.

    (c). **Written Discovery:** Each party may propound interrogatories and requests to produce and requests for admissions within the limits set by the Federal Rules of Civil Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests prior to the filing of any motion relating to a discovery dispute.

    (d). **Discovery Cutoff.** The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Friday, August 10, 2007.**

    (e). **Expert Discovery:**

      (i) The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than **Monday, July 2, 2007.**

      (ii) Any designation of rebuttal expert testimony under Rule 226(a)(2)

shall be made no later than **Wednesday, August 1, 2007.**

(iii) The depositions of experts may be scheduled at any time at least twenty (20) days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than **Monday, September 17, 2007.**

6. **Motions.**

(a) The anticipated discovery motions are: **None are anticipated at this time.** All discovery motions shall be filed on or before **Monday, September 10, 200~~6~~.** *7ay*

(b) The anticipated dispositive motions are: **Unknown at this.** All dispositive motions shall be filed on or before **Wednesday, October 10, 2007.**

7. **Trial Deadlines.**

(a) The Preliminary Pretrial Conference shall be held on the **3rd** day of **January, 2008** at **9:30 a.m.**

(b) The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before the **10th** day of **January, 2008.**

(c) The Proposed Pretrial Order shall be filed on or before the **10th** day of **January, 2008.**

(d) The Final Pretrial Conference shall be held on the **17th** day of **January, 2008,** at **11:00 a.m.**

(e) The trial shall beheld on the **24th** day of **January, 2008,** at **9:00 a.m.**

(f) The **January 24, 2008** trial is a jury trial.

(g) It is anticipated that it will take **4** days to try this case.

8. The names of counsels on this case are: Phillip Torres, Esq. of Teker Torres & Teker, P.C., for Plaintiff; and Elyze J. T. McDonald, Esq. of Carlsmith Ball LLP, for Defendant.

9. **Settlement.** Defendant represents that the prospect for settlement are unknown. Plaintiff believes settlement is quite possible and should be discussed but not at this time.

10. The parties do not wish to submit this case to a settlement conference at this time.

11. The parties present the following suggestions for shortening trial: **None At This Time.**

12. The following issues will also affect the status or management of the case: **Unknown At This Time.**

SO ORDERED: January 17, 2007

*/s/ Joaquin V.E. Manibusan, Jr.*
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

**SUBMITTED BY:**

*/s/ Elyze McDonald*
**ELYZE J. T. MCDONALD, ESQ.**
Attorney for Defendant
Dated: 11 December 2006

**TEKER TORRES & TEKER, P.C.**

By */s/ Phillip Torres*
**PHILLIP TORRES, ESQ.**
Attorneys for Plaintiff, *Tiffany Anne Nicholson*
Dated: December 11, 2006.

RECEIVED
DEC 12 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

H:\COMMON\USERS\CLIENT FOLDERS\#PLEADINGS\Nicholson, Tiffany -Wrongful Termination\007 PLDG.wpd

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGATNA, GUAM 96910
TELEPHONE: (671) 477-9891-4

-4-

Case 1:06-cv-00027   Document 8   Filed 01/17/2007   Page 4 of 4