**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff
*Tiffany Anne Nicholson*

FILED
DISTRICT COURT OF GUAM
APR 18 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br>Plaintiff,<br>vs.<br>HYANNIS AIR SERVICE, INC. d.b.a. CAPE AIR,<br>Defendant, | CIVIL CASE NO. CV 06-00027<br><br>**NON-AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Phillip Torres, am the attorney for the Plaintiffs in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument of Plaintiffs' Motion For Court Ordered Mediation and Memorandum of Points And Authorities.

2. The attorneys for the opposing party are:

Elyze J.T. McDonald, Esq.
David P. Ledger, Esq.
**Carlsmith Ball, LLP**

/ / /

ORIGINAL

Bank of Hawaii Building, Suite 401
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile: (671) 477-4375

3. I left messages on April 13th, 16th and 17th, 2007 for Ms. Elyze McDonald to return my call and advised the receptionist I was calling about this case. As of the filing of this Pleading, no return call was received.

4. Therefore, the parties request that a hearing be set by the Court on May 30, 2007 at 9:00a.m. or as soon thereafter as the Court determines.

***Respectfully submitted*** this 18th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By [signature]
**PHILLIP TORRES, ESQ.**
Attorneys for Plaintiff, ***Tiffany Anne Nicholson***

M:\COMMON\USERS\CLIENT FOLDERS\#PLEADINGS\NICHOLSON, TIFFANY -Wrongful Termination\036 NONAGREEMENT.wpd