TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff
*Tiffany Anne Nicholson*

FILED
DISTRICT COURT OF GUAM
APR 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| TIFFANY ANNE NICHOLSON, | ) | CIVIL CASE NO. CV 06-00027 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **AMENDED NON-AGREEMENT** |
| HYANNIS AIR SERVICE, INC. | ) | **OF HEARING DATE** |
| d.b.a. CAPE AIR, | ) | |
| | ) | |
| Defendant, | ) | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Phillip Torres, am the attorney for the Plaintiffs in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument on Plaintiffs' Motion for Leave to Exceed Discovery Limits

2. The attorneys for the opposing party are:

Elyze J.T. McDonald, Esq.
David P. Ledger, Esq.
**Carlsmith Ball, LLP**

/ / /

ORIGINAL

| | |
|---|---|
| 1 | Bank of Hawaii Building, Suite 401 |
| 2 | 134 W. Soledad Avenue<br>Hagåtña, Guam 96910 |
| | Telephone (671) 472-6813 |
| 3 | Facsimile: (671) 477-4375 |

3. I left messages on April 13th, 16th and 17th, 2007 for Ms. Elyze McDonald to return my call and advised the receptionist I was calling about this case. As of Wednesday, April 18, 2007, no return call was received.

4. Therefore, the parties request that a hearing be set by the Court on May 30, 2007 at 9:00a.m. or as soon thereafter as the Court determines.

***Respectfully submitted*** this 19th day of April, 2007.

**TEKER TORRES & TEKER, P.C.**

By _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff, ***Tiffany Anne Nicholson***

M:\COMMON\USERS\CLIENT FOLDERS\#PLEADINGS\NICHOLSON, TIFFANY -Wrongful Termination\036 NONAGREEMENT2.wpd