CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

**FILED**
DISTRICT COURT OF GUAM
APR 30 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>Defendant. | CIVIL CASE NO. CIV06-00027<br><br>**AGREEMENT TO HEARING DATE** |

Defendant Hyannis Air Service, Inc., d.b.a. Cape Air hereby agrees to and requests a hearing date on Plaintiff's Motion to Exceed Discovery Limits, filed on April 11, 2007. The requested hearing date of May 30, 2007 is agreeable to Defendant.

DATED: Hagåtña, Guam, April 30, 2007.

CARLSMITH BALL LLP

_/s/ Elyze McDonald_
ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air