CARLSMITH BALL LLP

ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagatna, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Plaintiff
Hyannis Air Service, Inc. dba Cape Air

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC. dba CAPE AIR,<br><br>　　　　Defendant. | CIVIL CASE NO. CIV06-00027<br><br>**CERTIFICATE OF SERVICE** |

I, Elyze J. McDonald, hereby certify under penalty of perjury of the laws of the United States, that on the 30th day of April 2007, I will cause to be served, via hand delivery, a true and correct copy of the AGREEMENT TO HEARING DATE upon Plaintiff's Counsel of record as follows:

>　　　Phillip Torres, Esq.
>　　　Teker Torres and Teker, P.C.
>　　　130 Aspinall Ave.
>　　　Suite 2A
>　　　Hagåtña, Guam 96910

Executed this 30th day of April 2007 at Hagåtña, Guam.

ORIGINAL

*[signature]*

ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

Page 2
CERTIFICATE OF SERVICE
Tiffany Anne Nicholson v. Hyannis Air Service, Inc. dba Cape Air
Civil Case No. CIV06-00027

4825-1303-1682.1.056785-00003   Case 1:06-cv-00027   Document 14   Filed 04/30/2007   Page 2 of 2