

CARLSMITH BALL LLP

ELYZE J. MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air



IN THE DISTRICT COURT OF GUAM

| TIFFANY ANNE NICHOLSON, | CIVIL CASE NO. CIV06-00027 |
|---|---|
| Plaintiff, | |
| vs. | **REQUEST TO FILE FACSIMILE FILING; EXHIBIT A; CERTIFICATE OF SERVICE** |
| HYANNIS AIR SERVICE, INC. dba CAPE AIR, | |
| Defendant. | |

In accordance with General Rule 5.1(a), Defendant Hyannis Air Service, Inc. dba CAPE AIR ("Cape Air") hereby requests that the Court grant permission for Cape Air to submit the attached facsimile filing, Declaration of Stephen Phillips (Exhibit A). The Declaration is in support of Cape Air's Memorandum in Opposition to Plaintiff's Motion for Leave to Exceed Discovery Limits, filed concurrently herewith. Mr. Phillips has signed the Declaration however, because he currently resides in Sandwich, Massachusetts, his signature on the Declaration is facsimile. Mr. Phillips has sent to the Guam office of Carlsmith Ball LLP the original copy of

the Declaration via courier. Upon receipt of the original signature page of the Declaration, undersigned Counsel will immediately file them with the Court.

DATED: Hagåtña, Guam, May 23, 2007.

CARLSMITH BALL LLP

<br>

/s/ David Ledger
_____
DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Plaintiff
Hyannis Air Service, Inc. dba Cape Air

# EXHIBIT "A"

CARLSMITH BALL LLP

ELYZE J. MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Plaintiff
Hyannis Air Service, Inc. dba Cape Air

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>    Defendant. | CIVIL CASE NO. CIV06-00027<br><br>**DECLARATION OF STEPHEN PHILLIPS; CERTIFICATE OF SERVICE** |

I, STEPHEN PHILLIPS, declare under penalty of perjury the following:

1. I am the Systems Chief Pilot of Hyannis Air Service dba Cape Air.

2. I have personal knowledge of the facts stated in this Declaration.

3. I would testify as to these facts if called by the Court.

4. Cape Air employed Plaintiff as a pilot on its ATR 42 aircraft during the summer through mid-fall of 2004.

5. Cape Air had just started operations on Guam, and Plaintiff was one of eight pilots who won a bid to fly on Cape Air's Micronesia routes.

6.  She was the only female pilot during Cape Air's initial operations on Guam.

7.  Although Plaintiff passed ground school and initial operating training, she demonstrated deficiencies with respect to her Crew Resource Management ("CRM") skills, which involves communication and interpersonal skills, particularly with other crewmembers.

8.  Cape Air offered Plaintiff several opportunities for further training on CRM, during which she only further displayed her deficient CRM skills.

9.  After an investigation which included a review of her abilities and other pilots' observations of her abilities and meeting with Plaintiff, Cape Air management executed an Action Form whereby she was taken off from duty as an ATR pilot, and offered her a position flying a Cessna 402 aircraft with a possible return to the ATR pending further training in CRM.

10. The Cessna 402 aircraft is a single-pilot aircraft, which Plaintiff had flown previously.

11. Plaintiff refused this proposal, and refused to take any pilot position other than flying the ATR.

12. Her refusal to fly the Cessna 402 and gain further training resulted in her termination.

13. All the statements of fact set forth in this Declaration are true and correct to the best of my knowledge.

Executed this 22 day of May 2007.

_____
STEPHEN PHILLIPS

## CERTIFICATE OF SERVICE

I, David Ledger, hereby certify under penalty of perjury of the laws of the United States, that on the 23rd day of May 2007, I will cause to be served, via hand delivery, a true and correct copy of the **REQUEST TO FILE FACSIMILE FILING; EXHIBIT A; CERTIFICATE OF SERVICE** upon Plaintiff's Counsel of record as follows:

> Phillip Torres, Esq.
> Teker Torres and Teker, P.C.
> 130 Aspinall Avenue
> Suite 2A
> Hagåtña, Guam 96910

Executed this 23rd day of May 2007 at Hagåtña, Guam.

_____
DAVID LEDGER