CARLSMITH BALL LLP

ELYZE J. MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>        Defendant. | CIVIL CASE NO. 06-00027<br><br><br>**ORDER GRANTING REQUEST<br>TO FILE FACSIMILE FILING** |

The Court hereby **GRANTS** Defendant Hyannis Air Service, Inc. dba Cape Air's Request to File Facsimile Filings with regard to the Declaration of Stephen Phillips.

SO ORDERED.



                                              /s/ Joaquin V.E. Manibusan, Jr.
                                                 U.S. Magistrate Judge
                                           **Dated: May 24, 2007**