CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air



**FILED**
DISTRICT COURT OF GUAM

JUN -7 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>              Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>              Defendant. | CIVIL CASE NO. CV06-00027<br><br>**NOTICE OF DEPOSITION;<br>DECLARATION OF SERVICE** |

TO: **TIFFANY ANNE NICHOLSON
c/o Phillip Torres, Esq.
Teker Torres and Teker, P.C.
130 Aspinall Avenue
Suite 2A
Hagåtña, Guam 96910**

      **PLEASE TAKE NOTICE** that Defendant Hyannis Air Service, Inc. dba Cape Air in the above-entitled action, will take the deposition of **Mr. RUSSELL PRICE** at Anglo-American Court Reporters, Ltd., 150 Minories, London EC3N 1LS on **Tuesday, August 7, 2007, at 10:00 o'clock a.m.**.

4829-5278-2081.1.056785-00005      Page 1 of 3      **ORIGINAL**
Case 1:06-cv-00027   Document 18   Filed 06/07/2007   Page 1 of 3

The deposition will be *video taped and recorded stenographically* pursuant to the Federal Rules of Civil Procedure and L.R. 30.1. Notice of video taping and transcription is hereby given in accordance with L.R. 30.1(c)(1)(A), (B) and (C).

The purpose of the deposition is to take the testimony of Mr. Russell Price to be presented during the trial under L.R. 32.1, in lieu of his personal appearance in court.

You are invited to attend the deposition either in person, or over the telephone at 44-207-264-2088, to cross examine.

It is estimated that said deposition shall require four (4) hours of testimony.

DATED: Hagåtña, Guam, June 7, 2007.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 7th day of June 2007, I will cause to be served, via hand delivery, a true and correct copy of the **NOTICE OF DEPOSITION; DECLARATION OF SERVICE** upon Plaintiff's Counsel of record as follows:

> Phillip Torres, Esq.
> Teker Torres and Teker, P.C.
> 130 Aspinall Avenue
> Suite 2A
> Hagåtña, Guam 96910

Executed this 7th day of June 2007 at Hagåtña, Guam.

_____
DAVID LEDGER