TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff
*Tiffany Anne Nicholson*

FILED
DISTRICT COURT OF GUAM
JUL 03 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | ) CIVIL CASE NO. CV 06-00027 |
| Plaintiff, | ) |
| vs. | ) |
| HYANNIS AIR SERVICE, INC. d.b.a. CAPE AIR, | ) **AGREEMENT FOR A HEARING DATE IN JULY** |
| Defendant, | ) |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Phillip Torres, am the attorney for the Plaintiff in this matter. I contacted Defendant's attorneys in this action to agree upon a date for oral argument on Plaintiff's Motion for Protective Order.

2. The attorneys for the opposing party are:

   Elyze J.T. McDonald, Esq.
   David P. Ledger, Esq.
   **Carlsmith Ball, LLP**

/ / /

ORIGINAL

Bank of Hawaii Building, Suite 401
134 W. Soledad Avenue
Hagåtña, Guam 96910
Telephone (671) 472-6813
Facsimile: (671) 477-4375

3. I spoke to Elyze McDonald on Monday informing her of my intention to seek a protective order. I told her I would contact the Court for a hearing date.

4. On Tuesday, July 3, 2007, I contacted the Court for a hearing date on my motion. I was informed that none were available in July and August and I should request for oral argument.

5. I attempted to contact Elyze McDonald on two occasions today to confirm her availability in the month of July. I left two voice messages and received an email informing me that she is agreeable to a hearing at the end of July.

*Respectfully submitted* this 3rd day of July, 2007.

TEKER TORRES & TEKER, P.C.

By _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff, *Tiffany Anne Nicholson*

H:\COMMON\USERS\CLIENT FOLDERS\#PLEADINGS\NICHOLSON, TIFFANY\04B PO AGRMT.wpd