**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*
**FILED**
DISTRICT COURT OF GUAM
JUL 0 5 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | CIVIL CASE NO. CV 06-00027 |
| Plaintiff, | |
| vs. | **PLAINTIFF'S WITHDRAWAL OF MOTION FOR LEAVE TO EXCEED DISCOVERY LIMITS** |
| HYANNIS AIR SERVICE, INC. d.b.a. CAPE AIR, | |
| Defendant. | |

Plaintiff hereby withdraws her Motion for Leave to Exceed Discovery Limits filed herein on April 11, 2007.

Respectfully submitted this 5th day of July, 2007.

**TEKER TORRES & TEKER, P.C.**

By: _____
**PHILLIP TORRES, ESQ.**, Attorneys for
Plaintiff, *Tiffany Anne Nicholson*

ORIGINAL