# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>HYANNIS AIR SERVICE, INC.<br>D.b.a. CAPE AIR,<br><br>    Defendant. | CIVIL CASE NO. 06-00027<br><br><br><br>ORDER |

On July 3, 2007, the Plaintiff filed a Motion for Protective Order (Docket No. 19). The parties agreed to a hearing on the motion at the end of July. See Agreement of Hearing Date (Docket No. 20) at ¶5. Due to the scheduling needs of the Court, however, the Court hereby schedules the matter for hearing on Wednesday, August 8, 2007, at 9:00 a.m. The Defendant shall file a response to the motion no later than July 24, 2007. The Plaintiff may file a reply to the Defendant's response no later than July 31, 2007.

Furthermore, the deposition of Russell Price scheduled for August 7, 2007, the location of which is the subject of the motion, shall hereby be held in abeyance pending a final determination by the Court.

IT IS SO ORDERED.

/s/ **Joaquin V.E. Manibusan, Jr.**
       **U.S. Magistrate Judge**
**Dated: Jul 09, 2007**