CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

FILED
DISTRICT COURT OF GUAM
JUL 09 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>Defendant. | CIVIL CASE NO. CIV06-00027<br><br>**MOTION TO STRIKE MOTION FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ELYZE J. MCDONALD; DECLARATION OF SERVICE** |

Defendant Hyannis Air Service, Inc. dba Cape Air hereby moves the Court to strike Plaintiff's Motion for Protective Order. This motion is supported by the attached Memorandum of Points and Authorities, the attached Declaration of Elyze J. McDonald, and the records and files for this action.

DATED: Hagåtña, Guam, July 9, 2007.

CARLSMITH BALL LLP

*[signature]*

ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

## MEMORANDUM OF POINTS AND AUTHORITIES

I. **INTRODUCTION**

Defendant Hyannis Air Service, Inc. dba Cape Air moves for an Order striking Plaintiff Tiffany Nicholson's Motion for Protective Order, filed on July 3, 2007. Because the Motion fails to comply with LR 37.1 or Federal Rule of Civil Procedure 26(c), it should be stricken from the Court's file.

II. **DISCUSSION**

On July 3, 2007, Plaintiff filed a Motion for Protective Order, asking that the Court direct that the deposition of Russell Price, a resident of Ireland, take place on Guam instead of London, England.

As this is a discovery motion, Federal Rule of Civil Procedure 26 and LR 37.1 govern the manner in which such motion is presented to the Court. LR 37.1 requires the parties to submit a stipulation as to a discovery dispute. In a discovery dispute,

> [i]f counsel are unable to settle their differences, they shall formulate a written stipulation specifying separately and with particularity each issue that remains to be determined at the hearing and the contentions and points and authorities of each party. The stipulation shall not refer the Court to other documents in the file.
>
> ...The stipulation shall be served and filed with the notice of motion. **In the absence of such stipulation, or a declaration of counsel of non-cooperation by the opposing party, the Court will not consider any discovery motion unless otherwise ordered upon good cause shown.**

LR 37.1 (emphasis added). Furthermore, when a party moves for a protective order, they must certify to the Court that they in good faith conferred or attempted to confer with the other parties to resolve the dispute without court action. Fed. R. Civ. P. 26(c).

Counsel for Plaintiff did not contact counsel for Defendant to formulate a LR 37.1

stipulation, nor did he submit a certification to the Court in compliance with Federal Rule 26(c). He also did not prepare a LR 37.1 stipulation for review by Defendant. Under LR 37.1, accordingly, the Court shall not consider the motion absent a showing of good cause. Moreover, Defendant is not aware of any reason, whether supported by good cause or not, to support Plaintiff's failure to prepare a LR 37.1 stipulation.

Plaintiff's non-compliance with the Rules renders her motion inappropriately filed. Defendant asks that the Court strike the motion until Plaintiff complies with the Local and Federal Rules.

## III. CONCLUSION

For the foregoing reasons, Defendant seeks an order striking Plaintiff's Motion for Protective Order.

DATED: Hagåtña, Guam, July 9, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

IN THE DISTRICT COURT OF GUAM

| TIFFANY ANNE NICHOLSON, | CIVIL CASE NO. CIV06-00027 |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF ELYZE J. MCDONALD** |
| HYANNIS AIR SERVICE, INC. dba CAPE AIR, | |
| Defendant. | |

I, ELYZE J. MCDONALD, declare under penalty of perjury that the following statements are true and correct:

1. I have personal knowledge of the facts stated in this declaration except as otherwise indicated.

2. I would testify competently as to these facts if called by the Court.

3. I am licensed to practice law before all courts in Guam.

4. I am an attorney for Defendant Hyannis Air Service, Inc. dba Cape Air.

5.      I was not contacted by counsel for Plaintiff in order to prepare a stipulation as required under LR 37.1, prior to Plaintiff's filing of a Motion for Protective Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true, correct and complete.

EXECUTED this 9th day of July 2007 Hagåtña, Guam.

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

4832-8138-3425.2 056785-00005

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 9th day of July 2007, I will cause to be served, via hand delivery, a true and correct copy of the MOTION TO STRIKE MOTION FOR PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF ELYZE J. MCDONALD; DECLARATION OF SERVICE upon Plaintiff's Counsel of record as follows:

> Phillip Torres, Esq.
> Teker Torres and Teker, P.C.
> 130 Aspinall Avenue
> Suite 2A
> Hagåtña, Guam 96910

DATED: Hagåtña, Guam, July 9, 2007.

_____
ELYZE J. MCDONALD