CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

FILED
DISTRICT COURT OF GUAM
JUL 09 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>Defendant. | CIVIL CASE NO. CIV06-00027<br><br>**MOTION TO SHORTEN TIME TO HEAR MOTION TO STRIKE; DECLARATION OF SERVICE** |

Defendant Hyannis Air Service, Inc. dba Cape Air hereby moves the Court to shorten time to hear its Motion to Strike Plaintiff's Motion for Protective Order. Defendant's Motion to Strike is based on LR 37.1 and Federal Rule of Civil Procedure 26(c) and their procedural requirements for discovery motions, which, Defendant's Motion contends, were not followed by Plaintiff.

Because there is a current deadline to respond to Plaintiff's Motion for Protective Order, filed on July 3, 2007, Defendant respectfully requests that the Court consider Defendant's

Motion to Strike before considering the underlying Motion for Protective Order, to determine if further briefing on the Motion for Protective Order is required.

DATED: Hagåtña, Guam, July 9, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 9th day of July 2007, I will cause to be served, via hand delivery, a true and correct copy of the MOTION TO SHORTEN TIME TO HEAR MOTION TO STRIKE; DECLARATION OF SERVICE upon Plaintiff's Counsel of record as follows:

>Phillip Torres, Esq.
>Teker Torres and Teker, P.C.
>130 Aspinall Avenue
>Suite 2A
>Hagåtña, Guam 96910

DATED: Hagåtña, Guam, July 9, 2007.

*(signed)*
ELYZE J. MCDONALD