TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff
*Tiffany Anne Nicholson*

**FILED**
DISTRICT COURT OF GUAM
JUL 31 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, ) | CIVIL CASE NO. CV 06-00027 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| HYANNIS AIR SERVICE, INC. ) | |
| d.b.a. CAPE AIR, ) | |
| ) | |
| Defendant, ) | |

I, PHILLIP TORRES, ESQ., hereby declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on July 31, 2007, a true and exact copy of the **Plaintiff's Reply to Defendant's Opposition to Motion For Protective Order** was served, via hand delivery, on Defendant Hyannis Air Service, Inc. d.b.a. Cape Air, through their attorneys of record, Carlsmith Ball LLP, at their offices located at Bank of Hawaii Building, Suite 401, 134 W. Soledad Avenue, Hagåtña, Guam 96910.

DATED at Hagåtña, Guam, on July 31, 2007.

*/s/ Phillip Torres*
PHILLIP TORRES, ESQ.