CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

**FILED**
DISTRICT COURT OF GUAM

AUG 0 6 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>              Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>              Defendant. | CIVIL CASE NO. CIV06-00027<br><br>**REQUEST TO FILE ELECTRONIC TRANSMISSION (FACSIMILE) OF DECLARATION OF RUSSELL PRICE; DECLARATION OF SERVICE** |

In accordance with General Rule 5.1(a), Defendant Hyannis Air Service, Inc. dba Cape Air hereby requests the Court grant permission for Defendant Hyannis Air Service, Inc. dba Cape Air to file the electronically transmitted Declaration of Russell Price in Support of Defendant's Opposition to Plaintiff's Motion For Protective Order.

Mr. Price currently works and resides in Galway, Ireland therefore, his signature on the Declaration has been electronically transmitted to Guam via a facsimile machine located at a private residence in the United States.

Mr. Price has sent to Carlsmith Ball an original copy of the Declaration via postal service. Upon receipt of the original signature, undersigned counsel will immediately file it with the Court.

DATED: Hagåtña, Guam, August 6, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 6th day of August 2007, I will cause to be served, via hand delivery, a true and correct copy of the REQUEST TO FILE ELECTRONIC TRANSMISSION (FACSIMILE) OF DECLARATION OF RUSSELL PRICE; DECLARATION OF SERVICE upon Plaintiff's Counsel of record as follows:

>Phillip Torres, Esq.
>Teker Torres and Teker, P.C.
>130 Aspinall Avenue
>Suite 2A
>Hagåtña, Guam 96910

DATED: Hagåtña, Guam, August 6, 2007.

_____
DAVID LEDGER

4823-3904-7425.1.056785-00005        Page 3 of 3
Case 1:06-cv-00027    Document 30    Filed 08/06/2007    Page 3 of 3