**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
GENERAL**

CASE NO.: CV-06-00027           DATE: August 08, 2007
CAPTION: Nicholson -vs- Hyannis Air Service, Inc.

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori        Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 9:08:15 - 9:56:06
CSO: B. Benavente

**APPEARANCES:**

Counsel for Plaintiff(s)          Counsel for Defendant(s)
Phillip Torres                  David Ledger

**PROCEEDINGS: Motion for Protective Order**

- Motion argued by Mr. Torres. Response argued by Mr. Ledger.
- Motion <u>denied</u>.
- Court instructed defense counsel to explore the possiblity of using video teleconference or webcam through the internet for deposition purposes.

NOTES: