CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>    Defendant. | CIVIL CASE NO. 06-00027<br><br>**ORDER GRANTING REQUEST TO FILE ELECTRONIC TRANSMISSION OF DECLARATION OF RUSSELL PRICE** |

The Court hereby GRANTS Defendant Hyannis Air Service, Inc. dba Cape Air's Request to file an electronic transmission copy of the Declaration of Russell Price in support of its Opposition to Plaintiff's Motion For Protective Order. Defendant shall submit the original to the Court not later than two (2) business days after Defendant receives it from Mr. Price.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
     U.S. Magistrate Judge
**Dated: Aug 10, 2007**