TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*

**FILED**
DISTRICT COURT OF GUAM
AUG 21 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| TIFFANY ANNE NICHOLSON, | ) | CIVIL CASE NO. CV 06-00027 |
| Plaintiff, | ) | |
| vs. | ) | **PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S REQUEST TO FILE ELECTRONIC TRANSMISSION OF DECLARATION OF RUSSELL PRICE** |
| HYANNIS AIR SERVICE, INC. d.b.a. CAPE AIR, | ) | |
| Defendant, | ) | |

Plaintiff Tiffany Anne Nicholson has no objection to Defendant's Request to file Electronic Transmission (Facsimile) of Declaration of Russell Price filed with this Court on August 6, 2007 since it was submitted as part of Defendant's Opposition to Plaintiff's Motion for Protective Order and the Motion has already been heard.

Dated this 21st day of August, 2007.

TEKER TORRES & TEKER, P.C.

By: _____
PHILLIP TORRES, ESQ.
*Attorneys for Plaintiff*

**ORIGINAL**