**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: 671.477.9891
Facsimile: 671.472.2601

*Attorneys for Plaintiff*

**FILED**
DISTRICT COURT OF GUAM

SEP 2 5 2007

**JEANNE G. QUINATA**
**Clerk of Court**

IN THE DISTRICT COURT OF GUAM

----------

TIFFANY ANNE NICHOLSON

Plaintiff,

vs.

HYANNIS AIR SERVICE, INC.
d.b.a. CAPE AIR,

Defendant.

CIVIL CASE NO. CV 06-00027

**UNOPPOSED MOTION TO EXTEND
MOTION AND TRIAL DATES**

----------

Plaintiff hereby moves the Court for an Order to extend the present dates for filing dispositive motions and for trial. This motion is based on the grounds that at a regularly scheduled hearing held on August 8, 2007, the Court denied Plaintiff's Motion for a Protective Order and granted Defendant the right to obtain a deposition to preserve trial testimony from Russell Price, said deposition to take place in London at the office of Anglo American Court Reporting. In conjunction with the Order granting Defendant the right to obtain this deposition, the Court provided that plaintiff could at the same time take a discovery deposition from Mr. Price, even though the discovery cutoff would pass

ORIGINAL

1 | before the deposition could be taken.[1] Difficult logistics and Mr. Price's limited availability are such
2 | that the deposition could not be re-scheduled until October 16-17, 2007.

3 | The parties have diligently conducted discovery to date and have not previously sought
4 | extension of any deadline date in this case, but now require extensions to allow for appropriate motion
5 | and trial preparation.[2] Accordingly, the parties desire to extend the motion deadline and trial date by
6 | approximately ninety (90) days, if possible. The parties anticipate a five day trial.

7 | The undersigned has contacted Defendant's counsel and Defendant's counsel is in agreement
8 | with this motion, and consents to a ninety (90) day extension of existing dates for filing substantive
9 | motions and for trial, as set forth in the Agreement of Hearing Date filed herewith. The above motion
10 | is, therefore, unopposed and Plaintiff requests that the Court approve said extensions.

11 | ***Respectfully submitted*** this 25th day of September, 2007.

**TEKER TORRES & TEKER, P.C.**

By: _____
**PHILLIP TORRES, ESQ.**
Attorneys for Plaintiff

---

[1] The deposition was first noticed in June 2007, to take place on August 7, 2007, three days before the discovery cutoff.. Plaintiff timely moved for a protective order to prevent the deposition. Due to the scheduling needs of the Court, however, Plaintiff's motion could not be heard until August 8, 2007, that is, one day after the Noticed date and only two days before the discovery cutoff.

[2] The dispositive motion cutoff is October 10, 2007. At present, Defendant intends to file a motion for summary judgment on or before October 10th. However, to prepare an opposition to the motion, Plaintiff intends to elicit testimony from Mr. Price. Rather than Defendant filing the motion on or before October 10, 2007, and having Plaintiff subsequently seek an extension of time to elicit testimony from Mr. Price (whose deposition will not even occur until October 16-17), to oppose the motion, the parties agree that the more efficient manner to address the situation is to extend the October 10, 2007 motion deadline.

## CERTIFICATE OF SERVICE

I, PHILLIP TORRES, ESQ., hereby declares as follows:

1.  I am over the age of majority and am competent to testify regarding the matters stated herein.

2.  I hereby certify that on September 25, 2007, true and exact copies of the **UNOPPOSED MOTION TO EXTEND DISCOVERY, MOTION AND TRIAL DATES, ORDER MODIFYING SCHEDULING ORDER and AGREEMENT OF HEARING DATE** were served, via hand delivery, on the following:

> **Carlsmith Ball, LLP**
> Bank of Hawaii Building, Suite 401
> 134 W. Soledad Avenue
> Hagåtña, Guam 96910
> Tamuning, Guam 96913

Dated this 25th day of September, 2007.

_____
**PHILLIP TORRES**

