TEKER TORRES & TEKER, P.C.
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: 671.477.9891
Facsimile: 671.472.2601

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
SEP 2 5 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON<br><br>Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>d.b.a. CAPE AIR,<br><br>Defendant. | CIVIL CASE NO. CIV06-00027<br><br>**AGREEMENT OF HEARING DATE**<br><br>**(No oral argument requested)** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Phillip Torres, am the attorney for the Plaintiff in this matter. I contacted Defendant's attorneys in this action to agree upon a date for oral argument on Plaintiff's Motion to Extend Discovery, Motion and Trial Dates. Defendant waives oral argument.

2. The attorneys for the opposing party are:

Elyze J.T. McDonald, Esq.
David P. Ledger, Esq.
**Carlsmith Ball, LLP**
Bank of Hawaii Building, Suite 401
134 W. Soledad Avenue
Hagåtña, Guam 96910

ORIGINAL

3. Plaintiff and Defendant have approved and consented to the continuance of future discovery and scheduled dates. The above motion is unopposed, therefore, no oral argument is requested.

**SUBMITTED BY:**

**TEKER TORRES & TEKER, P.C.**

DATED: September 25, 2007.

By: _____
PHILLIP TORRES, ESQ.
*Attorneys for Plaintiff*

**APPROVED AND CONSENTED BY:**

**CARLSMITH BALL, LLP**

By _____
DAVID P. LEDGER, ESQ.
*Attorney for Defendant*
Dated: September 25, 2007.

*Tiffany Anne Nicholson vs. Hyannis Air Service, Inc. d.b.a. Cape Air*
District Court of Guam Civil Case No. CIV06-00027