**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: 671.477.9891
Facsimile: 671.472.2601

*Attorneys for Plaintiff*

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| TIFFANY ANNE NICHOLSON | CIVIL CASE NO. 06-00027 |
| Plaintiff, | |
| vs. | **ORDER MODIFYING SCHEDULING ORDER** |
| HYANNIS AIR SERVICE, INC. d.b.a. CAPE AIR, | |
| Defendant. | |

----------

Plaintiff, having moved the Court, unopposed, for an order extending deadline dates for filing motions and a new trial date, and it appearing to the Court that good cause exists for granting Plaintiff's unopposed Motion,

**IT IS HEREBY ORDERED** that

1. The dispositive motion cut-off date (the last day to file motions) is extended from October 10, 2007 to *January 18, 2008*;

2. Each party shall submit a trial brief no later than **February 22, 2008**;

3. The *Preliminary Pretrial Conference* is continued from January 3, 2008, to *March 4, 2008*, **at 9:30 a.m**.;

1    4.     The parties' exhibit binders, exhibit lists, witness lists, discovery material designations,
2    and proposed pretrial order shall be filed or lodged no later than March 11, 2008;

3    5.     The *Final Pretrial Conference* is continued from January 17, 2008, to **March 18, 2008**,
4    **at 9:30 a.m**.; and

5    6.     The *Jury Trial*, anticipated to last five days, is continued from January 24, 2008, to
6    **March 25, 2008, at 9:00 a.m.**

7    IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Sep 27, 2007**

*Tiffany Anne Nicholson vs. Hyannis Air Service, Inc. d.b.a. Cape Air*
District Court of Guam Civil Case No. CIV06-00027