IN THE DISTRICT COURT OF GUAM

C.A. No.: CV 06-0027

TIFFANY ANNE NICHOLSON, )
      Plaintiff, )
vs. )
 )
HYANNIS AIR SERVICE, INC., )
d.b.a. CAPE AIR, )
      Defendant. )
 )

DEPOSITION OF

DAVID O'CONNOR

HYANNIS, MASSACHUSETTS

MAY 22, 2007

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: Patricia Bracken, CSR No. 1455898

FILE NO,: A10398E

**EXHIBIT O**

### Page 10

1  Q. So then does that mean that you were
2  limited to the ATR 42s in your oversight?
3  A. That is correct.
4  Q. You were out in Guam in 2004, right?
5  A. That's correct.
6  Q. How long were you there?
7  A. From the time we began operations in the
8  summer of '04, I'd say approximately a month and a
9  half. And then in the twelve-month period from the
10 inception of our operation in Guam, say, summer of
11 '04 to the summer of '05, if you look back in that
12 twelve-month calendar, I spent, all told, I'd say
13 three-and-a-half months in Guam.
14 Q. Do you remember when you -- I'm concerned
15 right now between the period of time from, say,
16 June until September. Within that period of time,
17 those three months, how much time did you spend in
18 Guam?
19 A. Without a calendar in front of me, I
20 can't recall. Without my own diary, which I did
21 not keep, I don't know. But I was there from the
22 moment we started operations, from the moment our
23 pilots began flying in Guam until after they were
24 fully certified to fly in Guam.
25 Q. Okay. So you started flying commercially

### Page 11

1  on or about August 1, 2004?
2  A. Yes. That's when -- I think that's the
3  first day the company flew commercially with the
4  ATR 42s.
5  MR. TORRES: Let's go off the record for a
6  second.
7
8  (Brief Pause)
9
10 Q. In 2004, eight pilots were selected to go
11 out to Guam. Were you involved in that selection
12 process?
13 A. No. I believe it was based on seniority.
14 I was not involved in the selection process. It's
15 a seniority-based system.
16 Q. And once the pilots are qualified on a
17 seniority-based system, did you have involvement in
18 their evaluation as to flying the ATR 42?
19 A. Yes.
20 Q. What was your role?
21 A. I oversaw their training.
22 Q. Was that on Guam? I mean was that in
23 Hyannis?
24 A. In Hyannis in ground school, in Houston
25 in the simulator, and in Guam in the flying of the

### Page 12

1  aircraft.
2  Q. In Hyannis, did anybody fail their ground
3  school training?
4  A. I don't believe so. There may have
5  been -- somebody may have had an unsatisfactory
6  grade on one written test or two. I don't recall.
7  But everybody was trained to proficiency.
8  Everybody -- if anybody had to take a retest, they
9  passed it, which is normal procedure. I don't
10 recall any failures, and I don't think anybody did.
11 Q. Did you have the opportunity to review
12 documents before you came today?
13 A. Briefly.
14 Q. What documents did you review?
15 A. I looked briefly at Tiffany's training
16 records from Houston.
17 Q. Any others?
18 A. No.
19 Q. I was given an advisory circular. Did
20 you have a chance to review that before you came
21 here today?
22 A. I've reviewed it often.
23 Q. You said you don't recall whether anybody
24 failed to pass an exam, but then you said, well,
25 there might have been one or two people?

### Page 13

1  A. I've taught ground schools so many times
2  that, you know, the particulars of one particular
3  ground school don't stand out in my memory.
4  Q. Phil Dery testified last week, and he
5  said that he had not successfully completed an
6  exam.
7  A. Oh, I didn't understand your question.
8  Are you referring to a flight check in the
9  simulator?
10 Q. No. I'm referring to ground school.
11 A. I don't recall Phil failing a ground
12 school test. He may have. If he did, he was
13 retrained and passed it.
14 Q. Okay. When somebody does fail and goes
15 through retraining, is there an issue? Is there
16 someone who has to approve the retraining?
17 A. Generally, the director of training has
18 to approve of the retraining. It happens from time
19 to time that somebody may not pass a test. If they
20 are qualified and proficient and appear to have the
21 aptitude, it is entirely appropriate that that
22 person is retrained, given another opportunity.
23 And if they pass on a retest, then they're
24 considered to have been trained to proficiency.
25 Q. So is it an automatic thing, or do you

Page 14

1 actually approve it? Approve the retraining?
2   A. In as much as I was also the ground
3 instructor, it's difficult to say that it was not
4 an automatic thing. Since I was the one who would
5 be administering the test and the one who would be
6 reviewing whether or not it would be appropriate, I
7 guess it's difficult to answer that question.
8   Q. Okay. But I'm not there, and I don't
9 know what Cape Air's rules are. So you're telling
10 me you don't know whether it's an automatic or if
11 you actually have an approval process?
12   A. In our manual system, if a person fails a
13 test -- the precedent is if a person fails a test,
14 they're normally given another opportunity to pass
15 that test. If they fail two tests, then they're
16 generally reviewed by the chief pilot to see
17 whether or not we want to give them an opportunity
18 to continue in training.
19   Q. And then when you went on to Houston for
20 training, what kind of training was given over
21 there?
22   A. That was contract training conducted by
23 Flight Safety's simulator instructors and check
24 airmen conducted in accordance with our
25 FAA-approved training program. Flight Safety,

Page 15

1 that's basically their business. Flight Safety
2 does training for a large number of airlines
3 throughout the world.
4   Q. So it was the first time you did the 121
5 training. Is that correct?
6   A. It is the first time we had done the 121
7 training. That is correct. It's not my first time
8 through Flight Safety. I went through several
9 months earlier with the initial cadre of what were
10 to be the check airmen in the airplane. And we did
11 that training and got qualified in the aircraft
12 before we actually had an aircraft.
13   Q. Okay. Do you remember when the Hyannis
14 portion ended and the Houston portion began? The
15 dates?
16   A. I don't know the dates, no.
17   Q. Why Flight Safety? Are they the only one
18 doing it, or was there a selection?
19   A. They basically have a monopoly in the
20 industry on the training of airline crew.
21   Q. And do you view their --
22   A. They have an excellent reputation. I
23 have used their facilities in the past. In fact,
24 Flight Safety has an academy in Vero Beach, Florida
25 that does training for airlines around the world.

Page 16

1 I went through that myself when I got out of
2 college. I was satisfied with their training based
3 on reputation, my own evaluation, and their
4 expertise in the field. That's why we chose Flight
5 Safety.
6   Q. Do they still -- are they still a
7 contract --
8   A. Yes.
9   Q. -- for Cape Air?
10   A. Yes.
11   Q. Was there a reason why you, yourself,
12 didn't do the training as opposed to Flight Safety
13 since you were the director of training?
14   A. Well, I went with my pilots to Houston to
15 help to participate with them in the evenings after
16 their simulator sessions to practice the flows and
17 the procedures and the callouts, but it was a
18 workload issue. That's their bread and butter.
19 That's what they do day in and day out. They train
20 people in those simulators and in that aircraft.
21 So I wanted to avail myself of their facilities.
22   Q. Would it be fair to characterize then
23 that you worked in conjunction with Flight Safety
24 and FAA in getting the pilots through this
25 training?

Page 17

1   A. That is correct.
2   Q. Did everybody pass?
3   A. Yes. There were two initial
4 unsatisfactory check rides. Those two pilots were
5 retrained to proficiency and passed on second try.
6   Q. And those two pilots were whom?
7   A. Phil Dery and John Kappeyne.
8   Q. When Phil Dery failed his check ride, did
9 you talk to him after that?
10   A. Yes.
11   Q. Was he a bit discouraged and questioning
12 whether or not he wanted to be one of the 121
13 pilots?
14   A. Yes.
15   Q. And how did you address that with him, or
16 did you?
17   A. Sure. We gave him an opportunity to
18 think about it, to cool down. I think he was just
19 frustrated, disappointed. But having known and
20 flown with Phil for years, I knew him to be a
21 capable, professional airman. I knew he would do
22 fine if he retrained and took another check ride.
23 And indeed he did.
24   Q. And as far as that retraining goes, did
25 you approve the retraining, or was it -- or was

Page 18

1 there any sort of formal process in that regard?
2     A. I did. Our chief pilot, our director of
3 operations, and Phil Dery, we all spoke. And we
4 all approved for Phil to receive additional
5 training and take another check ride.
6     Q. When you say chief pilot, are you
7 referring to Steve Phillips?
8     A. Correct.
9     Q. And was Steve Phillips down there?
10    A. At Flight Safety at the time? I don't
11 believe so. I don't think his presence was
12 required. He was previously qualified, as was I.
13    Q. So how did you communicate with Phil?
14 Was it by email or -- I mean with Steve.
15    A. In person. He flew back to Hyannis. And
16 I think there was a period of maybe a week off or
17 so before he went back to Houston for additional
18 training and another check ride.
19    Q. Who was your supervisor? In 2004, who
20 was your supervisor?
21    A. Larry Gaultieri was my supervisor in
22 2004.
23    Q. He was the director of operations?
24    A. Correct.
25    Q. Did he have to get involved in these

Page 19

1 decisions at all?
2     A. I believe he was.
3     Q. And would that have been by email or by
4 telephone or some other fashion?
5     A. In person. By phone and in person.
6     Q. But he's in Hyannis?
7     A. He's in Hyannis. That's correct.
8     Q. And you were in Houston?
9     A. Correct.
10    Q. So that would have been during that one
11 week you're talking about when you flew back to
12 Hyannis?
13    A. Right. I'm sure that Larry and Phil had
14 a chance to speak. I would find it highly unusual
15 if Larry and Phil didn't speak in person during
16 that week, but I can't be a hundred percent sure.
17 I wouldn't -- I remember my conversations with Phil
18 and trying to encourage him to buck up and give it
19 another try. I imagine that he and Larry and Steve
20 had similar conversations.
21    Q. You know there's an assumption in there.
22 Why do you think it's more than just an assumption?
23 I mean why do you just pretty much figure they did?
24    A. It was a very -- it's a small group.
25 There was a lot invested. Everybody at the company

Page 20

1 wanted everyone to succeed. That's why I'm making
2 that assumption.
3     Q. And then you said John Kappeyne also did
4 not?
5     A. Correct.
6     Q. And then what happened after he failed?
7     A. I had similar conversations with John
8 Kappeyne. He was not discouraged. He knew that if
9 he did a little additional training, that he would
10 pass. And indeed he did.
11    Q. By the time the training was done in
12 Houston, was everybody rated to fly the 121
13 aircraft, the ATR 42?
14    A. Our FAA principle operations inspector,
15 Ron Williams, had to do some more oversight before
16 people could be fully qualified. In addition, the
17 company had to do what were called proving runs.
18 So both the company and the pilots had to do
19 additional flying under the supervision of company
20 check airmen and the FAA.
21    Q. Okay. And then at some point, did you
22 get to a point where you and the company and the
23 FAA, everybody was satisfied with the performance
24 of these pilots?
25    A. Correct.

Page 21

1     Q. And their competency?
2     A. Correct.
3     Q. When we talked about Phil Dery's failure
4 of his check ride, what specifically was the
5 problem with that?
6     A. It was -- you know, I have not reviewed
7 Phil's records specifically in several years, but I
8 was present at his check ride when he didn't pass.
9 And if memory serves, he flubbed a maneuver. I
10 think it was a single-engine approach. It was a
11 question of just the physical handling of the
12 simulator, and additional training solved it quite
13 nicely.
14    Q. To be fair, as I understand it, all these
15 pilots, it's their first time in a two-pilot
16 cockpit. This was a new experience for everybody.
17 You didn't expect everything to be super smooth?
18    A. Correct. Although I don't agree that it
19 was everybody's first experience in a two-pilot
20 cockpit. In fact, John Kappeyne had worked for
21 years at an airline called Provincetown Boston
22 Airlines where he had been a crew member. Lawrence
23 Gaultieri, our director of operations, who was
24 rated as a check airman in the airplane, he had
25 served at PBA in a two-pilot crew environment. Ron

Page 26

1  present in the cockpit at the time. If we started
2  serving August 1st, and I had -- I left shortly
3  after typhoon Chaba. I don't know if you remember
4  the date of typhoon Chaba, but I was back in
5  Hyannis a week after typhoon Chaba rolled through.
6     Q. There was a typhoon July 28, 2004 that
7  ran through Guam. That might be the one you're
8  referring to.
9     A. Well --
10    Q. Actually, we had a number of typhoons at
11 that period of time.
12    A. Yeah. It was a bad late summer, early
13 fall. I don't remember whether or not I was in
14 Hyannis or Guam at the time that Chuck removed
15 Tiffany her the cockpit.
16    Q. Do you know the reason why?
17    A. Poor crew coordination.
18    Q. John Kappeyne -- I mean Chuck White gave
19 a deposition in Guam. Did you -- have you ever
20 seen that deposition?
21    A. No, I have not.
22    Q. Did you have any conversations with
23 anybody about the testimony he gave in Guam?
24    A. No, I have not.
25    Q. You said poor crew coordination. What is

Page 27

1  that?
2     A. That was the assessment given to me by
3  Russell Price, one of our check airmen who was
4  present in the cockpit.
5     Q. I've heard it referred to as he took her
6  off the plane because she was unsafe. How do those
7  two differ?
8     A. The history of crew resource management
9  is a history of poor crew coordination that leads
10 to unsafe conditions. And it -- well, I'll leave
11 it at that.
12    Q. Is poor crew coordination a basis to
13 remove somebody from a plane?
14    A. Certainly, yes.
15    Q. A flight officer -- I mean a first
16 officer?
17    A. Yes.
18    Q. Because it leads to unsafe situations, or
19 it is an unsafe situation?
20    A. Potentially both.
21    Q. But one is in the present tense, and one
22 is in the future. So it can't be both. You're
23 either in the present or the future.
24    A. If an aircraft lands and doesn't crash,
25 one could say that, well, it hasn't crashed, but

Page 28

1  that doesn't mean it wasn't unsafe. When a first
2  officer acts in such a way that it acts as a
3  detriment to the captain's situational awareness,
4  when the state of the cockpit becomes so toxic that
5  it becomes a chore to accomplish simple tasks, then
6  poor crew coordination is unsafe.
7     Q. As director of training, is that your
8  purview, or is that Larry's as operations? Is that
9  Russell's as the guy out there?
10    A. As director of training, I cannot do all
11 of the training. Instead, I rely on a cadre of
12 qualified check airmen. In Guam at the time, that
13 was Steve Phillips, Russell Price, and myself.
14    Q. In this circumstance -- and I recognize
15 that you're 9,000 miles away. Once you -- well,
16 let's go through the facts of this.
17       Tiffany and Chuck are on a flight to Saipan.
18 I assume you've been on that flight?
19    A. Many times.
20    Q. And whatever happened on that flight
21 distressed Chuck, and he had made a phone call to
22 Russell and said he wanted to take Tiffany off the
23 flight, have somebody ready, and what was his
24 authority to do so. And I think Chuck testified
25 that Russell said it was his call.

Page 29

1     A. It's the captain's call. If the captain
2  deems that the co-pilot is unsafe, the captain can
3  remove a co-pilot, yes.
4     Q. Now, in your review of that situation,
5  did, in fact, Chuck deem that she was unsafe?
6     A. Could you repeat the question?
7     Q. I assume that you reviewed -- you said
8  that you and the chief pilot Steve and Russell
9  reviewed the situation.
10    A. Yes.
11    Q. So was it your understanding that Chuck
12 had determined she was unsafe?
13    A. It was my understanding that Chuck was
14 reluctant to make that assessment of an esteemed
15 colleague. And at the time, Chuck – and we all
16 had high hopes for Tiffany. I don't think Chuck
17 wanted to characterize Tiffany as unsafe, but I
18 think that Chuck found it impossible to work with
19 her in that environment with her behaving as she
20 was. He relied and asked for guidance from Russell
21 and, in turn, me. He coordinated with me to help
22 and assess whether or not Tiffany was behaving
23 appropriately.
24    Q. So you don't think Russell gave her that
25 guidance? He just said it's your call?

Page 30

1   A. Gave him that guidance?
2   Q. Right.
3   A. Chuck?
4   Q. Right. He didn't tell Russell what to
5   do -- I mean he didn't tell Chuck what to do? He
6   simply said, you're the captain, it's your call?
7   A. He affirmed that Chuck had the power to
8   make the decision that he needed to make.
9   Q. Okay. So in doing so, Russell himself is
10  not making a determination regarding the ability of
11  Tiffany? This is simply all being done by Chuck?
12  A. On that one flight in that one instance,
13  then yes, that is so, that Chuck was making an
14  assessment.
15  Q. So my question was, what is your -- what
16  was your evaluation of that assessment? Did he
17  actually --
18  A. I cannot evaluate every assessment that a
19  pilot makes in flight. I cannot be present for
20  every decision. I cannot fly the airplane for
21  them. But I can review the -- I can review their
22  accounts of it and make a determination and make a
23  recommendation for possible retraining or
24  observation or line checks. It's not my role to
25  say, Chuck, you're right, or Tiffany you were

Page 31

1   wrong. It's my role to say let's take a closer
2   look.
3   Q. Okay. So then is it fair to say you
4   didn't evaluate Chuck's choices in this regard?
5   A. Yes.
6   Q. When a situation like this occurs, and I
7   recognize it's a rare situation, who does have the
8   responsibility to review the actions that are
9   taking place on a flight?
10  A. I'm not sure I understand your question.
11  Who has the responsibility for evaluating the
12  decisions that took place on a flight? Generally,
13  the captain has the responsibility for evaluating
14  the decisions that took place on the flight. The
15  captain is the final authority as to the safety of
16  any individual flight.
17  Q. So nobody checks on the captain's
18  decisions?
19  A. Well, a captain doesn't operate in a
20  hermetically sealed environment. A captain flies
21  with a variety of co-pilots. If a captain is
22  inadequate, we would hear about it because
23  co-pilots would report it, and then it would be
24  brought to the attention of the chief pilot or the
25  director of training.

Page 32

1   Q. In this case, going back to August 31,
2   are you aware of anyone within Cape Air who
3   reviewed the decision of Chuck White?
4   A. I am aware that Chuck's decision to
5   remove Tiffany did not occur in a vacuum. Prior to
6   this event, there had been a number of negative
7   interactions with Tiffany operating as a co-pilot
8   and as a captain.
9   Q. Okay. Well, we'll get there. We'll get
10  to those other things. But that's not responsive
11  to my question.
12  A. Okay.
13  Q. My question is, did anybody review his
14  decision in this case? Are you aware of anybody
15  who did?
16  A. I would say yes. It was a no brainer. I
17  reviewed it. The chief pilot reviewed it. Russell
18  Price, in his capacity as a check airman, reviewed
19  it. We agreed with it and supported it.
20  Q. So then let's go through what happened on
21  the flight to Saipan. Tell me what happened.
22  A. I wasn't present on the flight to Saipan,
23  so I cannot --
24  Q. Well, you reviewed it. What did you
25  review with regard to the flight to Saipan?

Page 33

1   A. I reviewed Chuck's report of his
2   interactions with Tiffany that she was
3   insubordinate to the point where he didn't feel
4   that he could safely execute his duties as captain.
5   Q. I haven't seen any report by Chuck White.
6   What report are you referring to?
7   A. Verbal discussions that he had with
8   Russell Price.
9   Q. So did you hear it from Chuck, or did you
10  hear it from Russell?
11  A. From Russell.
12  Q. Did you talk to Chuck?
13  A. I don't think I talked to him in regards
14  to that flight at that time.
15  Q. When did you talk to him?
16  A. I've talked to him subsequent to that,
17  and I don't recall the exact time.
18  Q. Did you talk to him the next day?
19  A. I don't remember.
20  Q. So you said there were verbal problems.
21  Can you be more specific?
22  A. Yes. A foundation of crew resource
23  management is good communication skills and
24  interpersonal skills. It is not simply correct
25  callouts. With Tiffany, though she had

Page 34

1  demonstrated proficiency at getting the correct
2  callouts, where she fell short was with the
3  communication and interpersonal skills.
4  Specifically I witnessed repeated instances of
5  fault finding to a fault.
6      Q. Okay. Well, you know, I --
7      A. What I heard from Russell was entirely
8  consistent. What I heard from Russell that had
9  been described to him by Chuck was entirely
10 consistent with that pattern that I personally had
11 witnessed.
12     Q. And you're talking about while you were
13 on flights out there in Guam?
14     A. Correct.
15     Q. But I'm looking for a specific
16 understanding of what happened on that flight that
17 warranted Chuck making this assessment that she
18 should be taken off the plane or that she was
19 unsafe to fly.
20     You know I've asked this question of a lot of
21 people at Cape Air and have yet to get an answer.
22 Give me the specifics.
23     A. If, in a captain's assessment, the
24 co-pilot is insubordinate to the point where it is
25 distracting and makes it impossible for them to

Page 35

1  work together as a crew, then it's entirely
2  appropriate for the captain to say I cannot fly
3  with this individual on this particular day.
4  Please get me another co-pilot. Please assess this
5  co-pilot. And that's a decision he's well within
6  his rights to make.
7      Q. And is that what Chuck White did on that
8  day?
9      A. That is my understanding, yes.
10     Q. So it's not your understanding that Chuck
11 said that she was unsafe to fly with?
12     A. In the heat of the moment, Chuck may have
13 used that language. But as you have already
14 pointed out, I didn't speak directly with him at
15 that time. But I rely on his assessment as a
16 captain, as we must, and I support that decision.
17 Now, just because a captain says this person is
18 unsafe doesn't mean we're going to take that at
19 face value and say, that's it, this person is
20 unsafe. We will evaluate the person and make our
21 own assessment.
22     Q. Okay. Who is the "we" in that sentence?
23 "We" will evaluate?
24     A. The training department, the chief pilot,
25 and if necessary, human resources.

Page 36

1      Q. You did talk to Russell though?
2      A. Yes.
3      Q. Did Russell tell you that Tiffany was
4  unsafe to fly the ATR 42?
5      A. Russell, I think he flew subsequent to
6  this event with Chuck and Tiffany. And I believe
7  you have the sequence of events in front of you. I
8  do not. But is that correct that Russell observed
9  the two of them flying?
10     Q. Yes. But we will get there. And I know
11 there's a story you want to tell here, and there's
12 a story that I want to have understood here. So I
13 have to ask that you listen to my question and
14 answer it. So that last question was, did Russell
15 tell you that she was unsafe to fly the ATR 42?
16     A. He did not, at that time, tell me that
17 Tiffany was unsafe to fly the ATR 42, nor could he.
18 We would evaluate her subsequent to this and make
19 that assessment ourselves.
20     Q. Okay. Do you know why she wasn't put
21 back flying the very next day?
22     A. I don't know what the schedule was the
23 very next day, no. No, I don't know why she wasn't
24 put back the very next day. But it's an unusual
25 circumstance for a captain to remove a co-pilot.

Page 37

1  And I think at that point, we would want to
2  evaluate her and give her an opportunity to retrain
3  if need be and give us a chance to look at her
4  ourselves. If not myself, then another check
5  airman to observe her flying.
6      Q. Were you involved in an evaluation or a
7  reevaluation of her subsequent to --
8      A. In formulating a plan for her to be
9  reevaluated, I was, yeah.
10     Q. And who did you work with in formulating
11 that plan?
12     A. With Steve Phillips and with Russell
13 Price.
14     Q. And what was the plan you came up with?
15     A. At that time, I don't know if -- when
16 Tiffany was ultimately removed by Chuck, I'm not
17 sure if her plan was subsequent to that or
18 subsequent to a previous event. But at some point
19 in the course of Tiffany's evaluation as a
20 co-pilot, we formulated a plan where she would
21 observe what we considered to be a highly
22 proficient professional crew and then fly again
23 with Russell in the jump seat observing her.
24     Q. Do you know whether that plan was ever
25 communicated to Tiffany?

Page 38

1    A. I relied on Russell to communicate it,
2  and I believe that he did so.
3    Q. Do you know whether that plan was carried
4  out?
5    A. I do not recall if it was carried out. I
6  don't have that information in front of me.
7    Q. She was to observe, you said, two
8  proficient pilots. Who were those pilots?
9    A. Again, I have to say I'm not sure if
10 Tiffany's requirement to observe a proficient crew
11 was subsequent to this event or subsequent to a
12 previous event, but I know that Tiffany was
13 assigned to observe Phil Dery and Kevin O'Connor on
14 multiple round trips between Guam and Saipan.
15   Q. How many times did you fly with Phil Dery
16 on the ATR 42 when you were in Guam?
17   A. Numerous times. Several days. I don't
18 recall exactly. Each day would be eight or ten
19 legs that I flew with him.
20   Q. Were these commercial flights or before
21 you guys started flying commercial?
22   A. The commercial flights.
23   Q. And these were in 2004?
24   A. Yes.
25   Q. In August of 2004?

Page 39

1    A. Yes.
2    Q. And Steven?
3    A. Steve?
4    Q. I mean Kevin.
5    A. Kevin O'Connor, I've flown with him
6  numerous times.
7    Q. You share the same last name. Any
8  relation?
9    A. None.
10   Q. So in August of 2004 we're talking about?
11   A. Yes.
12   Q. Did you ever fly observing these two
13 people interacting together as pilot and first
14 officer?
15   A. I don't specifically recall. I rely --
16 if I didn't, I knew them to be a proficient crew
17 based on the assessment of others who flew with
18 them. I also flew with each of them individually,
19 and they both did their job to an exemplary degree.
20   Q. Did you ever fly with Tiffany?
21   A. Yes.
22   Q. And did you fly with her and have
23 concerns about her skills?
24   A. Yes.
25   Q. When was that?

Page 40

1    A. During one of our initial flights in Guam
2  when we came in for a landing in Saipan -- and this
3  was one of our first flights -- Tiffany was quite
4  slow, too slow.
5    Q. A commercial flight or a training flight?
6    A. This was a training flight with the
7  FAA -- no. Actually, let me think about this. If
8  the FAA was on board, and I'm observing -- I don't
9  recall if, at that point, we had passengers, or if,
10 at that point, it was just proving runs or training
11 flight. I vividly recall Tiffany in one seat, one
12 pilot seat, me in another pilot seat, and the FAA
13 was on board, the FAA being a person of Ron
14 Williams. She got quite slow, and I called for
15 power. In other words, I said power, which means
16 add power. It's universally understood to add
17 power, we're getting slow, we're getting low.
18 Tiffany's response to me was dismissive. It was, I
19 got it.
20      I think we had another pilot in the jump
21 seat. I believe it was Jon Bleiman. And the tone
22 of her response was alarming. Normally, when a
23 pilot is being evaluated, as she was by a check
24 airman, as I was, if a check airman is commanding
25 you to add power, you would add power.

Page 41

1       The subsequent landing was as rough as could
2  be tolerated and prompted queries from the person
3  in back who works for the FAA as to whether or not
4  we should consider having the airplane inspected.
5    Q. Where were you sitting on the flight?
6    A. In one of the pilot seats.
7    Q. The first officer's seat? Or was she
8  piloting from the first officer's seat?
9    A. I think I was in the first officer's
10 seat, and I believe she was in the captain's seat.
11 The specifics of which seat it was aren't really
12 germane to the landing, to the aircraft.
13      According to what's called the Flight
14 Standards Bulletin, the assessment by the
15 government as to whether or not the left seat is
16 very different from the right seat, states that the
17 ATR has no seat-specific differences that would
18 make it a qualitatively different landing from the
19 left seat or the right seat.
20   Q. Where was Jon Bleiman sitting?
21   A. If it was him that was on board -- and I
22 could be mistaken on that. But I remember there
23 was another one of our company pilots on board --
24 then he would have been in the jump seat.
25   Q. Is this what you would call an incident

Page 42

1  occurring on a flight?
2      A. Uh-huh.
3      Q. Do you make a report about it?
4      A. At the time, this was a part of Tiffany's
5  training process. Had Tiffany's employ continued
6  successfully, I would not have remarked on it. It
7  would have been just seen as something that we
8  could look back on and say, boy, that was a lousy
9  landing. And I didn't make it at the time a part
10 of what you would call her permanent record. And
11 the reason for that -- well, I'll let you ask
12 questions. I won't bother to ask them for you.
13 I'm sorry.
14     Q. Okay. So were you concerned with the
15 manner in which this plane --
16     A. I was concerned with her manner.
17     Q. -- was landed?
18     A. I was concerned by both the manner in
19 which it was landed and her dismissive attitude
20 towards her fellow pilot.
21     Q. Towards you?
22     A. Correct.
23     Q. Is it because "I got it" is not the
24 proper callout? Adding power, that's a proper
25 callout?

Page 43

1      A. I got it may have been a proper callout
2  if it was accompanied by adding power.
3      Q. Didn't she add power?
4      A. I don't think so. In fact, no. That's
5  what was the concern. Her I got it -- and I don't
6  think that a transcript will do it justice, but
7  I'll do my best. Her I got it in tone and in
8  quality was dismissive, and her actions on the
9  controls would sustain that assessment.
10     Q. How come you didn't make a report then?
11     A. At that point, we all had high hopes for
12 Tiffany's success. And if it was an isolated
13 event, then it would have been just something that
14 she and we could look back on as, you know, as a
15 silly moment in training, but one that was in the
16 past. It was something that I remarked on to her
17 at that time. And that's the norm in training.
18     Training isn't a series of, you know, events
19 and reports, events and reports, events and
20 reports. Initial operating experience is fifteen
21 hours of flying and a continual assessment of a
22 person's flying ability and their behavior.
23     Q. So let's say you leave Cape Air, and
24 let's say hypothetically you left Cape Air
25 August 1, 2004.

Page 44

1      A. Sure.
2      Q. If there's no series of reports,
3  evaluations, trainings, flights, how does a guy
4  have any idea of what your prior assessments were
5  of pilots? I mean why isn't there a series of
6  reports if there's a concern?
7      A. That's a -- the important facts of a
8  person's training are recorded in writing. If
9  there are noteworthy moments, and if I were to
10 leave Cape Air and hand off, you know, a pilot's
11 training, the other check airmen and I would have a
12 conference. We would discuss at length, you know,
13 here is what I have seen to date with this pilot.
14 She and I have debriefed about, for example, that
15 she forgets to set the parking brake. And Steve
16 and I actually had that conversation. So here was
17 an example where Steve was handing Tiffany off to
18 another check airman, and he says, normal progress
19 at this point, continues to forget to set the
20 parking brake, et cetera. There's a verbal
21 conference. That's how a pilot that would follow
22 me would know.
23     Q. Okay. This incident that you're talking
24 about with this landing, you never talked to Steve
25 Phillips about that, not in and around the time it

Page 45

1  occurred?
2      A. I don't believe that's true. I think I
3  did. I think I spoke to Steve and Russell. It was
4  remarkable.
5      Q. He testified yesterday. I think he
6  testified that he had no specific recollection of
7  the facts of that landing.
8      A. Okay. Well, perhaps that's because he
9  wasn't present in the aircraft, or perhaps he just
10 doesn't remember. But I believe that I discussed
11 it with Steve and Russell.
12     Q. So fair to say you have two concerns
13 here. One is the actual landing?
14     A. Uh-huh.
15     Q. And one is her, I think you said,
16 dismissive attitude?
17     A. Yes. The larger concern is the
18 dismissive attitude. Other pilots have made bad
19 landings, but it's not the bad landing that counts.
20 It's the attitude and the approach to the
21 subsequent landings that count.
22     Q. Aren't pilots by nature somewhat
23 self-confident, almost arrogant in their
24 confidence?
25     A. No. I'm not sure I agree with that

Page 46

1 assessment. No.
2     Q. No?
3     A. Pilots by nature are self-confident.
4 Almost arrogant? I would not agree with that
5 characterization. Almost arrogant, on the
6 contrary, could become a dangerous attitude.
7     Q. If I use those words to describe John
8 Kappeyne, would you disagree with me?
9     A. Confident, almost arrogant? Yeah, I
10 would disagree with you. John Kappeyne is
11 confident. I would not describe him as almost
12 arrogant.
13     Q. Do you think Tiffany was arrogant?
14     A. During the time we trained in Hyannis and
15 in Houston, no. In Guam, for some reason, yes.
16 And I don't know why.
17     Q. But that doesn't warrant any sort of
18 additional concern?
19     A. It warrants monitoring. It warrants
20 continued evaluation.
21     Q. And are you the person doing that
22 monitoring during that time?
23     A. Yes. Or my designees. And my designees
24 in this case would be other check airmen, either
25 Steve Phillips or Russell Price, as well as, I

Page 47

1 should add, other captains.
2     Q. So if Steve Phillips and Russell Price
3 don't have a problem with her being arrogant or her
4 ability to actually fly the airplane, then you
5 don't either since you're relying on those folks?
6     A. Well, if I was there at the time, and I
7 myself had a problem with her, then that statement
8 wouldn't be true. If, on the other hand, I wasn't
9 flying with her, and they said there was no
10 problem, then I would rely on them.
11     Q. Okay. But they're your designees?
12     A. Correct.
13     Q. You wrote a letter. Do you remember
14 writing a letter somewhere around September 14,
15 2004?
16     A. Yes.
17     Q. Is that a copy of your letter right
18 there?
19     A. Yes.
20     Q. We've got it marked as an exhibit, and it
21 is Exhibit 29. You can look at your letter.
22     Do you want to take a break?
23     A. No.
24     Q. Looking at your letter, I have a couple
25 of questions. Who was this written for?

Page 48

1     A. This was written around the time -- it
2 was written for the human resources department.
3     Q. Did Linda Markham ask you to write this?
4     A. I don't recall if Linda Markham
5 specifically asked me to write it or not. I would
6 imagine so, but at the time, I think we were, you
7 know, having trouble getting Tiffany to accept
8 potential retraining. It was a normal process to
9 put your experiences in writing in case it had an
10 unhappy outcome. So I believe it was probably
11 Linda that asked me to write the letter, but I
12 don't specifically recall.
13     Q. Why would you not have addressed it to
14 her then?
15     A. Why wouldn't I have written it to Linda
16 Markham?
17     Q. Right.
18     A. I don't know. Just the formal opening,
19 to whom it may concern, is just a normal sort of
20 business letter opening thinking it may become part
21 of her personnel files.
22     Q. Who did you expect to read this letter?
23     A. I expected Linda Markham to read this
24 letter and anybody else who was concerned with
25 retraining Tiffany. Or I considered it probable

Page 49

1 that Tiffany herself might read it.
2     Q. When there is retraining in a
3 circumstance like this, is there a certain
4 formality to that, or can it be simply go over
5 there and watch those guys fly? Does that
6 constitute training?
7     A. It can constitute training depending on
8 the circumstances. That can very much constitute
9 training. If a person's deficiencies were their
10 handling of the aircraft, then no, that would not
11 constitute training. If a person's deficiencies
12 were, on the other hand, incorrect callouts, then
13 observing a crew that was making correct callouts
14 may very well constitute appropriate additional
15 training. And if a person's deficiencies were
16 interpersonal skills, then observing a crew that
17 had excellent interpersonal skills might be a very
18 valid part of retraining.
19     Q. But you testified earlier that her
20 response of I got it wasn't necessarily an
21 inappropriate callout.
22     A. The words were not inappropriate. The
23 tone and manner were.
24     Q. What is it with you guys with having a
25 problem with her tone and manner? I mean I'm

### Page 50

1  trying to get a handle on exactly what it is you
2  guys don't like. And when I say you guys, I'm
3  talking about Steve Phillips and yourself. What
4  tone and manner do you want her to exhibit?
5      A. Professional. A professional tone.
6      Q. So if John --
7      A. And I'm sorry. Did you say you guys? Is
8  that what you --
9      Q. That's what I said.
10     A. I see. Okay.
11     Q. So if John Kappeyne yells at somebody,
12 that's professional? That's not unprofessional?
13     A. I'm sorry. Is that a question?
14     Q. I'm asking you, yeah.
15     A. What is your question?
16     Q. If John Kappeyne yells at a co-pilot in
17 the cockpit or in training, you don't find that as
18 unprofessional behavior?
19     A. If John Kappeyne yelled at a pilot, I
20 would find that to be most unprofessional.
21     Q. Do you guys tolerate unprofessional
22 behavior?
23     Again, I'm sorry. If I say you guys, I don't
24 mean to have it be taken personally. I should use
25 a better word of saying Cape Air.

### Page 51

1      A. Very well. Please restate your question.
2      Q. Does Cape Air tolerate as professional
3  behavior a pilot who yells at his co-pilot?
4      A. No.
5      Q. Let's look at your letter. If you look
6  at the last sentence of the first paragraph, can
7  you read that out loud, please?
8      A. Certainly. As captain, she has
9  repeatedly demonstrated a machismo that, if
10 unchecked, would stifle meaningful input from a
11 first officer.
12     Q. What is machismo?
13     A. Machismo is one of the five hazardous
14 attitudes that was defined by the FAA in an
15 advisory circular. That's why I use that word.
16 It's one of the five hazardous attitudes that's
17 incompatible with professional flying. All pilots
18 get tested on these five hazardous attitudes at
19 every level of their training. And it's
20 characterized by an attitude of, well, I can do it.
21 Maybe this other guy can't do it, but I can do it.
22     The five hazardous attitudes are
23 vulnerability, macho, resignation, antiauthority,
24 and macho. Is that five? You do have the advisory
25 circular in front of you, do you not?

### Page 52

1      MR. TORRES: We'll mark this as Exhibit 53.
2      (Plaintiff's Exhibit No. 53, FAA Advisory
3  Circular, 12/13/91, so marked.)
4      Q. Can you show me in that advisory circular
5  where that is?
6      I think it's page 11.
7      A. Macho, I can do it, yes.
8      Q. Yesterday when we did Steve Phillips'
9  deposition, I asked him about that word. He didn't
10 understand it as a hazardous attitude or refer to
11 this 1991 circular.
12     A. Nor would I expect him to.
13     Q. He's a chief pilot, isn't he?
14     A. He is a chief pilot. However, his
15 professionalism has just been honed over years.
16 And listing off five hazardous attitudes is
17 something that maybe a guy who teaches at ground
18 school would do. I wouldn't expect that it would
19 be something that a chief pilot would do. His
20 knowledge and abilities though make him more than
21 qualified to understand it when he sees it.
22     Q. Kind of like pornography? You can't
23 describe it, but you know when you see it?
24     A. An unfortunate choice of words, but
25 that's probably fair.

### Page 53

1      Q. Not mine. The Supreme Court Justice said
2  that.
3      A. I understand.
4      Q. Okay. I think the significance though of
5  this hazardous attitude is that it's somebody
6  taking risks, not somebody just -- I mean not
7  somebody's tone I think is what you said. Wouldn't
8  you agree that's the definition here?
9      A. Well, let's see. Macho, parentheses, I
10 can do it. The words "I can do it" aren't
11 pejorative.
12     Q. Okay. But that defines --
13     A. But with a tone --
14     Q. Pilots with this type of attitude will
15 try to prove themselves by taking risks in order to
16 impress others. That's putting people's safety at
17 issue. Did Tiffany put people's safety at issue by
18 taking risks in order to impress others?
19     A. Not intentionally.
20     Q. So she did? Who did she put at risk?
21     A. She put at risk her fellow crew members
22 and her passengers by intending to prove that she
23 was better than anyone else.
24     Q. How come you didn't ground her when she
25 put those people at risk?

Page 54

1   A. Well, I believe that our captain Chuck
2 White did. And then we assessed her and agreed
3 with it.
4   Q. Okay. So prior to that, she never put
5 anybody at risk that she should have been grounded
6 for?
7   A. You know, there wasn't a large huge macho
8 event where -- that would make you say throw a
9 lasso around this cowboy, but rather, when you look
10 at the totality of my experience observing Tiffany,
11 Russell's experience observing Tiffany, Chuck's
12 experience flying with Tiffany, Phil's experience
13 flying with Tiffany, and other's experience flying
14 with Tiffany, that attitude was present and became
15 a detriment to flight safety.
16   Q. And did all of you guys know that?
17   A. Did all -- could you restate the
18 question, please?
19   Q. You just identified four people besides
20 yourself. Did all of you -- were all of you aware
21 of that? Jointly aware of that?
22   A. Jointly aware of that, no. Individually
23 aware of that, yeah. You know, individually, I
24 became aware of it in my experiences flying with
25 Tiffany. I heard through Russell's experiences

Page 55

1 flying with Tiffany that she was having difficulty
2 performing in the crew environment. And later, I
3 gathered -- much later I gathered that that was
4 also the case with others.
5   Q. Okay. Bringing the question back to
6 machismo and putting people at risk --
7   A. Sure.
8   Q. -- the last flight she ever flew for Cape
9 Air was August 31, 2004. There was -- okay. It
10 might have been September 6th. But there was never
11 any incident that you're aware of that warranted
12 grounding her?
13   A. No, that is incorrect. There was an
14 incident that warranted grounding her, and I failed
15 to do it.
16   Q. When did that occur?
17   A. August 14.
18   Q. Okay. And what flight was that?
19   A. It was a flight from Guam to Saipan, the
20 first flight of the morning.
21   Q. And you were on that flight?
22   A. Yes.
23   Q. And in what capacity?
24   A. A captain or the co-pilot. In any event,
25 I was the check airman.

Page 56

1   Q. So you were on that flight acting in the
2 capacity of a check airman?
3   A. Yes.
4   Q. And as check airmen, if somebody fails,
5 they are grounded --
6   A. Correct.
7   Q. -- by law?
8   A. Yes. Until either retrained to
9 proficiency or removed entirely. That's correct.
10   MR. TORRES: Let's take a break for five
11 minutes.
12
13   (Recess)
14
15   Q. You were beginning to say that there
16 was -- I was asking questions about whether or not
17 Tiffany had ever been removed from a flight or done
18 something that warranted removing from a flight,
19 and you said that she had never been removed from a
20 flight, but that there was one instance when she
21 should have?
22   A. That is correct.
23   Q. Can you elaborate?
24   A. Yeah. On August 14th, Tiffany was late.
25 It was fifteen minutes after her show time. It was

Page 57

1 6:30 in the morning. I was in the cockpit
2 conducting my pre-flight checks alone wondering
3 where she was.
4   Q. Are you referring to something, or are
5 you testifying off of your recollection?
6   A. I can do it without this. I remember it
7 like it was yesterday. I was in the cockpit
8 wondering if I needed to get another co-pilot. Our
9 passengers were going to board soon. We were
10 supposed to head to Saipan very soon, and Tiffany
11 was late.
12   Around the time I was deciding, rats, do I
13 need to call another co-pilot and get them in on
14 the double, she showed up. She appeared disheveled
15 and injured. She had a fat lip and the beginnings
16 of a black eye. And she proceeded to tell me her
17 story about what had happened to her. She told me
18 that she had been out with some fighter pilots she
19 had met recently. And they were leaving that
20 morning, and one of them was giving her I think a
21 bear hug or lifting her up and fell over backwards
22 and dropped her into the curb resulting in her
23 split lip and fat eye -- or black eye rather.
24   At that point, I said -- having listened to
25 her for a couple of minutes, I said, Tiffany, I've

Page 58

got some more bad news for you. And she said what? And I said, in the form of a question, how many rum and Cokes did you have last night? And she was aghast. And she didn't say none. She didn't say what are talking about? She didn't say, well, I had a couple of beers. She said, I had two rum and Cokes that is. And she proceeded to convince me that I must be mistaken, and that there was no problem. Maybe what I was smelling was because she forgot to brush her teeth.

And at this point, the passengers were just about boarding, and I wanted to believe her. And so I said, go inside, don't walk past the passengers, go to the downstairs bathroom, brush your teeth, come back, and I'll reassess you. And at that point, I thought to myself, crap, I hope the heck that she isn't unfit to fly. That would be terrible. I didn't want to have to be in the position of sending her for a breath test, and I very much wanted to believe her. And I know that this could be a career ender at that moment.

Anyway, she returned from the bathroom and breathed at me. And I thought this is a heck of a position to be in. I'm having to check my co-pilots breath before we go flying. But I

Page 59

believed her, and we went flying to my everlasting remorse because, you know, at the time this event happened, I wanted very much to believe her that she was fit to fly, that she didn't have alcohol on her breath.

But I keep asking myself the same question, and that is, how did I know what kind of alcohol it was? Rum is a very distinctive smell. And when I said, how many rum and Cokes did you have, having never seen her drinking rum and Cokes to my recollection. On the few maybe social occasions or company occasions where we all would have been out, if any of us had a beer, I think Tiffany maybe had a light beer. I had never seen her drinking rum and Cokes. But when she popped into the cockpit, it was like a light bulb, oh, rum. And I think now, thinking back on that scenario as I've done many times over the years, if I was able to identify what type of alcohol was on a person's breath the next morning, then that person probably wasn't fit to fly and shouldn't have been in the cockpit. And that is my fault.

Q. You've never seen Tiffany drink rum before?
A. I don't ever recall having seen her drink

Page 60

rum before that occasion.
Q. Is that your drink?
A. No, it is not.
Q. Do you drink rum?
A. I don't.
Q. How do you know how it smells?
A. Before my wife had a couple of kids, that used to be her drink of choice.
Q. Do you drink those socially, or do you drink them at home?
A. No. I don't drink rum.
Q. No. When she was drinking those, were you with her?
A. I'm sorry. Are you referring to my wife or to Tiffany?
Q. To your wife.
A. If we were out at dinner, that would be a drink that she would have. Or if we were out socially, that would be a drink that she would have. So I know what it would smell like because I know my wife's breath I guess.
Q. Before you had a couple of kids -- well, how many kids do you have?
A. We now have two.
Q. How old are they?

Page 61

A. One is one week old, and one will be two in a month.
Q. So in 2004 then, your wife was a regular rum and Coke drinker, or at least -- I mean when she would drink, that would be her drink of choice. Is that right?
A. Yes.
Q. You said that she was fifteen minutes late. What time was she supposed to be there?
A. You know, our schedule has changed many times over the years, so I'm not a hundred percent sure on that. For that, I need to refer to my letter. And I see that I say it was 6:30 when she showed up in the cockpit. I believe the show time then would be 6:15. I don't recall exactly what the show time was, but I remember being in the cockpit looking at my watch going, rats, this pilot is fifteen minutes late.
Q. But generally, show time is thirty minutes before a flight?
A. Generally, the show time is an hour before the flight.
Q. An hour before the flight? So if the flight was scheduled for 7:00, it would be 6:00?
A. Correct.

Page 66

1 personally, and he did not appear to be upset with
2 me. We both were disappointed and hopeful that it
3 wouldn't happen again. That's all.
4     Q. Disappointed with what? Disappointed
5 with your decision making?
6     A. Disappointed in Tiffany's decision
7 making.
8     Q. Well, did he have any similar concern
9 about your decision making? Are you telling me
10 that you let somebody on the plane that was unfit
11 to fly, and he has no concern about your decision
12 making?
13     A. He was, I think, sympathetic. And I
14 was -- he couldn't have beaten me up any worse than
15 I was already beating myself up.
16     Q. Okay. I don't know if that's responsive
17 to my question. Was he unhappy with your decision?
18     A. I cannot speak to his happiness or
19 unhappiness. I don't know.
20     Q. Were you unhappy with Chuck White's
21 decision to allow Tiffany to fly back from Saipan
22 on August 31 after he had had his conversation with
23 Russell and discussing her fitness to fly?
24     A. No. I wouldn't characterize myself as
25 unhappy.

Page 67

1     Q. To call into question his decision making
2 for you?
3     A. I'm sorry. Restate the question, please?
4 I couldn't hear you.
5     Q. Does his decision to allow her back into
6 the cockpit and fly a commercial flight back to
7 Guam with passengers call into question his
8 judgment?
9     A. No, I don't think so. I think that Chuck
10 wanted to give her the benefit of the doubt and
11 start each flight with a clean slate. And I
12 thought that he thought that he could do that.
13     Q. Why do you think he thought he couldn't
14 do it on the following flight?
15     A. You mean days later when he flew with
16 her?
17     Q. No. I mean he was scheduled to get back
18 in a plane with her and fly again that same day
19 right after they got back to Guam.
20     A. I guess after you -- again, I wasn't
21 present in the cockpit, so I don't know. I don't
22 know.
23     Q. As we sit here today, do you believe that
24 Tiffany was fit to fly on that flight that you
25 referred to?

Page 68

1     A. On August 14th?
2     Q. On August 14th.
3     A. No, I do believe she was fit to fly.
4     Q. Has there ever been a disciplinary action
5 taken against you for you allowing a pilot to get
6 on a plane who was not fit to fly?
7     A. No, there was not.
8     Q. And you feel that you didn't have the
9 authority to have -- to send her home or to have
10 her checked?
11     A. No. I did feel, of course, that I had
12 the authority. I had the authority to have her
13 removed. As I stated before, I wanted to believe
14 her. This would have been a horrible blemish, and
15 I didn't want to subject her to that. Whether I
16 was right or wrong, it would have cast a cloud over
17 her, and I didn't want to do that. At the time, I
18 wanted a successful outcome for Tiffany, and I
19 wouldn't like to see that happen to anybody.
20     Q. Do you think she is fit to fly the
21 ATR 42?
22     Well, maybe fit is not the right word. Does
23 she has the necessary competence and ability?
24     A. I'm sorry. Was your word "confident" or
25 "competence".

Page 69

1     Q. Competence.
2     A. Competence and abilities? Her competence
3 and abilities were not in question. Her attitude
4 and manner were. Actually, I'm going to retract
5 that. Attitude and manner become issues of
6 competence, and so I would say no.
7     Q. The issues of attitude and competence, as
8 you have explained them today, were they
9 correctable in your opinion?
10     A. You know, it's extremely difficult. One
11 of the reasons why others had successfully
12 retrained after having performed unsatisfactorily
13 is there weren't questions of attitude or manner.
14     Earlier, we were discussing the hazardous
15 attitudes, specifically macho, and you
16 characterized it correctly from the advisory
17 circular as putting people at risk. However, in
18 that same advisory circular, the FAA defines
19 attitude as a personal motivational predisposition
20 to respond to persons, situations, or events in a
21 given manner. That is a lot more difficult to
22 modify than someone's unsatisfactory performance in
23 a simulator. A personal predisposition that
24 becomes a hazardous attitude becomes a very serious
25 issue of competence. And those are the toughest.

Page 70

1   Q. So I'm not asking you for an absolute
2  here. I'm just asking your opinion as director of
3  training. Do you think she had the ability to
4  correct that?
5   A. Well, that's very much like the old
6  psychiatrist's joke, how many psychiatrists does it
7  take to change a light bulb, and the answer is one,
8  but the light bulb has to want to change.
9   In my opinion, Tiffany was given ample
10 opportunity to change, and she failed to avail
11 herself of those opportunities. We offered her the
12 opportunity to observe a professional flight crew
13 that was clicking on all cylinders that worked well
14 together. She chose to fly one leg in the front
15 and then rode back in the back napping. That
16 wasn't availing herself of the opportunity.
17  Now, it may be that she didn't think that was
18 the kind of training that she thought was
19 appropriate, but it was the kind of training that
20 we thought was appropriate. And that was an
21 example of where she didn't take advantage of the
22 opportunity to get retrained.
23  We offered her the opportunity to fly with
24 Russell Price, who had 14 years experience at
25 US Airways and had excellent crew coordination

Page 71

1  abilities, communication skills, and interpersonal
2  skills in the cockpit. And that day, she didn't
3  bring her headset and so wasn't prepared to fly.
4   When you present somebody with opportunities
5  to succeed, and they show up either unprepared or
6  unmotivated, then it's impossible to make them
7  succeed. And in my opinion, that was the case with
8  Tiffany.
9   Q. You used the word "observe", to observe
10 these flights. Was this observation, or was it, in
11 Cape Air's opinion, training?
12  A. Observation can be training. We use it
13 regularly when we send new pilots to Guam. Before
14 we throw a pilot into the mix, as it were, to start
15 flying passengers, we mandate that they sit in the
16 jump seat and observe. It's extremely useful
17 training. And we actually have them participate as
18 well in the preparation of documents.
19  In the times that we had Tiffany observe in
20 the jump seat, it was not fruitful. Specifically,
21 I'm referring to the time I had Tiffany assigned to
22 the jump seat while I flew with another pilot and
23 asked her to help out by pre-flighting the exterior
24 of the aircraft. And her response was, ACM means I
25 ain't doing nothing. And for the benefit of the

Page 72

1  transcript, ACM means auxilliary crew member or a
2  jumpseater as a person in the observation seat.
3   Q. So I think my question was, did you
4  consider this observation, or did you consider this
5  training?
6   A. Observation is a form of training.
7   Q. Okay. But was this considered to be
8  training for her?
9   A. The opportunity to observe a professional
10 flight crew that was clicking on all cylinders was
11 a form of our training program that we had laid out
12 for her.
13  Q. Would the FAA consider this to be
14 training for her?
15  A. Yeah. A company is given wide latitude
16 in coming up -- in formulating a plan of action for
17 how they wish to retrain a pilot. So if a pilot's
18 deficiencies were technical proficiency landing
19 issues, then no, watching somebody land would not
20 be an appropriate form of training. It would be
21 training in the airplane or training in the
22 simulator to get those landings down.
23  But in Tiffany's case, she had gotten to the
24 point where she was technically competent in the
25 handling of the aircraft, but was not competent in

Page 73

1  her interpersonal relationships within the cockpit
2  and communication within the cockpit. And for
3  that, observing a proficient flight crew is very
4  appropriate. And the FAA would consider it too.
5   Q. So I'm still just a little confused here.
6  So this was not observing. This was training,
7  Cape Air training?
8   A. Her observing a professional flight crew
9  was part of the retraining that we had laid out for
10 her.
11  Q. And you testified that you never flew as
12 an observer watching the pilot team of Phil Dery
13 and Kevin O'Connor?
14  A. I testified that I don't specifically
15 recall whether or not I flew with those two as a
16 crew. However, I flew with each of them
17 individually, and I had an opportunity to talk with
18 others who flew with each of them individually,
19 including our check airmen. And they flew very
20 well.
21  Q. You had an opportunity to fly with Chuck
22 White individually?
23  A. Yes.
24  Q. And you had an opportunity to fly with --
25  A. All of the pilots.

Page 74

1  Q. -- Tiffany?
2  A. Yes.
3  Q. Did you, because of your observation of
4  Chuck White and Tiffany, did you see this coming?
5  I mean could you extrapolate from your flight with
6  each one individually that they don't work
7  together?
8  A. No. In fact --
9  Q. Or that they do work together?
10  A. From my flights with Tiffany, I could see
11  it coming that she would have difficulty with
12  someone. I didn't specifically pick out Chuck
13  White. But she had difficulty flying with me in
14  terms of manner and attitude. No, I didn't
15  specifically think of one person in particular that
16  Tiffany would have a problem with.
17  Q. Have you flown with Nehal?
18  A. Yes, I've flown with Nehal.
19  Q. And John Kappeyne?
20  A. Yes, I've flown with John Kappeyne.
21  Q. Have you flown with them individually and
22  have any problems?
23  A. I flew with them individually and as a
24  crew.
25  Q. Okay. Did you have any problems?

Page 75

1  A. Let me think. You know, in the spectrum
2  of fair, good, to excellent, that crew working
3  together was fair. They meet standards -- met
4  standards. They were proficient and safe, but I
5  wouldn't characterize them as the best crew.
6  Q. Okay. So could you tell that there was
7  going to be a problem with those two guys working
8  together in the simulator?
9  A. No, I didn't. I couldn't. And
10  otherwise, I wouldn't have assigned them as crew
11  partners. When you're assigning people to work
12  together as SIM partners, you do your best to pick
13  people that you think will work well together
14  because they're not just flying together. They're
15  also basically study partners.
16  Q. You testified that Tiffany flew on one
17  leg as an observer. In talking about her not
18  taking advantage of her opportunities, you said she
19  flew one leg as an observer and flew in the back
20  napping on a second flight. Who told you that she
21  was in the back napping?
22  A. Phil Dery. I don't know if she was in
23  the back napping. If I said napping, then I'm not
24  speaking with authority on that. I think Phil told
25  me that she went in back, and I think she took a

Page 76

1  nap.
2  Q. When was that conversation with him?
3  A. Boy, I don't know. It could have been
4  any time between '04 and -- I don't know.
5  Q. Subsequent to these retrainings --
6  observations, slash, retrainings, you talked about
7  an evaluation that you were going to do. Did you
8  ever do that evaluation?
9  A. I assigned it to Russell Price who
10  observed Chuck and Tiffany.
11  Q. And did he do an evaluation?
12  A. Yes, he did.
13  Q. Do you have a copy of that?
14  A. No. He verbally told me that it was the
15  worst CRM he had observed in his career.
16  Q. In your opinion, when things break down
17  like that, is it one person's fault, or does it
18  flow both ways?
19  A. It can be one person's fault. It can
20  flow both ways.
21  Q. Okay. And how about in this case? Did
22  you do any sort of --
23  A. I relied on Russell. Russell told me
24  that it was entirely her fault.
25  Q. He did? Those were his words?

Page 77

1  A. I don't recall his specific words, but
2  Russell said that Tiffany's behavior was some of
3  the worst CRM he had seen in his career.
4  Q. Did he give you any specifics?
5  A. You know, he may have three years ago. I
6  don't recall the specifics. I don't recall.
7  Q. You didn't put any down in your letter?
8  A. No. I was not present on that flight.
9  My letter characterized my experiences flying with
10  Tiffany and was limited in scope to that.
11  Q. Do you think Chuck White had any role in
12  the breakdown of communications between the two of
13  them on that flight or the flight on which she was
14  grounded?
15  A. I don't know.
16  Q. Do you think that's part of your
17  evaluation?
18  A. Do I think what is part of my evaluation?
19  I'm sorry.
20  Q. You said that you did an evaluation after
21  the observation, slash, retraining.
22  A. No. I delegated the evaluation to
23  Russell to evaluate from the jump seat.
24  Q. You said that she came to work one day
25  when she was supposed to fly with Russell without