IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | ) CIVIL CASE NO. CV06-00027 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HYANNIS AIR SERVICE, INC. | ) |
| dba CAPE AIR, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

DEPOSITION TRANSCRIPT

OF

# CHARLES WHITE

March 2, 2007

PREPARED BY:   GEORGE B. CASTRO
**DEPO RESOURCES**
#49 Anacoco Lane
Nimitz Hill Estates
Piti, Guam 96915
Tel:(671)688-**DEPO** * Fax:(671)472-3094

COPY

RECEIVED
CARLSMITH BALL
DATE: 04.19.07   TIME : 11:00am

**EXHIBIT Q**

1 powers as a captain. You have eight years in
2 the airline industry. Do I have a right to
3 remove her from the airplane? He said, yes,
4 just make sure you really have a good reason.

5 I said, "Well, I need to show you what
6 these reasons are. I don't want to be
7 difficult." And I want someone to back me up
8 on, you know, are these valid reasons?

9 So, I don't know if at that point I
10 already had given them the letter or I wrote
11 it, or I told him I was giving them a letter to
12 let him know what these reasons were. So, I
13 would talk to Russell a lot only because I
14 didn't want to overstep my authority.

15 Q In that conversation that day, what
16 reasons did you give him?

17 A Very bad attitude, very poor
18 communication skills, difficult to get along
19 with. I would ask for a checklist, and she
20 said no.

21 Q Did you tell him that you thought she
22 was unsafe to fly with?

23 A I think I did use those words, yeah.

24 Q Okay. And did he simply leave it to
25 you as your call or did he say "I will do

1   something about it"?

2     A    No.   He said, "You have to make the

3   call.  It's part of your job."

4     Q    Okay.    And what did you do, if

5   anything?  If anything.

6     A   I had called SOC and told them that I

7   was removing Tiffany from the flight when we go

8   back to Guam, and then I think I needed a new

9   co-pilot.

10     Q    Okay.  What's SOC?

11     A   Systems Operational Control.  They're

12   the people that file the flight plans and

13   physically release the plane for service.

14     Q    Okay.  When Russell asked you -- when

15   you said, "I think she's unsafe", did he ask

16   you to articulate what you meant?  Because what

17   you said is, she's hard to get along with --

18     A   Right.

19     Q   -- give me a problem, just being

20   obnoxious or something.

21     A   I don't know if he asked me to

22   articulate, because I think he already knew the

23   difficulties we're having.

24     Q    Well, what did you mean when you said

25   unsafe?

1      A    Just  the  fact  that  if  you're  not

2 communicating with the other person, I have no

3 idea what you're doing, what you're thinking.

4 I can't stop something unsafe from happening.

5 If you're departing VFR and you plan to go

6 straight to the field through clouds, I can't

7 let that go on. So, you need to tell me what

8 your flight path is; where you're going, what

9 you're planning on doing in a course of an

10 emergency. Any number of things. How people

11 react to her or what flight attendants are

12 doing.

13      Q    Have you ever seen her do an unsafe act

14 in the air?

15      A    I don't know if you can say it's an

16 unsafe act. I mean, if you come in, you land

17 with the plane nose high running out of

18 airspeed and you drop the plane and you could

19 hit the tail. Which on the 42, is not an

20 issue. But you can hit the tail, you can hit

21 the nose wheel. There's things that are

22 happening while you're doing it that you're

23 wondering why is this person doing this this

24 way.

25         So, I can't anticipate, especially with

REPORTER'S CERTIFICATE

I, **George B. Castro**, Court Reporter, do hereby certify the foregoing 127 pages to be a true and correct transcript of the audio recording made by me in the within-entitled and numbered case at the time and place as set forth herein.

I do hereby certify that prior to examination the deponent was duly sworn upon oath; that thereafter the transcript was prepared by me or under my supervision.

I further certify that I am not a direct relative, employee, attorney or counsel of any of the parties, nor a direct relative or employee of such attorney or counsel, and that I am not directly or indirectly interested in the matters in controversy.

In testimony whereof, I have hereunto set my hand and seal of Court this 13th day of April, 2007.

**COPY**

_____

George B. Castro

# Mini Transcript and Word Index
## To the Deposition of

# RUSSELL C. PRICE

## October 17, 2007

## In the case:

## TIFFANY ANNE NICHOLSON
### vs
## HYANNIS AIR SERVICE, INC

## Taken in
## London England

Reporting supplied by
Anglo-American Court Reporters Ltd
London England
Tel: + 44 (0) 207 264 2088
Email: info@a-acr.com

PAGE 13

10:48:01 1     A  It is an FAA tested and approved
2  position, both initially, and then periodically the FAA
3  would monitor me testing somebody else to make sure
4  that I was applying appropriate testing standards.
10:48:17 5     Q  Okay. Okay. So that takes us through
6  1986, chief pilot and check airman at the charter
7  service.
8     A  Uh-huh.
9     Q  And what was next?
10:48:29 10     A  February of 1988, I left that company
11  and moved to Maryland for my first commuter regional
12  airline job, which was Henson Aviation.
13     Q  And what – what aircraft did you fly?
14     A  That was a short SD-330, my first
10:48:46 15  turboprop, 30 seats.
16     Q  Okay. Is that similar to what Freedom
17  Air is flying in Guam?
18     A  They fly the slightly bigger version,
19  the 360, but the planes are 80 to 90 percent the same.
10:49:02 20  But yeah, that's a good visualization. I flew there
21  for approximately one year.
22     Q  Okay.
23     A  And then in the desire for bigger,
24  better, faster and probably more money at the heart of
10:49:18 25  it all, I applied to a variety of major airlines and

PAGE 14

10:49:22 1  received a job at U.S. Airways.
2     Q  Okay. Before you tell me how long you
3  did that and some other things, what's the progression
4  in terms of – of your licensing or your type rating?
10:49:38 5  I mean, we understand private pilot is one end of the
6  scale and then when you get into a position such as
7  with U.S. Airways –
8     A  Uh-huh.
9     Q  – is that a transport pilot or a
10:49:51 10  commercial rating? What's – I assume that the – the
11  position for U.S. Air is sort of the pinnacle –
12     A  Uh-huh.
13     Q  – of the progression.
14     A  Yes.
10:50:01 15     Q  And what sort of license did you have to
16  have for the position at U.S. Air?
17     A  I can roughly break it down into the –
18  the mode of private where you're strictly not able to
19  charge anybody; commercial, where you are allowed to do
10:50:19 20  service for hire. That could include crop dusting,
21  banner towing, and in my case, sightseeing and
22  instruction.
23     If you are going to be a captain of a
24  transport category aircraft or a captain of any
10:50:37 25  scheduled airline service, you have to have the highest

PAGE 15

10:50:42 1  qualification, which is an airline transport – airline
2  transport rating ATR ATP.
3     Q  And that's administered or approved by
4  whom?
10:50:52 5     A  That is a test that you would – a
6  written test that you would take and pass which in –
7  which in – combined with your flight experience, you
8  have to have I believe 1500 hours to apply, then you
9  would take a check ride that would be either
10:51:09 10  administered by the FAA or a designee.
11     Q  So to apply with U.S.A. air as a
12  commercial –
13     A  Uh-huh.
14     Q  – commercial airline pilot, you had to
10:51:21 15  have those credentials?
16     A  That is correct.
17     Q  Okay. And what – what was the result
18  of your application with U.S. Air?
19     A  I applied at U.S. Air and was accepted
10:51:30 20  at U.S. Air and began there, as you do on seniority, as
21  a first officer.
22     Q  And that was roughly 1988?
23     A  December of 1988.
24     Q  '88, okay. And how long did you fly for
10:51:43 25  U.S. Air?

PAGE 16

10:51:44 1     A  Almost 15 years. A fantastic
2  experience, the best of the best for training and pure
3  mentoring from very experienced fly pilots, all areas
4  of the country, Caribbean, Transatlantic. To U.S.
10:52:00 5  Air's demise and to my gain, they happen to own nearly
6  one of every aircraft ever built, it seems like; and
7  they, for various reasons along the way, sometimes by
8  my choice, sometimes by their operational need to have
9  me fly one plane and one region differently than
10:52:21 10  another, I actually went through, I believe, eight
11  formal aircraft ground schools with them and flew
12  nearly – one, two, three, four, five, six, seven,
13  eight, nine – I think ten aircraft types and subtypes
14  for them, so –
10:52:43 15     Q  And you said 15 years was the –
16     A  Almost 15 years, 14 years and some
17  months.
18     Q  Okay. And you started as a first
19  officer?
10:52:50 20     A  Yes.
21     Q  And did you achieve captain?
22     A  The position that was closest to being
23  captain there was in the Transatlantic, you have to be
24  captain qualified because of the rules of flying
10:53:01 25  internationally. So I never had seniority to be the

Anglo-American Court Reporters Ltd.  London  UK
Fax: +44 (0) 207 265 1703    E-mail: info@a-acr.com    Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 7 of 29

SHEET 6  PAGE 41

11:20:08 1 build teams and get the job done. I don't really want
2 to interrupt with that, so I will take – in a – in
3 a – it's not the best situation. A simulator
4 instructor is capable of sitting in a seat next to you
11:20:22 5 and teaching you while you fly. It's not the best
6 case, but it's acceptable a little bit. So I think I
7 had some sessions like that. I had some sessions
8 with – I think twice I flew with pilots from other
9 countries, from other airplanes where they just found a
11:20:35 10 volunteer in the hall to fly with me.
11 Q Because you were the odd guy?
12 A Because I was the odd guy.
13 Q You were number nine.
14 A And then what I did is I thought it
11:20:43 15 would be a good idea that if one of the other eight
16 candidates wanted to fly extra with me, that would be
17 very helpful for them because they would get more
18 training free.
19 Q And are those the sessions that you flew
11:21:01 20 with Ms. Nicholson?
21 A Yeah. I actually asked one other pilot
22 first if he would be my partner because – since I knew
23 that I was getting sort of the haphazard treatment I
24 said, well, I am going to – I'm going to eye the
11:21:14 25 people in class who I think it's going to work with the

PAGE 42

11:21:18 1 most. So I asked one candidate if he would fly with me
2 and he said he didn't really want the extra workload.
3 He wanted the time to study. So I went to my second
4 choice, which was Ms. Nicholson, and she very eagerly
11:21:32 5 accepted.
6 Q And then in the – in ground school and
7 in the simulator training is what I will call either
8 crew or cockpit resource management, abbreviated CRM –
9 A Uh-huh.
11:21:45 10 Q – in this – in this instance. Is that
11 part of the training?
12 A Absolutely. There is a half day or
13 possibly even a full day module of it on the ground
14 school at Cape Air, and I think – the ground school,
11:22:00 15 it was located in Hyannis at Cape Air, and then I think
16 David O'Connor was especially good at always throwing
17 in real-life examples during class of why – you know,
18 just because we taught CRM last Monday doesn't mean it
19 doesn't exist this week. So he was fairly good at
11:22:18 20 throwing it in and then most of the students' real
21 appreciation for CRM, real – first real exposure to it
22 happened in the simulator, because now they needed to
23 use it.
24 Q Because there's two pilots?
11:22:32 25 A Two pilots.

PAGE 43

11:22:34 1 Q Okay.
2 A And they just took off and the plane
3 caught on fire, so –
4 Q Let's get to that in a moment.
11:22:41 5 So do you prefer crew resource
6 management or cockpit resource management, or is there
7 any difference?
8 A There is a difference. Cockpit resource
9 management, which may come out of my mouth because
11:22:53 10 that's the first way that I learned it, but that's not
11 technically correct anymore. Cockpit resource
12 management is what they first came out with, because
13 they realized that more planes – as planes became more
14 technologically advanced, planes became more reliable.
11:23:11 15 Planes were crashing less because the engine fell off
16 the wing, than it was because two people were not using
17 each other's talents to prevent an accident, or from
18 causing accidents that were entirely within the realm
19 of pilot error.
11:23:26 20 So it became cockpit's user resource,
21 and that means not just your plane and the weather and
22 the runways. It means use your person next to you.
23 Then suddenly somewhere along the line somebody in the
24 back of the plane put their hand up and said, you know,
11:23:42 25 we're on this team, too, and we happen – because there

PAGE 44

11:23:46 1 was a flight in – actually in the U.K. where the
2 pilots were convinced that the left engine was on fire;
3 and even though it was the right engine was on fire,
4 they were making these announcements, folks, we are
11:24:02 5 going to be shutting down the left engine. And the
6 flight attendants in the back said, it was that engine,
7 but she didn't feel right about communicating it and
8 decided that they knew what they were doing; and
9 because of accidents like that, they expanded the
11:24:16 10 cockpit resource management to be crew resource
11 management. So that means you take all available –
12 everybody on the team being – facilitating information
13 from the mechanic on the ground, the cabin attendent in
14 the back, the air traffic controller, the weather
11:24:29 15 observer, the ramp handler. So it just – it broadened
16 that. The concept worked so good when it was cockpit
17 resource management, they broadened it out to call it
18 crew resource management.
19 Q And so it's CRM?
11:24:45 20 A CRM.
21 Q And again, by the time anyone sees this
22 tape in the context of this lawsuit, they will have
23 heard that term and heard the abbreviation.
24 For your testimony, what I would like
11:24:54 25 you to do is based on your career as an aviator, what

Anglo-American Court Reporters Ltd.  London  UK
Fax: +44 (0) 207 265 1703
E-mail: info@a-acr.com
Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027  Document 39-7  Filed 01/18/2008  Page 8 of 29

PAGE 45

11:24:58 1 defines CRM, vis-à-vis the pilots and the cockpit,
2 nobody on the ground, not the flight attendants, just
3 the crew flying the airplane?
4        A   I would say CRM is the -- it's a -- it's
11:25:18 5 a soft skill. It's not the technical skill. It's not
6 the knowledge. It's the soft skill of using the human
7 resources that the -- the team building, the
8 partnership to bind all the other aspects in the flight
9 together to produce the safest and most operationally
11:25:43 10 proficient result.
11        Q   Can you put it in -- either by way of
12 example or anecdotes, but can you -- can you put it in
13 context?
14        What occurs between a pilot and a first
11:26:00 15 officer that constitutes CRM? What are they doing
16 there?
17        A   You want people to help you and you want
18 to open up avenues of communication, so -- because
19 you -- nobody's perfect and the perfect flight's never
11:26:19 20 been flown and we all make mistakes, and you want
21 everybody around you, okay, cockpit, at least at
22 minimum, to be there to help you when you make a
23 mistake, to be a safety net for you. So one way to do
24 that is to -- is to continually stop trying to strike
11:26:39 25 down the barriers to communication. It's already a

PAGE 46

11:26:42 1 noisy environment. It's already a stressful
2 environment. It's already an environment where you're
3 moving, okay, in the jet sometimes ten miles a minute,
4 in the ATR, three to five miles a minute. You don't
11:26:56 5 have -- you can't pull over to the side of the road and
6 have a discussion. So there's -- there's -- there's
7 pressures, there's barriers to that; and you need to do
8 everything you can living with those but then keeping
9 the other ones open.
11:27:06 10        The best -- I have a distinct problem
11 when I fly because I'm a training captain. The first
12 officer or the new training candidate may assume that
13 I'm perfect and never make mistakes; and I specifically
14 breathe every time. I said, I'm -- we're here today to
11:27:22 15 make you a safe pilot, to make you a proficient pilot,
16 to make you -- teach you how to have good customer
17 service. That's the second most important thing that
18 we're doing today. The first most important thing
19 we're doing today is we're not dying. So I make
11:27:35 20 mistakes. You need to tell me about the mistakes. I
21 like to know about my mistakes. You owe it to me to
22 tell me my mistakes. So you -- you -- you strike down
23 that aura that I have that I'm infallible just because
24 I'm a training captain. So you -- that's one example I
11:27:49 25 do specifically every time I fly with a new student.

PAGE 47

11:27:51 1        The other one is so easy to do when
2 you're tired. You'll be taxiing the aircraft at night.
3 You have been to Philadelphia a hundred times before,
4 this person hasn't; and they might make a mistake and
11:28:06 5 they say, hey, aren't we supposed to turn there? And
6 they happen to be wrong. They made a mistake. You
7 were doing the right thing. But you don't want to
8 demean them, belittle them, act aggravated that they
9 tried to help you. Even though they were wrong, you
11:28:24 10 stop the plane, because you can, you're on the ground
11 in that case, say, oh, let's look at the chart. No,
12 you're right -- I mean, excuse me, you're wrong, but I
13 appreciate you bringing it up. You know what, the
14 first time I was here I made that mistake, too. Thanks
11:28:40 15 for bringing it up. That's exactly what you're
16 supposed to do.
17        Q   So it's like --
18        A   Not, I know what I'm doing.
19        Q   -- four eyes are better than two?
11:28:49 20        A   Yeah.
21        Q   Four hands are better than two?
22        A   Yeah.
23        Q   So it's sort of a -- like a buddy
24 system?
11:28:54 25        A   Uh-huh.

PAGE 48

11:28:55 1        Q   And how -- again, based on -- based on
2 your career as an aviator, how does -- how does the
3 industry see CRM as fitting into safe operations?
4        A   They view it as critical to the safe
11:29:09 5 operation.
6        Q   And do you have any personal knowledge
7 of instances where there was a bad result, a crash,
8 which aviation authorities attributed to poor CRM?
9        MR. TORRES: Objection. Are you talking
11:29:32 10 about Cape Air?
11        Q   (BY MR. LEDGER): No, just generally
12 and -- and within your career.
13        A   The -- the textbook one, it's obvious
14 why it is the textbook one, because it's the
11:29:48 15 incident or accident which is the single largest killer
16 of people that happened before and that was in Tenerife
17 in the Canary Islands.
18        Q   That was a collision on the ground
19 between two airplanes; is that correct?
11:30:03 20        A   Yes, that's correct.
21        Q   So rough --
22        A   KLM, Pan American airlines, back side of
23 the body clock, as we say, flying, the middle --
24 somebody was not in their normal time zone; barriers to
11:30:16 25 communication, A, because you're in a plane; but B,

Anglo-American Court Reporters Ltd.  London  UK
Fax: +44 (0) 207 265 1703    E-mail: info@a-acr.com    Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 9 of 29

11:30:19 1 because many languages of many countries were involved.
2 Every -- everyone should have been really on pins and
3 needles and alert.
4 There was a captain on that who was the
11:30:30 5 poster child for bad CRM, and he was extremely
6 dismissive of his supporting team who knew that
7 something was wrong -- or didn't know but they were --
8 they knew something was not quite right; and in today's
9 environment, they would have been expected -- they
11:30:49 10 would have expected the captain to not act like he did,
11 but in those days the captain was king. And the
12 captain took off and the KLM plane took off into a
13 Pan American plane that was also on the runway in the
14 fog and so 500-and-something people died.
11:31:12 15   Q   Any others that you're aware of? And to
16 be -- to be clear, where there's an incident either in
17 the air or on the runway that has been attributed to
18 deficient CRM in the cockpit.
19   A   There was one where it was more of a
11:31:34 20 case of a fairly experienced pilot and a fairly new
21 pilot. Again, middle of the night, slight time frame
22 pressures, low on fuel, horrible weather. It was
23 American Airlines. It was in Little Rock, Arkansas.
24 And certainly it's easier to make the best decisions
11:31:56 25 later sitting here in this room, but they did not truly

11:32:00 1 act as a team and the captain did not facilitate offers
2 from the first officer. The first officer did not
3 facilitate input from the captain. They both basically
4 quietly continued to fly into the heart of a very, very
11:32:24 5 nasty thunderstorm, and then overshot the runway,
6 rushed, didn't use standard operating procedures,
7 overshot the runway, went off the far end of the runway
8 where there was a ravine. In that one not everybody
9 died but most people did, and then, of course,
11:32:45 10 everybody else was severely injured.
11   Q   What about the Korean airlines 801 crash
12 approaching Guam International Airport, what do you
13 know about that in relation to CRM?
14   A   Not extremely well studied on that, but
11:33:01 15 I know the nuts and bolts of it, and that's -- that's a
16 classic CRM. The U.S. and Europe are far ahead of the
17 rest of the world on this issue; and culturally, it's
18 expected to -- now, as a professional pilot, it's
19 expected to rely more on each other, not just your
11:33:24 20 technical skills. And the Asian carriers, the African
21 carriers are definitely a step behind on this. So
22 Korean airlines is very much like a U.S. -- a U.S.
23 carrier of the '70s with the person flying in -- is in
24 charge and not to be questioned, so --
11:33:47 25   Q   The captain?

11:33:48 1   A   The captain. So, middle of the night,
2 I'm sure there were language issues. They were rushed.
3 They were late. There was some weather. They
4 incorrectly set up an approach into Guam.
11:34:02 5   Q   And "they" is the cockpit crew?
6   A   "They" is the cockpit crew.
7   Q   Okay.
8   A   And we all make mistakes, especially
9 when you're tired, especially when you're rushed; but
11:34:14 10 you hopefully have built a safety net to capture those
11 mistakes and contain them and -- and reel them in, and
12 they didn't do that and it was a classic CRM failing.
13 And they -- they -- they flew a fully functioning plane
14 into a mountain.
11:34:29 15   Q   So this -- this -- earlier you mentioned
16 you were contrasting the actual stick-and-rudder
17 technical skills --
18   A   Uh-huh.
19   Q   -- needed to fly an airplane. That's
11:34:39 20 obviously important?
21   A   Uh-huh.
22   Q   I mean, you have to keep it in the air.
23 This concept of CRM in terms of safety, you described
24 it as a critical component?
11:34:50 25   A   Yes.

11:34:50 1   Q   Okay. Equally important --
2   A   I would say equal.
3   Q   -- to the technical skills?
4   A   I wouldn't want to be deficient in
11:34:57 5 either. It's hard to say which is more important. But
6 if you're off course, if you make a mistake, it doesn't
7 matter if you're -- how good you're flying, a
8 mountain's still going to kill you.
9   Q   So back -- back to Houston. So you --
11:35:11 10 the nine of you were doing simulator training and some
11 of the sessions you participated in you were paired
12 with Ms. Nicholson?
13   A   Yes.
14   Q   And what was her performance like in the
11:35:22 15 simulator training?
16   A   I would say -- have to say exceptional.
17   Q   And how about on the CRM aspect of it?
18   A   Very good, very good.
19   Q   And eventually I take it that all nine
11:35:37 20 of you successfully completed simulator training --
21   A   That's correct.
22   Q   -- is that correct? Okay. And then --
23 so what's the next step in the process of getting these
24 pilots flying ATRs on Guam?
11:35:49 25   A   Okay. The FAA at that point, Federal

Anglo-American Court Reporters Ltd.   London   UK
Fax: +44 (0) 207 265 1703       E-mail: info@a-acr.com       Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 10 of 29

PAGE 61

12:01:43 1    Q  And that's you, Phillips and O'Connor,
2  is that right?
3    A  Yes. So we would sit in the jump seat
4  and watch.
12:01:49 5    Q  Okay. And –
6    A  And then we would get together and
7  strengths, weaknessness, what to look for. Because in
8  the ultimate scheme of things, those two training
9  captains were Hyannis Massachusetts-based and would be
12:01:59 10  leaving and going there. I would be the only training
11  captain left. They wanted to share their concerns with
12  me because I would be the only person that was capable
13  of spending any time, perhaps, monitoring or watching.
14    Q  Later?
12:02:13 15    A  Yes.
16    Q  Okay.
17    A  I mean, they would make periodic visits
18  out in the course of a year, but on a general
19  day-to-day basis, I was there.
12:02:21 20    Q  So during those critique sessions
21  between the three training pilots, what, if any,
22  critique were you involved in that concerned
23  Ms. Nicholson?
24    A  She had had a bit of difficulty landing
12:02:35 25  the aircraft, hand-eye coordination, stick-and-rudder

PAGE 62

12:02:41 1  skills, hard landings, not receptive to input from the
2  captain that was involved in it, and also –
3    Q  Was that CRM or was that –
4    A  That was the stick-and-rudder side.
12:02:54 5    Q  Okay. But when you said not responsive
6  to the captain, that seems to spill over into –
7    A  Fair enough. Fair enough, yeah.
8  Reading David O'Connor's notes about it, he was
9  concerned about her antiauthoritarian behavior on that.
12:03:14 10    Q  And is that the first – during those
11  critique sessions, is that the first time that you had
12  heard a critique or anything negative about
13  Ms. Nicholson's performance in the airplane?
14    A  I had heard from her simulator partner
12:03:33 15  that he wasn't terribly pleased with the interactions
16  in their simulator cockpit.
17    Q  And who was that?
18    A  That was John Bleiman.
19    Q  And he was one of the pilots that
12:03:49 20  eventually went out to Guam?
21    A  Yes.
22    Q  Okay. Okay, so back to this –
23    A  Debriefing.
24    Q  The debriefing –
12:03:56 25    A  The stick-and-rudder portion I was

PAGE 63

12:03:57 1  speaking of is a small subset. We – we tried to look
2  at it from many different angles of, you know, who was
3  really adapting to living in Guam, who was flying the
4  plane well, who mentally knows the plane well, who is
12:04:12 5  CRM-ing well; and I roughly break those down into the
6  three big subsets of – of flying well.
7    So we look at who – the strengths and
8  weaknesses of each and then when you – when you – of
9  the subset of CRM, who – what crews work well
12:04:27 10  together, who doesn't, who's – you know, who's
11  struggling in this, who's strong in that.
12    Back to your question, all three of us
13  unanimously thought that Tiffany's weakness was CRM,
14  and when you had the spectrum of the eight pilots out
12:04:46 15  there, she would have rated the worst for the CRM
16  skills.
17    Q  Can you – can you recall any specific
18  instances that were observed by yourself, Steve
19  Phillips or Mr. O'Connor –
12:05:01 20    A  Yes.
21    Q  – that resulted in that conclusion?
22    A  She became famous for saying "not my
23  job" or "I ain't doing it" a fair amount of time.
24  There's many things that are laid out hard and fast in
12:05:17 25  our operations manual and the aircraft manual. There's

PAGE 64

12:05:20 1  many things that are not, but there's always the caveat
2  of the captain's the boss. So in short term, the
3  captain's always right. There's time to revisit it
4  later, but in the short term, he's right, so –
12:05:35 5    Q  And so these – these comments that were
6  attributed to her were made during flight?
7    A  Yes.
8    Q  Okay.
9    A  I forget whether it would be David or
12:05:44 10  Steve who mentioned it to me, but they were – they
11  were flying along, the captain asked her to do some
12  monitoring of the engine, which you track daily how the
13  engines are performing so you can notice trends so that
14  if there's a – if you log everything daily, you could
12:06:02 15  actually see a slow deterioration of the engine if it
16  was wearing out. So at certain points during the day
17  you do what is called a trend monitor. The requirement
18  is that it's done at least once a day.
19    So one of the captains was observed when
12:06:20 20  they were in crews, when they were supposed to do it,
21  saying, Tiffany, would you please do the trend monitor,
22  and she said, not my job. That is both incorrect
23  because it doesn't specify whose job it is in any of
24  our documents, and it's also incorrect because even if
12:06:38 25  it did specify that the captain was to do it, he still

Anglo-American Court Reporters Ltd.   London   UK
Fax: +44 (0) 207 265 1703    E-mail: info@a-acr.com    Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 11 of 29

SHEET 9   PAGE 65

12:06:42 1 has the authority to delegate it, if he so desires. He
2 may have wanted to train her on how to do it. He may
3 have been busy even thinking about other things.
4 Whatever the reason, it didn't detract from the safety
12:06:55 5 of the flight, so she's under an obligation to fill his
6 request.
7         And certainly if -- even if she had a
8 compelling reason why she shouldn't do it, the proper
9 CRM answer -- and she knows this because she was in
12:07:09 10 training -- is not "not my job." It's "I'm feeling a
11 little sick and looking down at this paper and writing
12 right now, I'm sorry, maybe I'll get it in the next
13 flight"; or "I'm feeling a little behind. I want to
14 study my approach plate"; or "I'm sorry, I don't feel
12:07:23 15 comfortable doing it. I don't want to make a mistake."
16 There's a lot of acceptable answers. "Not my job" is
17 not one of them.
18         Q  Anything else specifically you can
19 recall from your sessions with Mr. O'Connor and
12:07:34 20 Mr. Phillips?
21         A  There was, as previously mentioned,
22 the -- I think David was flying the aircraft -- or
23 David was actually -- he was not in the observational
24 role. He was in the IOE mode. He was the -- I'm not
12:07:50 25 sure which seats they would have been sitting in, but

PAGE 66

12:07:51 1 he was actually flying with Tiffany as the other pilot.
2 She was the flying pilot for the leg. He was the pilot
3 monitoring for the leg, and he was concerned about her
4 deterioration of air speed on approach. You need to
12:08:02 5 keep a safe speed landing in order to fly and land
6 safely. And she had gotten too slow and too low, and
7 he said -- and again, he wasn't -- he wasn't asking, he
8 was telling, we need to add power. She said, "No, I
9 got it," and they, as we would say, crunched the
12:08:24 10 landing very hard. And I believe that was the one
11 where the FAA was riding in the back monitoring the
12 cabin attendants, which is part of this process; and he
13 made the company do a hard landing inspection, which is
14 if you have exceeded certain parameters on touchdown,
12:08:41 15 the mechanics have to check the aircraft for some
16 structural damage or cracking in the undercarriage and
17 some of the wing spots. So that would be another
18 example.
19         Q  Anything else you can remember?
12:08:55 20         A  There was times on the ramp where
21 your --
22         Q  Well --
23         MR. TORRES: Objection. Can we clarify
24 what month we're discussing, or information?
12:09:07 25         THE WITNESS: This would be late July,

PAGE 67

12:09:09 1 early August of 2007 -- 2004.
2         MR. TORRES: The question is that you
3 observed. Is your response regarding what you observed
4 or what you're being told?
12:09:17 5         THE WITNESS: These were in our
6 debriefings.
7         MR. TORRES: So it's what you're being
8 told?
9         THE WITNESS: Yes.
12:09:24 10         Q  (BY MR. LEDGER): Before -- let me back
11 up.
12         There was the -- the instance as
13 described to you during this debriefing session where
14 there was a hard landing.
12:09:35 15         A  Uh-huh.
16         Q  And that again, at least from a lay
17 perspective, may involve stick-and-rudder skills or
18 technical flying skills.
19         A  Uh-huh.
12:09:43 20         Q  But what, if any, aspect did CRM play in
21 that instance as described --
22         A  If you have --
23         Q  -- by O'Connor?
24         A  If you have a pilot flying with you that
12:09:55 25 is concerned about what is about to happen on landing,

PAGE 68

12:10:05 1 let alone when that person is the -- is a training
2 captain, let alone when that person is the director of
3 training, to be that unreceptive to input is -- to me
4 is very telling. And that's -- what if that had just
12:10:20 5 been -- I mean, if she was so casually dismissive of a
6 -- of the director of training, what would be her
7 dismissal of a first officer?
8         Q  So it's a CRM issue?
9         A  It's a CRM. It's not -- now, is that
12:10:36 10 opening up the channels of communication? Is that
11 taking the safest course of action? Is that building
12 the team a safety net? No.
13         Q  Okay.
14         A  There is another one --
12:10:45 15         Q  Go ahead.
16         A  David related in our debrief -- and
17 again, this was -- we're trying to be safe. We're
18 trying to set the ground. We're trying to look for
19 problems before they exist and have as safe as possible
12:10:56 20 an outcome. There was one where -- I don't know
21 whether it was Steve or David was observing a flight
22 with Tiffany as captain and another first officer and
23 there's several crew settings that are
24 available on a plane. One of them, which is a noisier
12:11:17 25 one, a more powerful one, the manufacturer requires

Anglo-American Court Reporters Ltd.   London   UK
Fax: +44 (0) 207 265 1703   E-mail: info@a-acr.com   Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027   Document 39-7   Filed 01/18/2008   Page 12 of 29

PAGE 69

```
12:11:20  1   that you use in heavy icing conditions, which obviously
          2   you don't have in a warm weather environment like Guam.
          3   You're allowed to use it in non-icy conditions, but
          4   it's required to be used in icy conditions. In the
12:11:34  5   simulator, we use that because we often simulated ice.
          6   In Gaum, we didn't use it – didn't need to use it
          7   because there was no ice.
          8        So there's a setting that is – has less
          9   vibration on the plane and is much gentler, both on the
12:11:48 10   pilot's ears, the cabin attendant's ears and the
         11   passenger ears in the cruise settings and, in most
         12   people's eyes, more desirable to use. So when they
         13   went into cruise, she set the higher power setting.
         14   It's not wrong. It's one way. It's not the way that
12:12:09 15   any other pilot would choose to do it, but it's not
         16   technically wrong; and it's the captain's decision if
         17   she wants to do that. So the first officer brought up,
         18   do you want to use the preferred method? For example,
         19   Russell suggests we use it because it's better customer
12:12:28 20   service. And her response was, "Russell ain't here."
         21        So again, Zee – which is what we called
         22   the first officer – thanks for your input. I
         23   appreciate that you brought it up. Yes, you're right,
         24   we could use that. Yes, many people don't use it. I
12:12:49 25   don't want to use it today because I'm in a rush and
```

PAGE 70

```
12:12:51  1   we're going to be landing soon; or, I want to, in my
          2   mind, think what I would do if I was in icy conditions;
          3   or, I'm experimenting to see if it burns more fuel or
          4   less fuel, but I appreciate your concern but this is
12:13:04  5   why I'm not doing it. Okay?
          6        Q   Anything but "Russell ain't here"?
          7        A   "Russell ain't here" is not necessarily
          8   building the team for – for the co-pilot to want to
          9   help her and bring up input, so –
12:13:20 10        Q   Is a –
         11        A   – if they were to come in to land and
         12   now he's thinking, oh, we're kind of low and we're kind
         13   of slow and kind of close to that mountain, people have
         14   died because of that. She shut him off and told him
12:13:36 15   she did not want to hear from him.
         16        Q   And is that a CRM issue?
         17        A   And that's textbook CRM.
         18        Q   Okay. So this is late July, did you
         19   say?
12:13:47 20        A   No, we're into August now.
         21        Q   Into August. Okay. And then if there's
         22   anything else that you can remember specific from the
         23   Phillips/O'Connor/Price debriefings –
         24        A   I might later. If it pops into my mind,
12:14:00 25   I will bring it up then.
```

PAGE 71

```
12:14:02  1        Q   Okay. So what's the – what's the
          2   result of the – the three of you shared this input,
          3   this information?
          4        A   Uh-huh.
12:14:07  5        Q   And do you come to any conclusions,
          6   any – what happens next?
          7        A   They are preparing to leave.
          8        Q   Phillips and O'Connor?
          9        A   Yes.
12:14:18 10        Q   Okay.
         11        A   I am staying. Now, again, interesting
         12   out there, I had several roles. I was – I was an
         13   occasional pilot, I was a training pilot, and I was a
         14   Pacific administrator. I had already spent far too
12:14:33 15   much time on that aspect of my job, so –
         16        Q   The IOE?
         17        A   The IOE. I mean, we had to do it. So
         18   fair enough, but I had other – certainly other aspects
         19   of the business to attend to and we had many other
12:14:48 20   employees out there besides pilots. So that was the
         21   good and bad of being a training captain out there.
         22        So, you know, everybody has passed. We
         23   have signed everybody off. It doesn't mean everybody's
         24   equal. It doesn't mean everybody's the same. It
12:15:00 25   doesn't mean everyone's as good as they'll ever be in
```

PAGE 72

```
12:15:03  1   life. Some people have strengths. Some people have
          2   weaknessness. Here's the strengths. Here are the
          3   weaknesses. Here's the things to watch for. So when I
          4   try to get out in the cockpit, even if I am just doing
12:15:15  5   business from one aisle to the other and I am
          6   traveling –
          7        (Pounding heard in the background)
          8        THE WITNESS: The pounding's a little –
          9   I guess it's going to stop.
12:15:22 10        Even if I'm just traveling from one end
         11   to the other, maybe I'll pick a flight with a person
         12   that we think is on the lower end of the scale than the
         13   higher end and I can monitor those flights. Maybe I'll
         14   hop in the cockpit and fly, maybe I'll watch. Maybe
12:15:35 15   I'll sit in the back with the cabin attendant. And then when I have
         16   certainly things to watch for. And then when I have
         17   time to solely focus on the flying again and I go out
         18   and fly, maybe I'll fly with this pilot who's maybe not
         19   keeping up with the plane, maybe – because you want to
12:15:48 20   be mentally minutes ahead of the plane rather than
         21   reacting to things that are coming right at you.
         22        So, you know, certainly people had more
         23   to learn. I was not, by any means, the expert on the
         24   aircraft yet myself. I mean, I knew how the operation
12:16:03 25   worked and how the airlines worked, but I could still
```

Anglo-American Court Reporters Ltd.  London  UK
Fax: +44 (0) 207 265 1703    E-mail: info@a-acr.com    Tel: +44 (0) 207 264 2088

Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 13 of 29

12:16:05 1 use more experience on the plane. So when I had time
2 to go out and fly, the goal was to pick pilots, pick
3 crews, pick scenarios where my time could be most
4 useful.
12:16:17 5      Q  So with that – with that overall
6 critique of the group, where was Ms. Nicholson in terms
7 of the skills that she was – the skills that the three
8 of you were evaluating –
9      A  Uh-huh.
12:16:30 10     Q  – where did she end up?
11          MR. TORRES: Objection. Are we still
12 talking IOE? Are we still on IOE?
13          MR. LEDGER: No, I'm – I'm saying as
14 a –
12:16:37 15         THE WITNESS: Post-IOE.
16     Q  (BY MR. LEDGER): Post – post-IOE –
17     A  Uh-huh.
18     Q  – okay, after you and Phillips and
19 O'Connor, before they left –
12:16:44 20    A  Uh-huh.
21     Q  – you had this discussion about the
22 results of the IOE, and you said that certain people
23 were identified as having strengths and weaknesses.
24          And so my question is: Were – what, if
12:16:56 25 any, strengths and weaknesses did you attribute to

12:16:58 1 Ms. Nicholson as a result of those observations and
2 concerns?
3      A  Better-than-average textbook knowledge,
4 slightly below average stick-and-rudder skills, and on
12:17:15 5 the poorest edge of acceptability CRM.
6      Q  Okay. Then after – and this is into
7 early August; is that correct?
8      A  We're – we're probably at the third
9 week of August by now.
12:17:30 10     Q  Okay. So let me set – let me define a
11 time frame. We know from earlier testimony and earlier
12 work on this case that on August 31st there was an
13 incident with Chuck White, who was a pilot on Guam; and
14 we'll get to that in a moment.
12:17:49 15          But if you would focus on the time frame
16 leading up to August 31st, and were there any instances
17 where concerns or safety issues, anything that was
18 brought to your attention with regard to Ms. Nicholson?
19     A  Yes. And I will relate this to half a
12:18:13 20 question ago. The concern out of the debriefing and my
21 personal observations – at the end of IOE everybody is
22 a qualified pilot, everybody is signed off. My number
23 two concern was Tiffany's CRM and that's – I knew was
24 going to be a project that was going to get better
12:18:38 25 ideally over – but it was going to take some time.

12:18:41 1 Because you can fix textbook knowledge. You can fix
2 hand-eye coordination faster.
3          My – my – my first concern – I had a
4 concern about her, but again, there's only so many
12:18:58 5 hours in a day. My first concern was of one of the
6 pilot's stick-and-rudder skills. So I thought I could
7 address that first, get that out of the way. And the
8 easiest way to address that – and again, it's part of
9 my management style. It's part of my fostering, mentor
12:19:20 10 and instructing style is I try to help people and move
11 them in the right direction rather than club them and
12 put a spotlight on them. So I elected the next week to
13 do a fair amount of flying with one of the first
14 officers who just was a little bit behind his peers in
12:19:39 15 his flying of the aircraft, and I made it look very
16 random, because I didn't want him to be perceived by
17 his peers to be lacking and then all the other captains
18 might think of him as lacking in stick-and-rudder
19 skills. So I said, hey, I'm not flying as much as I
12:19:58 20 want. I want to go out and fly two or three days, and
21 I just happened to do that at the time that I was with
22 a pilot that needed, in my opinion, the help. So
23 that's where I put my first focuses when I could fly.
24          As I was doing that, all of the four
12:20:16 25 captains who are remaining out there, which would be

12:20:21 1 Kappeyne, Dery, White, Bleiman, at one time or another
2 said – in one of two fashions and I wouldn't remember
3 which one said it which way, but I remember it was all
4 four. Either, Russell, what would you do in this
12:20:36 5 scenario if a first officer said X-Y-Z. I said this if
6 this happened. And it was always a negative CRM-type
7 of scenario. What would you do if a first officer said
8 that? And sometimes they were actually trying to be
9 diplomatic and not name names, and sometimes they
12:20:59 10 would; but sometimes they'd slip up and say "she" and
11 that would – I could do the math and figure it out
12 from there, but – so sometimes they were coming to me
13 asking for help. Okay? You've been – you've been
14 through all these scenarios, Russell. What would you
12:21:08 15 do as a captain in this scenario to try and mold this
16 situation together? Or some people strictly came –
17 more forthrightly came up and said, how could you have
18 signed off Ms. Nicholson for CRM because look at what
19 she did yesterday?
12:21:24 20          So I knew that the debriefing of IOE
21 that training captains had had and our concerns were
22 spot-on because all four captains that she was thus now
23 flying with had approached me in one manner or another
24 that they had a CRM cockpit issue and it wasn't
12:21:43 25 working.

Fax: +44 (0) 207 265 1703    Anglo-American Court Reporters Ltd.   London   UK
E-mail: info@a-acr.com                Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 14 of 29

12:26:20 1 confronted your pilots and your first officers flying
2 ATRs in Guam.
3     A   Yes.
4     Q   Correct?
12:26:26 5     A   Uh-huh. And you adapt that to obviously
6 the runway and the environment that you're in.
7 That's – Guam is not fresh in my mind.
8     Q   So the instance that you can recall
9 involved these takeoff and landing briefings.
12:26:41 10     A   Uh-huh.
11     Q   Correct?
12     A   The – so the captain said, what do you
13 do when the first officer says, just the standard
14 briefing?
12:26:51 15     Q   Can you be more specific? I think I
16 understand what you're talking about but can you put it
17 in a more distinct context? Did one of your pilots
18 come to you and say, this was the response I got –
19     A   Yes.
12:27:05 20     Q   – when I asked for the briefing?
21     A   She would say "standard," and then he
22 would say, no, I want you to give me the briefing. I
23 know we're going to operate according to the standard
24 procedures that our company directs us to; however, I
12:27:18 25 want to know what they are. And she responded words to

12:27:21 1 the effect of, "what, don't you know what the standard
2 is?"
3     Q   So is that a CRM issue?
4     A   Sure. Because first of all, she's being
12:27:31 5 insubordinate; and even if the captain – even if she
6 had done the textbook CRM standardized briefing the
7 first time and he had said, I would like to hear it
8 again, there's no safety reason not to. If the captain
9 asks you to do something and there's no overriding,
12:27:48 10 compelling safety issue to not, you would do it.
11     Now, you might at the end of the flight
12 go, I don't understand why we're briefing this twice;
13 and if they didn't work it out amongst theirselves,
14 they might go to their chief pilot or training captain.
12:28:01 15 It would be a little out of the ordinary, but it's not
16 unsafe. It's safer, actually. And barring then,
17 that's the – the captain wanted you to do it, so your
18 obligation is to do it.
19     Q   So what – what did that report – how
12:28:15 20 did that register with you?
21     A   You know, I – I had flown with Tiffany
22 in the simulator and I would rate her overall
23 performance as very good to excellent. And so I – I
24 was hearing these things and it wasn't registering with
12:28:30 25 me because I just – I just couldn't really fathom why

12:28:35 1 my experiences were so different than everybody else's.
2 So it was – but I was hearing it so consistently, so
3 pervasively that I knew it had to exist but I
4 couldn't – it was always puzzling to me why as I heard
12:28:51 5 more – more and more specific answers.
6     Q   And in that same period of time leading
7 up to August 31st, other than the instance with the
8 takeoff and landing briefings, were there – are there
9 any other specifics that you can remember that gave you
12:29:07 10 concern?
11     A   I don't recall the specifics honestly
12 right at this point.
13     Q   Okay. During that same period of time,
14 based on the input that you received from your
12:29:20 15 captains, what, if any, overall impression did you form
16 with regard to Tiffany Nicholson's CRM proficiency?
17     A   Well, I obviously had concerns. I mean,
18 I had – as I said, my number two concern when the –
19 after the last and final check airman debrief, my
12:29:43 20 number two concern was her CRM performance based on
21 their observations, and then quickly then it was
22 becoming obvious that this was a cutting-edge issue
23 that was going to need immediate attention, just
24 because if I was to receive a report from every captain
12:29:59 25 that she flew with – and so you know, it's a

12:30:03 1 relatively small collection of pilots out there and if
2 all four of our captains had this same issue, then I
3 had a safety obligation to address it.
4     Q   So let's move ahead – hold that
12:30:19 5 thought, the safety issue to address. Let's move ahead
6 to August 31st.
7     A   Uh-huh.
8     Q   And there was a – there was – there
9 was an incident involving Chuck White –
12:30:32 10     A   Yes.
11     Q   – and Ms. Nicholson. Okay. Describe
12 what you know about that.
13     A   I received a phone call from Chuck
14 White, one of our captains, concerning his first
12:30:42 15 officer, who was Tiffany Nicholson that day, and he was
16 very distraught. He thought that she was not
17 performing at all to her CRM obligations and it was
18 endangering the flight.
19     Q   Where did he call you from?
12:31:01 20     A   I can't recall whether it was Saipan or
21 Guam. It was possibly Saipan, but I just – and it may
22 be in my documentation, I don't recall, but he was –
23 he was a new – you know, Chuck's an optimist at heart
24 and he – I could tell he didn't want this to happen,
12:31:23 25 but he was – he just felt the safety of the operation

Anglo-American Court Reporters Ltd.   London   UK
Fax: +44 (0) 207 265 1703      E-mail: info@a-acr.com      Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027     Document 39-7     Filed 01/18/2008     Page 15 of 29

PAGE 85

12:31:27 1 was deteriorating and he was – wanted to get back to
2 Guam on safe ground and get a new co-pilot.
3 Q. Okay. And who was the co-pilot?
4 A. I don't recall.
12:31:44 5 Q. I mean the one that he wanted to
6 replace.
7 A. Oh, oh, I do recall that.
8 Q. Okay. Who was that?
9 A. That would be Tiffany Nicholson.
12:31:51 10 Q. Okay. So when the aircraft and White
11 and Nicholson returned to Guam –
12 A. Uh-huh.
13 Q. – then what happened?
14 A. You have to have proper documentation at
12:32:00 15 all times as to who is piloting the aircraft, both the
16 captain, the co-pilot, and the flight attendant, for
17 that matter. So our systems operational control in
18 Hyannis is the one that generates the paperwork. It's
19 called a flight release that's required for each
12:32:17 20 flight, and so they arranged a new release to be sent,
21 because originally the two pilots would have been
22 scheduled for the day and now we were – it was the
23 first time we had to interrupt and substitute somebody
24 in the middle of the day. So they generated a new
12:32:33 25 flight release for the new co-pilot so they could

PAGE 86

12:32:38 1 depart.
2 Q. So Chuck White took her out of the
3 airplane?
4 A. He had her removed from the flight.
12:32:44 5 Q. Okay. Is that – was that within his
6 discretion as captain?
7 A. Yes. It's his obligation.
8 Q. If he recognizes a safety concern?
9 A. Absolutely.
12:32:54 10 Q. Okay.
11 A. I mean, it's similar to saying, I'm not
12 flying that airplane because it's leaking oil. You
13 have an obligation not to fly.
14 Q. So Chuck White makes the decision that
12:33:05 15 she is to be removed from the airplane and she is
16 replaced by another first officer –
17 A. Yes.
18 Q. – correct? Okay. And what do you do
19 next when this is brought to your attention?
12:33:16 20 A. Probably found the first number for the
21 first officer replacement because now I'm thinking
22 scheduling issues and – and how to make – because
23 there's many –
24 Q. But with regard to Ms. Nicholson.
12:33:26 25 A. Yeah.

PAGE 87

12:33:27 1 Q. I mean, I understand you had logistical
2 problems to deal with and getting the airplane back up
3 in the air.
4 A. Uh-huh.
12:33:34 5 Q. But I'm – my question is: When Chuck
6 White removed one of your first officers from the
7 flight stating – citing safety and CRM deficiencies,
8 what did you do with regard to Ms. Nicholson?
9 A. Okay. Had a discussion with her saying,
12:33:50 10 you know, we have a problem right now and this is –
11 you have a problem, we have a problem, this airline has
12 a problem. It's stemming around safety. And I said,
13 it is just – I remember saying it was – you know,
14 shocking to me it was that a captain would have to
12:34:07 15 remove a first officer. I mean, that's – it just
16 doesn't happen that much. So that we needed to
17 investigate the CRM issue, and I said, you know,
18 frankly, it was a concern of the check airmen and it's
19 been a concern of your co-workers and now it's come to
12:34:32 20 a head.
21 I had been hoping to fly and watch the
22 next week to observe sort of clandestinely. That's why
23 I was there, to watch the CRM direction, but obviously
24 this – unfortunately it had come to a head before that
12:34:45 25 point.

PAGE 88

12:34:48 1 Q. Okay. Let – let me – let me clarify
2 something with you there on that point.
3 Prior to Chuck White removing
4 Ms. Nicholson from the airplane –
12:34:56 5 A. Uh-huh.
6 Q. – you had had various reports –
7 A. Yes.
8 Q. – from captains that were negative as
9 to Ms. Nicholson. Then you have the report from – or
12:35:04 10 the removal by Chuck White.
11 A. Uh-huh.
12 Q. But if the Chuck White incident had not
13 happened, is that what you were – what you're
14 referring to that your plan was, to –
12:35:14 15 A. My plan was the next week to ride as an
16 observer, because I knew that at least in the simulator
17 and flying with her worked acceptably.
18 Q. And that's a re – that's not a result
19 of – your plan at that point was not a result of Chuck
12:35:29 20 White removing her from the aircraft?
21 A. No.
22 Q. Okay.
23 A. I had concerns and had planned
24 previously that the following week I would find a
12:35:36 25 reason to be in that cockpit to watch, to validate the

Anglo-American Court Reporters Ltd.   London   UK
Fax: +44 (0) 207 265 1703       E-mail: info@a-acr.com       Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 16 of 29

SHEET 12   PAGE 89

12:35:40 1   concerns of my fellow check airmen to see if their
2   concerns – maybe things had improved as she had more
3   experience and also to – to validate the concerns of
4   all of her captains. So I figured if I just found a
12:35:55 5   reason to be sitting in that cockpit because I needed
6   to get to Rota or Saipan, then I could listen and think
7   and watch and sort of investigate. Then this happened.
8       Q   What was – okay. And then the Chuck
9   White incident happened?
12:36:13 10      A   Yeah.
11      Q   All right. The plan that you had prior
12   to the Chuck White incident that you just described, it
13   was the – what was – was the purpose of that to help
14   Ms. Nicholson, hinder her? What was – what did you
12:36:27 15   hope to accomplish by being in the cockpit?
16      A   Well, these pilots were very expensive
17   to train and we needed every one of them and we
18   probably needed more, so it was all designed around
19   improving the performance of the entire work unit out
12:36:41 20   there, the whole team. So, just as I had tried to
21   bring along the co-pilot that just needed a little more
22   flight experience, so would I be hoping that we could
23   mentor Tiffany up to a higher level of CRM performance.
24      Q   And then the White incident happens?
12:36:59 25      A   Exactly.

PAGE 90

12:37:00 1      Q   So how does that affect your – your
2   plan, your need to address safety? What – what do you
3   do after Chuck White removes her from the aircraft?
4       A   Well, it certainly escalates all of my
12:37:15 5   plans, and then, you know, we have an immediate safety
6   concern. So we're going to differ to the point of –
7   you know, if we're going to make a mistake, it's going
8   to be on the side of safety, because you don't want to
9   make the mistake and wish you had been safer. So, you
12:37:39 10   know, I developed a – a short-term manner was to have
11   Tiffany –
12      Q   A short-term what?
13      A   Program or manner, plan for Tiffany to
14   observe what I considered our best crew out there. Not
12:37:49 15   only was it our best crew out there. Considering that
16   these pilots were relatively new to the two-pilot CRM
17   environment, they did a fantastic job. They could have
18   fit in with any industry carrier. So they – they had
19   taken the training material, they had internalized it,
12:38:07 20   they had put it to use, and they were a text –
21   textbook example of a new crew that made mistakes but
22   helped each other.
23         So that crew was flying that weekend. I
24   said, your – your first step is I want you – because,
12:38:18 25   I said, you're not getting the CRM. You're nodding in

PAGE 91

12:38:22 1   class. You're checking the right answers on the test.
2   You're not internalizing it and putting it to use.
3      Q   And you're referring to Ms. Nicholson?
4      A   Yes.
12:38:31 5      Q   Okay.
6      A   I said, the first thing I want you to
7   do – I can't get out and fly with you tomorrow. I'm
8   too busy. I can't let you fly, so we need to – the
9   first step until I can get in the cockpit with you,
12:38:45 10   which will be next week, is I want you to observe what
11   I consider a textbook example of the best practices of
12   industry CRM. And I fortunately had a crew working
13   that weekend that was a good example of that.
14      Q   So what happened?
12:38:59 15      A   So she – there was still no acceptance
16   that she had a problem without remorse, without regret.
17   The only questions she really had were about pay at
18   that point, which again, as a professional in the
19   industry, I found a bit shocking but – and then the
12:39:21 20   one question was – it was a seven-flight day that the
21   other crew was rostered for, so she asked if she had to
22   do, and the emphasis on, "the whole day." In trying to
23   foster and develop, trying to mentor, I said, no, you
24   don't have to do the whole day.
12:39:48 25         She had a similar mindset when we had

PAGE 92

12:39:50 1   set them up for observation flights. When we were back
2   really on a month during IOE, we sometimes had the crew
3   members scheduled for a certain number of days watching
4   a training captain and a pilot fly, and she several
12:40:04 5   times tried to diminish the number of days that she had
6   to do that because she wasn't feeling she was – needed
7   them.
8      Q   Before you – before you continue with
9   the – the details of the observation, did you
12:40:22 10   consider – and in your opinion, based on your
11   experience and career, did you consider observing what
12   you considered to be a textbook CRM crew – did you
13   consider observing that crew to be an opportunity for
14   retraining to become better?
12:40:43 15      A   Absolutely.
16      Q   Okay. And I mean, why? Is that a – is
17   that something normal in the industry?
18      A   I mean, learning by watching is a
19   wonderful tool, and that's why we have videos for – in
12:40:55 20   training and why we have – why – one of the reasons
21   they have a jump seat, is the industry term, is it's a
22   crew observer's seat; and there's a reason for that,
23   because you sit and you watch and you learn, hopefully
24   learn from everybody's mistakes. It's – it's nice to
12:41:11 25   not make all the mistakes in the world yourself. It's

Anglo-American Court Reporters Ltd.   London   UK
Fax: +44 (0) 207 265 1703      E-mail: info@a-acr.com      Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027   Document 39-7   Filed 01/18/2008   Page 17 of 29

PAGE 93

```
12:41:15  1   nice to not make a few because you watched somebody
          2   else make them, or at least read about the accident
          3   report.
          4        Q   So how did that – how did – that
12:41:24  5   opportunity that you provided to her to observe, how
          6   did it turn out?
          7        A   I would say very poorly.
          8        Q   Why?
          9        A   Okay. I – when I arrived at the
12:41:34 10   plane – I gave her a choice of days, which was
         11   Saturday or Sunday, because it was the same crew
         12   flying. And I said, you know, go up and watch. And
         13   these pilots aren't perfect and they – and they're new
         14   on the plane and they're new in the environment, new in
12:41:50 15   the regulations and they make mistakes, which is even
         16   better, because CRM really comes into play when
         17   corrections need to be made.
         18        So I want you to watch what they set up
         19   to prevent mistakes. I want you to watch how they
12:42:09 20   correct mistakes. I want you to watch how they take
         21   care of each other and try to incorporate some of those
         22   concepts, those phrases into your vocabulary. Not
         23   "ain't my job. Russell ain't here. Not doing it."
         24        MR. LEDGER:  Five minutes on the
12:42:29 25   videotape, and then we will take a break.
```

PAGE 94

```
12:42:34  1        Q   (BY MR. LEDGER):  Okay. So, what –
          2        A   So I'm sorry.
          3        Q   So what – what happened?
          4        A   You want –
12:42:37  5        Q   This opportunity was provided –
          6        A   I went to the plane.
          7        Q   – and so what happens? You went to the
          8   plane.
          9        A   I went to the plane and – just to make
12:42:44 10   sure that everything was going well, people were
         11   getting along, people understood their roles; and when
         12   I walked up to the front of the aircraft, the captain
         13   and first officer were in the cockpit doing their
         14   duties. It was almost departure time. She was sitting
12:43:02 15   in row one of the seats sleeping, which is not how I
         16   generally observe. So I woke her up and I said –
         17        Q   Oh, this is predeparture?
         18        A   Predeparture.
         19        Q   So you go to the airplane before they
12:43:19 20   even take off?
         21        A   Uh-huh.
         22        Q   Okay. Was there anything going on in
         23   the cockpit predeparture which you felt would benefit
         24   Ms. Nicholson to observe?
12:43:26 25        A   That's the important part of the day.
```

PAGE 95

```
12:43:29  1        Q   Okay. And when you got there she was
          2   sleeping?
          3        A   Sleeping.
          4        Q   But the other pilots –
12:43:32  5        A   Crew briefing –
          6        Q   The other pilots were up front doing the
          7   briefing. She's in the back sleeping?
          8        A   Yes.
          9        Q   Okay. What next?
12:43:37 10        A   They – they – to answer your question,
         11   that's where they are briefing for the day, setting the
         12   tone for the day, setting their goals for the day, you
         13   know, even including the flight attendant, setting up
         14   the cockpit, inspecting it. I mean, that's – that's
12:43:50 15   where the – the bonding and the team for the day
         16   begin. Where the tap – the captain is – is sort of
         17   laying out the groundwork for the day.
         18        Q   Did you want her to observe that?
         19        A   It's – it's probably – well, maybe
12:44:00 20   it's not the most important part of the day, but it's a
         21   critical aspect of it. I mean, that's – that's where
         22   the team is built, so –
         23        Q   So after you observed her sleeping
         24   instead of observing the flight crew, what did you do?
12:44:13 25        A   I said – I woke her up and I said, what
```

PAGE 96

```
12:44:15  1   are you doing? She said, well, I didn't want to be in
          2   the way. It's an observer's seat back from the
          3   cockpit, but it's an observer's seat. It's designed
          4   for that purpose. I said, you weren't –
12:44:24  5        Q   But it's not in the cabin? It's not in
          6   the –
          7        A   No.
          8        Q   She was in the passenger seat?
          9        A   She was in the passenger cabin.
12:44:27 10        Q   Okay. So you wake her up.
         11        A   So I said, you need to get up there and
         12   watch Phil, who is the captain, build this team, set
         13   the tone and brief the day and brief the flight. This
         14   is part of what you're here for.
12:44:42 15        Q   Did she do it?
         16        A   So, I – you know, I got the eye roll
         17   and she went, so – I wasn't going on the flight so
         18   then I turned and left.
         19        Q   You got off?
12:44:51 20        A   Yeah.
         21        Q   So what's the next thing you learned
         22   about this day during which you wanted Ms. Nicholson to
         23   observe this flight crew?
         24        A   So I called the captain at the end of
12:45:04 25   the work shift and said, Phil, what was your
```

Anglo-American Court Reporters Ltd.   London   UK
Fax: +44 (0) 207 265 1703          E-mail: info@a-acr.com          Tel: +44 (0) 207 264 2088

Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 18 of 29

**PAGE 97**

12:45:08 1 impression? You know, did she seem receptive to
2 learning? Did she ask any questions? And he said, I
3 thought she was going to be most here most of the day.
4 And I said, what do you mean? He goes, well, after the
12:45:21 5 first round trip I never saw her again. So I was just
6 crushed.
7    Q  So that's about an hour and a half,
8 first round trip?
9    A  45 minutes to Saipan, 35 minutes there,
12:45:34 10 45 minutes back, done.
11    Q  Okay.
12    A  So – and also he –
13    Q  You had – you had – you – earlier you
14 had indicated to Ms. Nicholson that she didn't need to
12:45:45 15 participate or observe the entire day.
16    A  Uh-huh.
17    Q  I think you said it would have been
18 seven round trips.
19    A  Yeah.
12:45:52 20    Q  But what was your expectation? Was your
21 expectation that she would –
22    A  You know –
23    Q  – do more than one trip?
24    A  – I just don't – I wouldn't want to
12:46:02 25 say for certain that I said, okay, don't do the last

**PAGE 98**

12:46:04 1 round trip. I just can't say for certain that I said
2 that, but I know I had the expectation. And then in
3 that middle ground of, don't do the whole day and do
4 the minimum physically possible, there's a big
12:46:18 5 spectrum; and to me it was very telling that the choice
6 taken was –
7    Q  The minimum?
8    A  – the minimum. So the desire to
9 improve, the desire to learn, the desire you have
12:46:27 10 a problem – the realization you have a CRM problem, I
11 wasn't – I was not impressed.
12    Q  So there were – the day that you were
13 referring to – or that Ms. Nicholson was referring to
14 consisted of seven round trips?
12:46:42 15    A  It was seven – seven or eight sectors
16 or flights.
17    Q  Okay.
18    A  Sometimes you would go to Saipan.
19 Sometimes you would stop in Rota on the way back.
12:46:50 20    Q  Seven or eight legs?
21    A  Yeah.
22    Q  And of those seven or eight legs, how
23 many did Ms. Nicholson avail herself of to observe the
24 crew?
12:46:59 25    A  Two.

**PAGE 99**

12:47:00 1    Q  And when this was brought to your
2 attention, what's the next thing that you do with
3 regard to Ms. Nicholson?
4    A  Well, that was supposed to be – can we
12:47:15 5 wait?
6    Q  Yeah, let's – let's – let's hold that
7 question. We need to change the tape and take a break.
8    MR. TORRES: Let's go to lunch for half
9 an hour.
12:47:27 10    THE VIDEOGRAPHER: Going off the record.
11 The time is 12:52, and this is the end of recording
12 number one.
13    (Recess taken)
14    THE VIDEOGRAPHER: Back on the record.
01:30:44 15 The time is 1335, and this is the beginning of
16 recording number two.
17    MR. LEDGER: Okay. Thank you.
18    Q  (BY MR. LEDGER): Mr. Price, let's pick
19 up where we left off and we'll move forward. I will
01:31:00 20 restate the last question – or the first question that
21 I want to make to you.
22    After learning that Ms. Nicholson only
23 observed two of an available eight flight legs to
24 observe the crew that you felt was a top-notch CRM
01:31:17 25 crew, after you learned that she only availed herself

**PAGE 100**

01:31:21 1 of the opportunity to watch two legs, what did you do
2 next?
3    A  Two – two things in or about that time.
4 One was a phone call to her expressing my
01:31:32 5 disappointment that she didn't appear to be taking this
6 as seriously as she should and taking the opportunity
7 to reiterate to her what I had already said to her,
8 which is that, you know, this is a serious safety
9 issue. It does not appear to be going away by itself,
01:31:49 10 and if it does not go away and does not get resolved
11 and does not get fixed, that, you know, job action
12 to – including termination would be the result.
13    Q  So you – you made it clear to her that
14 her job was at stake –
01:32:08 15    A  Several times.
16    Q  – based on this – based on events up
17 to that point in time?
18    A  Yes.
19    Q  Okay.
01:32:13 20    A  Just to reiterate and make sure that it
21 was absolutely certain.
22    Q  Okay. Clear and unequivocal, you
23 made – you made –
24    A  Yes.
01:32:21 25    Q  – it known that her job was on the

Anglo-American Court Reporters Ltd.   London   UK
Fax: +44 (0) 207 265 1703          E-mail: info@a-acr.com          Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027   Document 39-7   Filed 01/18/2008   Page 19 of 29

## PAGE 101

01:32:23 1 line?

2 A This is to be taken seriously. It was

3 every bit as important as stick-and-rudder skills and

4 we weren't going to allow an unsafe operation to

01:32:29 5 continue and if it involved removing her from her job,

6 that's what it would result in.

7 Q Did she respond to you?

8 A Generally nonresponsive. She did not –

9 she was noncommittal when I verbally told her, and I

01:32:42 10 did not receive an answer on the phone messages. At

11 the time, the phone system we had – and I had left

12 repeated messages for her. At the time the phone

13 system which I had set up in Guam, you could tell if

14 somebody had a message on their phone how quickly it

01:32:58 15 picked up and recorded, unless you could tell if

16 somebody had listened to messages and cleared them by

17 how quickly the next time you called the phone picked

18 up, so – but I had also told her in person, too. So

19 there's no doubt in my mind that she knew what I was

01:33:17 20 talking about.

21 Q Okay.

22 A Also just part two, in and about this

23 time using CRM outside the cockpit – I mean, I'm not a

24 one-man show out there. Obviously I'm in touch with

01:33:29 25 Steve Phillips, who's technically her boss, and Linda

## PAGE 102

01:33:32 1 Markham in HR, but as well as locally we have got these

2 great resources at Continental Airlines; and so I

3 approached Pierre Fernne, who is the chief pilot of

4 Continental Micronesia and is in charge of 200, 250

01:33:45 5 pilots out there, who has probably been through – with

6 that number of people and that number of years in his

7 position, he's seen every possible combination of

8 issues and – and is – is a great resource, as is most

9 of the Continental team.

01:33:58 10 Q And this is – this Continental

11 Micronesia was your – the carrier that you were

12 performing the flights for?

13 A Yes.

14 Q So this isn't – this isn't just an

01:34:07 15 acquaintance outside business? This is –

16 A No, he's a professional business

17 associate.

18 Q Okay.

19 A Very – very experienced. So I asked

01:34:20 20 him – I approached him with the thought of here is –

21 here's the situation. Here's where we are. So far,

22 here are the lack of results that I'm getting. Pierre,

23 what would you do, so –

24 Q Did you ask him to speak with

01:34:34 25 Ms. Nicholson?

## PAGE 103

01:34:35 1 A No, but he offered.

2 Q He offered.

3 A He said, here – you know, Russell, I

4 know who you're talking about. I've seen her. She's

01:34:43 5 very personable. I've talked to her in the hallway.

6 Would you like me – would you think it's appropriate

7 if I approach her? And I said, I think that would be

8 fantastic because sometimes a respected third party

9 away from the immediacy of the situation might just

01:34:58 10 trigger something in her mind to make her see the

11 seriousness of the issue.

12 Q So you wanted to help her?

13 A Yes.

14 Q By any means –

01:35:07 15 A Yes.

16 Q – possible or available to you?

17 A Like I said before, much money was

18 invested in her training and we didn't have extra

19 pilots. We needed every pilot that we had up there.

01:35:17 20 Q Okay. Do you know whether or not the

21 two of them ever spoke?

22 A I do not. Neither of them ever offered

23 and I never asked.

24 Q Okay. But the idea as presented to you

01:35:28 25 was something that you thought could possibly be of

## PAGE 104

01:35:31 1 benefit –

2 A Yes.

3 Q – to correct this –

4 A Absolutely.

01:35:35 5 Q – to correct the problems?

6 A Absolutely.

7 THE VIDEOGRAPHER: Excuse me just a

8 second. Sorry to interrupt. Excuse me.

9 (Discussion off the record)

01:36:03 10 Q (BY MR. LEDGER): All right. Then

11 after – after that – that incident and the phone

12 calls and making it clear to her that her job was at

13 stake, did you – did you devise a – some remedial

14 measures or a training plan? I think you used the term

01:36:25 15 "manner" earlier in your – in your deposition.

16 Did you come up with a plan that you

17 felt was designed to assist in improving her CRM and

18 other difficulties?

19 A In conjunction with Steve Phillips, we

01:36:37 20 set up – it's been referred to both as the four-step

21 plan and the three-step plan but step one was – did

22 not involve me. It was her observing a crew.

23 Q Okay. So from that point forward –

24 A Now it's a three-step plan –

01:36:52 25 Q It is the three-step plan.

Fax: +44 (0) 207 265 1703
Anglo-American Court Reporters Ltd. London UK
E-mail: info@a-acr.com
Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027 Document 39-7 Filed 01/18/2008 Page 20 of 29

SHEET 14   PAGE 105

```
01:36:53  1      A  – that I am more immediately involved
          2  in.
          3      Q  And describe that.
          4      A  Three days in a row with her physically
01:37:00  5  performing the duties as a pilot in the presence of a
          6  supervisor/trainer. Day one I wanted her to fly with
          7  our most experienced captain, who had a fair
          8  embracement of CRM. I couldn't find a captain who had
          9  never complained about her, because everybody that had
01:37:29 10  flown with her had complained – or critiqued, anyway.
         11      Q  So who's the – who's the –
         12      A  John Kappeyne.
         13      Q  He's the captain –
         14      A  He's the captain.
01:37:39 15      Q  – you wanted her to fly with?
         16      A  I'm going to watch. I'm not there
         17  necessarily as a check airman who's going to
         18  immediately correct problems. I'm going to watch how
         19  they handle it as a team, how they make mistakes, how
01:37:55 20  they prevent mistakes, how they correct mistakes, how
         21  they take care of each other, see – see what she's
         22  learned from her observations the day before, if she's
         23  picked up smoother ways of saying things, if she's
         24  incorporated the hints that I've given her, the
01:38:13 25  techniques.
```

PAGE 106

```
01:38:14  1      So I arrive at the plane. I'm going to
          2  be the observer; John Kappeyne, captain; Tiffany
          3  Nicholson, first officer. She is missing her – part
          4  of her required pilot equipment, which is her headset,
01:38:32  5  and they are discussing that. She wanted to continue
          6  without it, which is in violation of the company
          7  requirements.
          8      Q  Is it called a GOM, general operating
          9  manual?
01:38:49 10      A  Yes.
         11      Q  Okay.
         12      A  It's also smart that if you're being
         13  retrained because you have communication issues that
         14  you be able to communicate, which is all but impossible
01:39:03 15  when you don't have a headset.
         16      Q  The headset has – it's a headset so
         17  that you can hear and there's also a microphone?
         18      A  There's a microphone that's directly
         19  linked into your fellow pilots' ears and also to air
01:39:16 20  traffic control.
         21      Q  So you can speak in a normal tone?
         22      A  Yes. Otherwise we would be screaming.
         23  And plus, if you have to take a breath to yell, you
         24  really think twice about when you speak, to get down to
01:39:28 25  the basics.
```

PAGE 107

```
01:39:29  1      Q  Okay. So back to the – to the flight.
          2  She has no headset?
          3      A  So, again, very frustrating on my part
          4  because she's shown up now for work not equipped for
01:39:38  5  the job and again, not bearing responsibility for her
          6  actions. So –
          7      Q  What did you do?
          8      A  I looked to try to remedy the situation
          9  quickly. Again, if we sent her on a hunt at that time
01:39:54 10  for a headset, she can't be co-piloting and getting the
         11  plane ready for the flight. So I went into the office
         12  to see if another pilot had left a headset there. I
         13  went to the other aircraft, which was nearby, and to
         14  see if our mechanics had, perhaps, mistakenly left a
01:40:14 15  headset on there, so – and then we had –
         16      Q  Any success?
         17      A  No success, no headset. Now it's
         18  departure time. We have passengers and it's ready to
         19  go, so now there are –
01:40:22 20      Q  So this is a real flight?
         21      A  Yeah.
         22      Q  Passengers are all loaded?
         23      A  Passengers – passengers are coming on.
         24  I come back to the cockpit. Now we have three pilots,
01:40:31 25  two of which have headsets, myself and the captain, and
```

PAGE 108

```
01:40:34  1  the person who is there for retraining who's not shown
          2  up equipped for the job. So I would have – I could
          3  have two choices at that point. One is give her my
          4  headset and leave, but based on what I had seen and
01:40:47  5  heard and since I was there to observe, that was not
          6  acceptable; or I could do what I did, which is I put on
          7  my headset. I sat in the co-pilot's seat and called
          8  systems operational control and told them that I needed
          9  to be the co-pilot, and we sent her home or to look or
01:41:08 10  to find another spare headset.
         11      Q  So you – you – you co-piloted that
         12  particular flight with John Kappeyne?
         13      A  That series of flights.
         14      Q  Series of flights. Okay. And then
01:41:18 15  after that, what was – as far the – the day one
         16  training that you wanted to achieve, Ms. Nicholson
         17  flying with John Kappeyne –
         18      A  Uh-huh.
         19      Q  – which was at least aborted as a
01:41:29 20  result of the headset incident –
         21      A  Uh-huh.
         22      Q  – and what happened next with regard to
         23  the day one training?
         24      A  Well, so the – the day one is – would
01:41:36 25  be instead of ending up doing eight sectors, we ended
```

Fax: +44 (0) 207 265 1703       Anglo-American Court Reporters Ltd.   London   UK       Tel: +44 (0) 207 264 2088
E-mail: info@a-acr.com
Case 1:06-cv-00027     Document 39-7     Filed 01/18/2008     Page 21 of 29

## PAGE 109

01:41:43 1 up in that training role with two, because by –
2    Q   Two sectors?
3    A   Two sectors, two flights.  By the end of
4 the day, she had found a headset.  She reappeared at
01:41:58 5 work and we –
6    Q   You put her on –
7    A   – now we want – we elected our – to
8 continue our plan.
9    Q   Okay.
01:42:03 10    A   So again, day one, eight sectors reduced
11 to two by her actions.  Day two, eight sectors reduced
12 to two by her actions.  Day two – and these are –
13 these are building blocks of instruction and training.
14       Day three was to have been me now being
01:42:30 15 a captain with Tiffany being my first officer and me
16 seeing how she would be under the normal situation like
17 that; and also I might test her, make mistakes, see –
18 see her interaction in two slightly different
19 scenarios, but I felt at that point that I was unable
01:42:56 20 to proceed with step three because of her actions that
21 had diminished so badly steps one and two.
22    Q   What was step three to have been or day
23 three to have been?
24    A   Day three was myself as captain.
01:43:11 25    Q   Yourself, okay.

## PAGE 110

01:43:12 1    A   So what I elected to do was to continue
2 on the building block of step two, which was observe
3 John Kappeyne and Tiffany Nicholson fly.  So we – on
4 day three, we accomplished step two.
01:43:27 5    Q   Day two.  Okay.  So how did that go?
6    A   Acceptably poor, a stressful day for all
7 involved, a strain.  John Kappeyne is a very
8 authoritarian captain and he didn't ever roll – he
9 wouldn't tolerate her insubordination, so he always
01:43:59 10 nipped it firmly and quickly every time she would go
11 down that path.  So he kept her on a very tight leash.
12    Q   And you observed this?
13    A   I observed this.
14    Q   Okay.  Can you – can you give me
01:44:11 15 specific examples of when Mr. Kappeyne or Captain
16 Kappeyne had to intervene or take control?
17       MR. TORRES:  Objection.  Assumes facts
18 not in evidence.
19    Q   (BY MR. LEDGER):  Well, I will just use
01:44:21 20 your words.  Can you give specific examples of when
21 Mr. Kappeyne had to nip it in the bud?
22    A   The only one I can remember was when he
23 asked her for something and she – I can't specifically
24 remember whether it was a checklist item or an action
01:44:40 25 or a briefing, but he specifically asked her for

## PAGE 111

01:44:42 1 something and she gave a halfway attempt response and
2 he said, that's insufficient.  I want you to do this.
3 But at this point in my time, I can't remember the
4 exact specifics.
01:44:55 5    Q   Well, as a general – as a general
6 premise, then you – what was your impression coming
7 away from day three which was actually used to perform
8 day two functions?
9    A   My impression was she did still not
01:45:15 10 appreciate the seriousness of it.  She was, after
11 thought, giving some of the right answers but – I
12 think I wrote in one of my letters, tone of voice is
13 very important.  So if you had a transcript of the
14 cockpit, you might not – you might not perceive what
01:45:37 15 was the tone of the cockpit.
16    Q   But you did because you were there?
17    A   You know, I'm a professional pilot.  I
18 have flown with thousands of crews all over the world
19 and I know what professional pilots do and I know what
01:45:53 20 negative sarcasm is, and there was a high degree of
21 that.
22    Q   Of negative sarcasm?
23    A   Yes.  John was a very good captain that
24 day.  He made mistakes.  He accepted often when Tiffany
01:46:13 25 would correct him and he correctly told her at times

## PAGE 112

01:46:18 1 when there wasn't – you know, she may be right but
2 there's no time to deal with that right now; and I
3 actually thought the highlight of the day, which gave
4 me some hope, was at the end of the day they had a very
01:46:32 5 thorough, internal debriefing.  Now, I invited them,
6 you two, debrief your day.  I'm going to watch.  And it
7 started off closed-mouth, tight-lipped and relatively
8 polite, and ended up being heated finger pointing, but
9 I must say there was communication and they – they
01:46:53 10 disagreed, they agreed on some things, they reached
11 consensus, they changed; but I have to say it was the
12 first real communication I had seen during the day, and
13 it was at the appropriate time, safely on the ground,
14 the parking brakes set.
01:47:06 15    Q   And that was at the end of – all the
16 legs were –
17    A   The end of the day.
18    Q   The end of the day, all the legs were
19 completed?
01:47:15 20    A   They had a small debriefing between
21 flights but there's not time for the – the full –
22 full debriefing.
23    Q   So then what's next in the scheme of
24 things that you had in mind?
01:47:24 25    A   So ideally that was the day I would have

Fax: +44 (0) 207 265 1703    Anglo-American Court Reporters Ltd.   London   UK
E-mail: info@a-acr.com    Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 22 of 29

SHEET 15    PAGE 113

01:47:26 1  flown, but through her actions we've – we've lost a
2  day. So we went right to step four, again being – I
3  don't have unlimited time to solve problems in only
4  that department, especially when I'm perceiving that
01:47:45 5  the employee isn't terribly involved in helping
6  themselves.
7      Q  And what's step four?
8      A  So step four was let's go to the flight
9  where the captain, Chuck White, removed her for
01:48:00 10 insubordination. We are going to repeat that exact
11 same trip in the same plane on the same route, except
12 I'm going to sit in the jump seat and I'm going to
13 watch.
14     Q  Hold on. Step four and the retraining
01:48:14 15 plan – or the training plan, was that you were going
16 to pair Ms. Nicholson with Chuck White –
17     A  Yes.
18     Q  – in the aircraft –
19     A  Yes.
01:48:22 20     Q  – and you were going to observe?
21     A  Yes.
22     Q  And you wanted them to fly the same
23 routes that they had flown on August 31st?
24     A  Yes.
01:48:29 25     Q  Okay. So did that happen?

PAGE 114

01:48:30 1      A  Okay. So we did that.
2      Q  Okay. And what happened?
3      A  We had a phone conference with Steve
4  Phillips and Linda Markham in HR beforehand. We had
01:48:41 5  all agreed that our worry was that what do we do if
6  this flight goes perfectly? Because I think she was
7  capable, when she wanted to, to apply the proper
8  skills; but what happens if things go perfectly? What
9  are we going to do? So that was my fear going in.
01:49:01 10 That fear was quickly diminished because I must say
11 when I look at all of these scary things that have
12 happened in aviation, the round trip where I was rather
13 helplessly observing in the observer seat I would
14 certainly mark as one of my top ten scary and dangerous
01:49:22 15 flights.
16     Q  And that was the flight that Chuck and
17 Tiffany were –
18     A  Yes.
19     Q  – on? Okay.
01:49:27 20     A  And especially on the way back with a
21 total breakdown of CRM.
22     Q  Can you be specific?
23     A  Moving along at five miles a minute and
24 arguing about the nuances of one degree of heading.
01:49:45 25     Q  Oh, I remember seeing that.

PAGE 115

01:49:47 1      A  Acceptable limits to be an ATR captain
2  in the eyes of the FAA is the ability to hold heading
3  within some areas five degrees, some areas ten degrees,
4  so – and we have two types of display on the plane,
01:50:06 5  one is a digital digit, zero through 360, and the other
6  one is an analog needle that merely points pretty
7  close. You could hold it by looking at the needle
8  within two, three, four degrees, so – and one of the
9  ones I remember because I refreshed myself on the
01:50:30 10 letter was air traffic control instructing Chuck, who
11 was flying at the time, to hold a heading of
12 360 degrees. So he spun his heading bug to that
13 heading and flew that. Now, he put – the digital
14 display was on either one or 359, but one degree off;
01:50:54 15 and in a – in a perfect world and a long time in a
16 crew situation, you might tweak that back to perfect,
17 but short-term tactical taking off and landing, you're
18 well within the limits. That's good enough, so –
19     Q  So he's – he's off of 360 degrees by
01:51:19 20 one or two degrees?
21     A  Yes.
22     Q  And this provokes what from
23 Ms. Nicholson?
24     A  She corrected his error, which is
01:51:28 25 correct. Timing was very poor. Methodology was very

PAGE 116

01:51:31 1  poor.
2      You know, aren't you going to fly the
3  heading?
4      What do you mean?
01:51:39 5      You're not on ATC's heading.
6      What do you mean? Yes, I am.
7      No, you're not. Look at the digital.
8      You're 359.
9      Meanwhile, this interchange I've sped
01:51:53 10 up. They have missed a radio call from air traffic
11 control already giving them the next instruction. As
12 a –
13     Q  You mean that –
14     A  As a seasoned, trained CRM professional
01:52:08 15 that I am, I would have not brought it up at that
16 stage, and that's a judgment call. If I had brought it
17 up or – I would have brought it up at a later point.
18 I would have said, hey, Chuck, just so you know, you're
19 looking analog. Did you know that the digital readout
01:52:26 20 over there is just a little bit off? You may want to
21 catch that, Captain.
22     Q  Well, you – later at some point you –
23 you wrote a report to Hyannis and that was a very
24 detailed, lengthy report; and in that – in that report
01:52:45 25 with regard to that particular flight –

Fax: +44 (0) 207 265 1703    Anglo-American Court Reporters Ltd.  London  UK    Tel: +44 (0) 207 264 2088
E-mail: info@a-acr.com
Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 23 of 29

PAGE 117

```
01:52:47  1        A  Uh-huh.
          2        Q  -- in your view, there had been total
          3    failure --
          4        A  Yes.
01:52:52  5        Q  -- in CRM with that crew --
          6        A  Yes.
          7        Q  -- Mr. White and Ms. Nicholson?  And to
          8    whom do you attribute that total failure?
          9        A  Ms. Nicholson.
01:53:04 10           MR. TORRES:  Objection.  What report are
         11    you referring to?
         12           MR. LEDGER:  That would be Exhibit 24.
         13           MR. TORRES:  The letter?
         14           MR. LEDGER:  Yes.
01:53:22 15        Q  (BY MR. LEDGER):  What else happened on
         16    that flight that you observed?
         17        A  The flight up was extremely poor.
         18        Q  From a CRM perspective?
         19        A  From a CRM and, thus, safety.  So now
01:53:36 20    we're going to fly back.  I was waiting to see if the
         21    captain would remove the first officer at that point
         22    because she had -- she was failing to do her job and
         23    she was insubordinate.  He did not, so I noted that,
         24    and we continued on with our training and we flew back.
01:53:58 25    The --
```

PAGE 118

```
01:53:58  1        Q  So flew back to Guam?
          2        A  Flew back to Guam.
          3        Q  Okay.
          4        A  The most egregious nuts-and-bolts safety
01:54:07  5    issue that was made on the flight back was her in --
          6    inappropriate timing of moving the flaps.  It -- which
          7    as you take off, the first thing you do is bring the
          8    gear up when you start to climb.  As you continue on
          9    the flight as you have got speed and altitude, you
01:54:33 10    bring the flaps up.  When he called for the gear, she
         11    raised the flaps.
         12        Q  He wanted the gear down?
         13        A  He wanted the gear to be brought up as
         14    we started to climb.
01:54:49 15        Q  Okay.
         16        A  She raised the flaps, which is a
         17    critical loss of lift at a critical stage in time.
         18    That's a nuts-and-bolts mistake, but it set the tone
         19    for the rest of the flight of -- I would have thought
01:55:07 20    in her mind only she would have been severely humbled
         21    by that mistake, because if we had been at a heavier
         22    weight, meaning more people on board, we would have
         23    crashed; but we were a relatively lightweight, light
         24    load of passengers.  That's not a CRM failure.  That's
01:55:31 25    a nuts-and-bolts failure, but it certainly would have
```

PAGE 119

```
01:55:36  1    put in my mind that I make mistakes.
          2           The rest of the flight was arguing about
          3    events from five minutes ago.  I was in a -- one
          4    aspect, scared for my life and had contemplated
01:55:53  5    removing her and hopping into that seat; but that's not
          6    easy to do in a relatively closed closet of the size of
          7    space for three people not knowing how one would react
          8    to that.  So balancing should I hop in that seat, it
          9    can't get any worse, with I need to do something to
01:56:14 10    save my life.  I expressed that my fears before the
         11    flight was that she would operate perfectly and we
         12    would be -- I would still have to reconcile why is she
         13    perfect when I watch and not when other people do, but
         14    we quickly got rid of that fear and replaced it with,
01:56:34 15    again, the fear of crashing; and it was -- they acted,
         16    I believe, truly as if I wasn't there because they --
         17    she was arguing again over events -- you know, I
         18    wouldn't have brought the flaps up if you hadn't asked
         19    that from me, and -- and just -- she's -- she's five
01:56:52 20    minutes behind the plane when the plane is moving
         21    already as we speak further and further towards Guam.
         22        Q  Did you perceive her interaction with
         23    Chuck White to be defensive?
         24        A  Yes.  Defensive, antiauthoritarian,
01:57:08 25    ego-driven.  A constant phrase that we try to embrace
```

PAGE 120

```
01:57:11  1    in aviation, and I know that I've said to her over and
          2    over and over, is it's not who is right, it's what is
          3    right.  Let's do the right thing at the right time.
          4        Q  So how does this flight end?
01:57:26  5        A  Uneventfully from a physical damage
          6    point.  We pulled up to the gate and stopped.  No --
          7    like I say, no one has been injured.  And at that point
          8    there was three people sitting in the cockpit.  The
          9    captain in the left seat, the first officer in the
01:57:49 10    right seat and me slightly back in the observer's seat
         11    all staring forward, probably all trembling -- I know I
         12    was -- and speechless; and I was just trying to review
         13    how -- how a flight could go with two people -- two
         14    trained professionals could go so horribly wrong.  And
01:58:06 15    I finally said -- after I got my wits about me, said,
         16    how do we think the morning went?  The first response I
         17    received was from Chuck, and he turned around and was
         18    basically pale and speechless and then he just looked
         19    forward again.  He didn't do anything.  Tiffany turned
01:58:31 20    around and rather cavalierly said, it's like this most
         21    days.  And I said, just to be clear, this was what it
         22    was like when he removed you from the flight for
         23    safety?  And she said, yes.  I said, all right, I'm
         24    going to go clear immigrations and I'm going to think.
01:58:52 25        Q  This is the end of the day?
```

Case 1:06-cv-00027   Document 39-7   Filed 01/18/2008   Page 24 of 29

01:58:53  1    A  This is just after the first round trip.
2    Q  Okay.
3    A  This was supposed to be all day. So I
4    said --
01:59:01  5    Q  That was the plan?
6    A  That was the plan.
7    Q  All day you would observe?
8    A  All day observe.
9    Q  Okay.
01:59:06  10   A  So I walked to immigration to clear into
11   the country and returned and that takes 15 minutes, you
12   know, and I thought and I wondered and I was still
13   visibly shaken. And then I said, well, I will not
14   subject myself to watching that again because I was
01:59:29  15  scared for my well-being, and I certainly can't say you
16   guys are fine to fly together, I'm going to go home
17   now, so --
18   Q  You did what?
19   A  I said, Tiffany, you're being removed
01:59:45  20  from the flight by me. I'm going to fly the rest of
21   the day, and I want you to meet me at 4:00 o'clock.
22   We'll talk about it further then.
23   Q  4:00 o'clock the same day?
24   A  Same day. It was the end of -- end
01:59:56  25  of -- it would be the end of the shift for me. A, it

02:00:01  1    would be the end of the shift so we can keep the
2    airline operation going; and B, there was another
3    management personnel that I could round up by then to
4    have, you know, a corroborating witness for any
02:00:13  5   discussion that might resume.
6    Q  You wanted to meet with Tiffany at 4:00
7    p.m., correct?
8    A  Yeah. And actually --
9    Q  That's what you just -- your last
02:00:23  10  comment, you wanted a third person involved?
11   A  Yeah, I wanted another managerial
12   presence out there.
13   Q  Okay.
14   A  So she turned around, didn't say a word
02:00:31  15  and left. Done, gone. So we actually departed late.
16   Now Chuck is captain, me as first officer, because we
17   decided the safest course of action was just to sit
18   there and we needed to relax because we were -- it was
19   time to go but we're still trembling, mad, angry,
02:00:57  20  nervous, so we took a little while and gathered our
21   wits, contemplated actually getting a whole other crew
22   out there but after -- after 15 or 20 minutes we said,
23   we're good to go.
24   Q  And then what happens at 4:00 o'clock?
02:01:12  25   A  So we went out and back.

02:01:14  1    Q  You -- you and Mr. White flew the --
2    flew the day?
3    A  We flew the day uneventfully and
4    successfully.
02:01:18  5    Q  All right. And what happens at 4:00?
6    A  Can I refer to that exhibit for a
7    moment? I'm just having a time frame --
8    Q  Actually --
9    A  Oh, I have it.
02:01:28  10   Q  And we should -- we should mark it.
11       MR. TORRES: What exhibit are you
12   talking about?
13       MR. LEDGER: What was -- the one that
14   was marked 24 in the --
02:01:38  15       MR. TORRES: His letter?
16       MR. LEDGER: -- apparently in the
17   depositions. Why don't you pull the --
18       THE WITNESS: I just needed to make sure
19   I was thinking of the same day that I am.
02:01:48  20       MR. LEDGER: I will give the court
21   reporter a copy and we will just mark it. We will mark
22   as that as Defendant's A.
23       MR. TORRES: So for Judge Lewis, you
24   want to question him on the exhibit -- or the
02:02:14  25   exhibit (sic) I would object to is him testifying from

02:02:18  1    his own recollection.
2        THE WITNESS: I just wanted to make sure
3    I had the correct day, which I have since looked and
4    seen.
02:02:23  5    Q  (BY MR. LEDGER): Okay. Well, let me --
6    let me ask a few questions then.
7        You're having difficulty remembering a
8    date or a day and would it assist you if you looked at
9    a document to remember to be able to testify from
02:02:35  10  memory?
11   A  Yes.
12   Q  Okay. And what document would you --
13   are you referring to?
14   A  I wrote a letter concerning the -- my
02:02:42  15  CRM observations of Tiffany Nicholson after this all
16   transpired and sent it to her supervisors and the HR
17   department in Hyannis so that they had a full record of
18   my observations.
19   Q  Let me have you look at what's been
02:03:04  20  marked Defendant's Exhibit A.
21       MR. LEDGER: Could you hand the exhibit
22   to the witness, please.
23       (Defendant's Exhibit A marked)
24       THE WITNESS: Thank you.
02:03:24  25   Q  (BY MR. LEDGER): Is Defendant's

Fax: +44 (0) 207 265 1703
Anglo-American Court Reporters Ltd.   London   UK
E-mail: info@a-acr.com
Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027   Document 39-7   Filed 01/18/2008   Page 25 of 29

**SHEET 17    PAGE 129**

```
02:07:08  1    that information to her?
          2        A  I don't.
          3        Q  Okay. So you don't know who did --
          4        A  That's correct.
02:07:14  5        Q  -- is that fair?
          6        A  That's fair.
          7        Q  Okay. So when you prepared Exhibit A
          8    and you -- who was the intended audience for Exhibit A?
          9        A  That would have been -- four people I
02:07:31 10    would have expected would have reviewed it, and that
         11    would have been Linda Markham, Steve Phillips, David
         12    O'Connor and Larry Gualtiere.
         13        Q  Okay. Let's go over those. At that
         14    point in time that that was your intended audience,
02:07:46 15    what position did Linda Markham hold?
         16        A  She was director of HR.
         17        Q  Human resources?
         18        A  Yes.
         19        Q  And what position did David O'Connor
02:07:55 20    hold?
         21        A  Director of training.
         22        Q  And Steve Gualtiere?
         23        A  Steve Phillips.
         24        Q  Steve Phillips.
02:08:04 25        A  Chief pilot.
```

**PAGE 130**

```
02:08:04  1        Q  And --
          2        A  Larry Gualtiere --
          3        Q  Gualtiere.
          4        A  -- director of operations, also a pilot.
02:08:09  5        Q  That was the intended audience --
          6        A  Yes.
          7        Q  -- for Exhibit A? Okay. Did you
          8    send -- did you send it to them?
          9        A  Yes.
02:08:17 10        Q  And what happened next?
         11        A  That is where I don't know very much
         12    about what transpired.
         13        Q  Strike that question. Let me ask a
         14    different question.
02:08:30 15            What happened next that involved you
         16    after you sent Exhibit A to those four people?
         17        A  I also sent my recommendations if -- you
         18    know, they had a decision to make. I had -- I had -- I
         19    had pointed out a safety deficiency in the operation
02:08:46 20    that couldn't be tolerated. I had short-term fixed
         21    that deficiency by removing Tiffany from flying and not
         22    allowing her to fly. I -- we somehow communicated to
         23    her that she needed to go back and visit with HR, the
         24    director of training and her supervisor, and they were
02:09:07 25    going to decide what the next course of action would
```

**PAGE 131**

```
02:09:12  1    be. At that point, my concern is safety of the
          2    operation. So in -- additionally, I put the last page
          3    of Exhibit A there, which is if you feel it is in the
          4    best interest of the company to return her to Guam, at
02:09:29  5    a minimum, I would impose these conditions, okay? So
          6    that solves that. Then I had one other safety issue to
          7    address.
          8        Q  Well, let -- let's hold that -- hold
          9    that for a moment.
02:09:40 10        A  Okay.
         11        Q  Okay. Let me ask you another question.
         12    I know you're referring to the
         13    confidential summary --
         14        A  Yes.
02:09:45 15        Q  -- on the last page of Exhibit A, but I
         16    think you're -- you're just missing the question that
         17    I'm asking. You sent Exhibit A to those four
         18    individuals, and did they speak with you?
         19        MR. TORRES: Objection. Calls for facts
02:09:58 20    not in evidence. There's no testimony he sent it to
         21    four individuals.
         22        MR. LEDGER: Excuse me?
         23        MR. TORRES: There's no testimony he
         24    sent it to four individuals.
02:10:06 25        Q  (BY MR. LEDGER): Did you send Exhibit
```

**PAGE 132**

```
02:10:08  1    A --
          2        A  Yes, I did.
          3        Q  -- to those four individuals that you
          4    named?
02:10:11  5        A  Yes.
          6        Q  Okay. Do you want to name them again?
          7        A  Linda Markham, Steve Phillips, David
          8    O'Connor, Larry Gualtiere.
          9        Q  Okay. And did any one of those four
02:10:21 10    people, or did they as a group, speak with you about
         11    the contents of Exhibit A?
         12        A  I don't specifically recall who would
         13    have been on the phone conference call. I know that it
         14    was discussed.
02:10:38 15        Q  Between you and --
         16        A  A majority of those people in Hyannis.
         17        Q  Okay. Can you -- can you remember
         18    today, was Linda Markham on the call?
         19        A  See, I wouldn't want to guess.
02:10:53 20        Q  Okay. Some of them were?
         21        A  Some of them were.
         22        Q  Maybe --
         23        A  Maybe all of them, but I don't recall.
         24        Q  Okay. Well, what information was
02:11:01 25    conveyed to you during that phone call?
```

Anglo-American Court Reporters Ltd.   London   UK
Fax: +44 (0) 207 265 1703        E-mail: info@a-acr.com        Tel: +44 (0) 207 264 2088
Case 1:06-cv-00027    Document 39-7    Filed 01/18/2008    Page 26 of 29

PAGE 149

02:35:50 1    Q  (BY MR. LEDGER): Going back to a couple
2    more questions about various letters that were written
3    by pilots. One was John Bleiman, your – you know who
4    he is, correct?
02:36:13 5    A  Yes.
6    Q  All right. Now, John Bleiman wrote a
7    letter concerning Ms. Nicholson, and my only question
8    to you regarding that letter is: Did you solicit that
9    letter from Mr. Bleiman?
02:36:25 10    A  No.
11    Q  Okay. Have you seen the letter?
12    A  I saw that letter recently.
13    Q  And as far as you know, he wrote it for
14    some reason other than you asking him to?
02:36:38 15    A  Well, just to be perfectly clear so
16    there's no misunderstanding, if somebody comes to me
17    with a problem, in my management style, I try to solve
18    it at the – sort of the lowest level of interaction.
19    So do we need to have a letter writing campaign because
02:37:04 20    a captain and a first officer are having CRM issues
21    initially? No. So, John, let me see if I can do some
22    training on Tiffany; but John had CRM issues with
23    Tiffany in the simulator, as they were partners, and
24    then later on in the line. And at some point if
02:37:21 25    they – you know, many people come to me for help and I

PAGE 150

02:37:24 1    tried to help them, but then I would explain to them,
2    if you ever feel that I'm not satisfying your needs,
3    then you need to make your needs and complaints and
4    issues known and the way that you would do that is to
02:37:36 5    write a report.
6    Q  So people that are working under you
7    generally understand those are your expectations?
8    A  Yeah.
9    Q  Okay. How about Phil Dery? Phil Dery
02:37:53 10    also wrote a letter and John Kappeyne wrote a letter.
11    Sort of the same – the same types of questions. Were
12    those letters written by direct solicitation from you?
13    A  No.
14    Q  And to your understanding, were they
02:38:06 15    written as a result of this regime that you had
16    implemented in terms of if you're unhappy with the
17    first go-around, put it in writing?
18    A  Yes.
19    Q  Okay. Digressing, going back to when
02:38:32 20    Exhibit 1 was submitted to Hyannis and there was a
21    follow-up phone conversation, subsequent to that were
22    you informed that disciplinary action had been taken
23    against Ms. Nicholson such that she wouldn't be
24    returning to Guam?
02:38:54 25    A  That didn't quite make sense to me.

PAGE 151

02:38:56 1    Could you rephrase that?
2    Q  Sure. After – after you submitted
3    Exhibit 1 to Hyannis –
4    A  Uh-huh.
02:39:03 5    Q  – and you had a phone conversation with
6    some of those four people who were the intended
7    audience –
8    A  Yes.
9    Q  – were you subsequently informed that
02:39:11 10    Ms. Nicholson had been given an action form?
11    A  I don't recall that, no.
12    Q  Okay. Were you involved in any
13    decisions regarding Ms. Nicholson's employment after
14    you recommended that she return to Hyannis?
02:39:27 15    A  No.
16    Q  Okay. Were any of the actions that you
17    took with regard to Ms. Nicholson when she was an
18    employee on Guam motivated by the fact that she's
19    female?
02:39:42 20    A  Oh, absolutely not.
21    MR. LEDGER: Let's stop the tape and go
22    off the record for a moment.
23    THE VIDEOGRAPHER: Going off the record.
24    The time is 1444.
02:47:28 25    (Recess taken, and Defendant's Exhibit E

PAGE 152

02:47:28 1    marked)
2    THE VIDEOGRAPHER: Back on the record.
3    The time is 1452.
4    Q  (BY MR. LEDGER): Okay. Mr. Price,
02:48:00 5    during a break I had the court reporter mark a document
6    as Exhibit E.
7    A  Yes.
8    Q  E as in echo. Do you have that in front
9    you?
02:48:06 10    A  I do.
11    Q  Okay. Can you identify that or are you
12    able to identify that Exhibit E?
13    A  Yes.
14    Q  Generally, what is it?
02:48:16 15    A  This is a letter that I wrote concerning
16    Ms. Nicholson to – it says here Larry Gualtiere, David
17    O'Connor, Craig Stewart and Steve Phillips.
18    Q  Okay. September 7th, 2004 is the date
19    of Exhibit E?
02:48:34 20    A  Uh-huh.
21    Q  And at that point what position did
22    Larry Gualtiere hold?
23    A  He was director of operations.
24    Q  And how about David O'Connor?
02:48:42 25    A  Director of training.

Fax: +44 (0) 207 265 1703
Anglo-American Court Reporters Ltd.   London   UK
E-mail: info@a-acr.com
Tel: +44 (0) 207 264 2088

Case 1:06-cv-00027   Document 39-7   Filed 01/18/2008   Page 27 of 29

<pre>
 1                  IN THE DISTRICT COURT OF GUAM

 2    TIFFANY ANNE NICHOLSON,          )
                                       )
 3          Plaintiff,                 )
                                       )
 4    vs.                              )  CIVIL CASE NO.
                                       )  CV06-00027
 5                                     )
      HYANNIS AIR SERVICE, INC.        )
 6    Dba CAPE AIR,                    )
            Defendant.                 )
 7
</pre>

 8                  REPORTER'S CERTIFICATE

 9                ORAL VIDEOTAPED DEPOSITION OF

10                    RUSSELL C. PRICE

11                    October 17, 2007

12

13          I, Michelle Hartman-Solari, Certified

14    Shorthand Reporter and Registered Professional

15    Reporter, hereby certify to the following:

16          That the witness, RUSSELL C. PRICE, was duly

17    sworn and that the transcript of the deposition is a

18    true record of the testimony given by the witness;

19          That the deposition transcript was duly

20    submitted to the witness' attorney for the witness'

21    examination and signature.

22          I further certify that I am neither counsel

23    for, related to, nor employed by any of the parties in

24    the action in which this proceeding was taken, and

25    further that I am not financially or otherwise

**Anglo-American Court Reporters Ltd**
Case 1:06-cv-00027    Document 39-7 50 Minuted 01/18/2008    Page 28 of 29
Tel: (011 44) 20 7264 2088              London, England              info@a-acr.com

1    interested in the outcome of this action.

2           Certified to by me on this __31st day of

3    October, 2007.

4

5

6           Michelle Hartman-Solari, CSR, RPR
          Texas CSR 7093
7           Expiration:  12/31/08

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Anglo-American Court Reporters Ltd**
Case 1:06-cv-00027   Document 39-750 Minbers 01/18/2008   Page 29 of 29
Tel: (011 44) 20 7264 2088   London, England   info@a-acr.com