CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

**FILED**
DISTRICT COURT OF GUAM

JAN 18 2008

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | CIVIL CASE NO. CIV06-00027 |
| Plaintiff, | |
| vs. | **AGREEMENT OF HEARING DATE** |
| | **REGARDING MOTION FOR** |
| HYANNIS AIR SERVICE, INC. | **SUMMARY JUDGMENT; REQUEST** |
| dba CAPE AIR, | **FOR HEARING** |
| Defendant. | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.    I, Elyze McDonald, am the attorney for the Defendant Hyannis Air Service, Inc.

dba Cape Air in this matter.

2.    Counsel for Plaintiff is Phillip Torres, Esq. of Teker Torres and Teker, P.C.

3.    Plaintiff's counsel has agreed to February 20, 2008, as the date for oral argument

regarding Defendant's Motion for Summary Judgment.

4.    I called the Clerk of Court to clear this date with the Court, and the Clerk advsed

me that the Court will set a hearing date.


ORIGINAL

5.    I therefore respectfully request that the Court set the Motion for Summary Judgment for hearing on February 20, 2008, or at another date convenient to the Court.

DATED: Hagåtña, Guam, January 18, 2008.

CARLSMITH BALL LLP

*Elyze Ymcdot*

ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on January 18, 2008, I will cause to be served, via hand delivery, a true and correct copy of the AGREEMENT OF HEARING DATE REGARDING MOTION FOR SUMMARY JUDGMENT; DECLARATION OF SERVICE upon Plaintiff's Counsel of record as follows:

> **Phillip Torres, Esq.**
> **TEKER TORRES AND TEKER, P.C.**
> **130 Aspinall Avenue, Suite 2A**
> **Hagåtña, Guam 96910**
>
> **Attorneys for Plaintiff Tiffany Anne Nicholson**

DATED: Hagåtña, Guam, January 18, 2008.

_Elyze J McDonald_
ELYZE J. MCDONALD