CARLSMITH BALL LLP

ELYZE J. MCDONALD
DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813
Fax No. 671.477.4375

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>　　　　　Defendant. | CIVIL CASE NO. CIV06-00027<br><br><br>**ORDER GRANTING<br>REQUEST FOR FACSIMILE FILING** |

　　　　The Court hereby **GRANTS** Defendant Hyannis Air Service, Inc. dba Cape Air's Request for Facsimile Filing with regard to the Declaration of Linda Markham.

　　　　SO ORDERED.



　　　　　　　　　　　　　　　　　　　/s/ Frances M. Tydingco-Gatewood
　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　Dated: Jan 30, 2008