TEKER TORRES & TEKER, P.C.
130 Asinall Avenue-Suite 2A
Hagatna, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

Attorneys for Plaintiff
*Tiffany Anne Nicholson*

FILED
DISTRICT COURT OF GUAM
FEB 0 1 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>Plaintiff,<br><br>v.<br><br>HYANNIS AIR SERVICE, INC.<br>d.b.a. CAPE AIR,<br><br>Defendant. | Case No. CV-06-00027<br><br>**MOTION FOR LEAVE TO FILE FACSIMILE DECLARATION OF FACTS**<br><br>**[NO ORAL ARGUMENT REQUESTED]** |

The Plaintiff respectfully moves the Court, pursuant to GR 5.1(a) of the Local Rules of Practice for the District Court of Guam, for leave to file herewith a facsimile copy of her Declaration of Facts. The Declarant is presently residing in Anchorage, Alaska, and has executed her Declaration in that state. The signed original of the Declaration has been sent to counsel for the Plaintiff, and will be filed with this Court immediately upon receipt.

RESPECTFULLY submitted this 1st day of February, 2008.

TEKER TORRES & TEKER, P.C.

By_____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff

ORIGINAL