TEKER TORRES & TEKER, P.C.
130 Asinall Avenue-Suite 2A
Hagatna, Guam 96910
671.477.9891 Telephone
671.472.2601 Facsimile

Attorneys for Plaintiff
*Tiffany Anne Nicholson*

**FILED**
DISTRICT COURT OF GUAM

FEB 0 1 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>Plaintiff,<br><br>v.<br><br>HYANNIS AIR SERVICE, INC.<br>d.b.a. CAPE AIR,<br><br>Defendant. | Case No. CV-06-00027<br><br>**NOTICE OF FILING OF FACSIMILE DECLARATION OF FACTS** |

PLEASE TAKE NOTICE that the Plaintiff has contemporaneously filed with this Notice, a Motion for Leave to File Facsimile Declaration of Facts. Upon receipt of the original Declaration, pursuant to the Motion, Plaintiff will deliver the original to the Court so that it may be substituted and filed in place of the facsimile copy that was concurrently filed with the Court pursuant to Rule G.R. 5.1(a) of the Local Rules of Practice for the District Court of Guam.

DATED at Hagåtña, Guam, on February 1, 2008.

TEKER TORRES & TEKER, P.C.

By _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff