# Exhibit
# 9

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | ) CIVIL CASE NO. CV06-00027 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HYANNIS AIR SERVICE, INC. | ) |
| dba CAPE AIR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

DEPOSITION TRANSCRIPT

OF

# CHARLES WHITE

March 2, 2007

COPY

PREPARED BY:     GEORGE B. CASTRO
**DEPO RESOURCES**
#49 Anacoco Lane
Nimitz Hill Estates
Piti, Guam 96915
Tel.(671)688-**DEPO** • Fax.(671)472-3094

1    isn't because I've asked, "Hey, what's in my
2    file? Because I've been told that if I come in
3    one minute late here, that is going to be
4    transferred to my file in Hyannis". When I
5    called in Hyannis and say what's in my file,
6    they said, "You don't have one".
7        Q   Okay.
8        A   So, I have no idea what's in it.
9        Q   So, you were never asked to sign any
10   written confirmation --
11       A   No.
12       Q   -- of your suspension?
13       A   No, I have never signed anything, any
14   kind of paperwork for the company.
15       Q   Okay. When you and Tiffany were both
16   selected to come out here, did the company
17   every talked to the two of you about your
18   relationship?
19       A   Yes.
20       Q   What did they tell you? Or, who
21   specifically talked to you?
22       A   Steve Phillips talked to me.
23       Q   Okay.
24       A   He --
25       Q   They had concerns?

1    A    Yeah, he did.

2    Q    Okay.   Concerns about you, about her,

3  about the two of you?

4    A    About us working together.

5    Q    Okay.    Do you remember specifically

6  what he was concerned about?

7    A    No, he just said, you know, we have

8  concerns and you know just be professional and

9  -- (pauses).   I really was taken back by the

10  conversation that he had.

11    Q    Did he know at that time that you were

12  not together as a couple?

13    A    Yes.

14    Q    So, did you ask him why you were saying

15  this to me?

16    A    Not really because you can ask direct

17  questions and they just don't tell you.

18    Q    Okay.    What was Steve Phillip's

19  position?

20    A    Chief pilot.

21    Q    Did he come to Guam?

22    A    For a very short time.   Just during the

23  proving runs.

24    Q    Okay.   Anybody else raise concerns with

25  you?

1     Q  Okay.

2     A  So I bid it thinking that she wasn't
3  coming out here.

4     Q  Okay, but I was asking what was your
5  motivation.

6     A  I didn't really have a really good
7  motivation.    I wasn't targeting bigger
8  airlines.

9     Q  Did you sell your house?

10    A  No, I still have it.

11    Q  Then would it be fair to say that your
12  motivation was financial?

13    A  Yes, change of pace, bigger equipment,
14  flying in a two-pilot crew.  For six years up
15  until then, I had flown with a bunch of people
16  from major airlines and they had a lot of nice
17  things to say about flying with other people.

18       And also a pilot said if you ever, ever
19  thought about advancing your career, and this
20  comes up in an interview, "Did you ever fail to
21  take advantage of flying bigger equipment?" and
22  you tell them, no, because I didn't want to
23  move to Guam, no one would probably hire you.
24  Because Continental says you're going to have
25  to move to Houston, but I see here that you've

1　lived on Cape Cod for ten years. Probably
2　won't hire you. So, it wasn't purely
3　motivation to go after a bigger job.

4　　Q　So, it's sort of like work as
5　demonstration that you're willing to do what
6　you're need to do?

7　　A　Yeah, that's kind of how I looked at
8　it.

9　　Q　Okay. You said that you bid for it
10　because you thought that Tiffany wasn't going
11　to do that. So, if you had known that she was
12　going to bid and try to come to Guam, would you
13　have done so?

14　　A　I don't -- (pauses). I would have to
15　say, no, because a friend of mine that was
16　coming out here, we were going to rent an
17　apartment together, we were good friends, and I
18　thought it would be fun to come out here with
19　him. So, it wouldn't have been the only
20　deciding factor that she was coming. But, I
21　didn't want to work with her, so I figured, why
22　would I bid it if I thought she was coming.

23　　Q　Who's your friend? Did he --

24　　A　Bill Guine (phonetic).

25　　Q　Did he bid and not get selected or did

1  he --

2      A    No, he didn't bid.

3      Q    -- change his mind?

4      A    He changed his mind. Never said

5  anything to me.

6      Q    Bill Ganie, G-A-N-I-E?

7      A    G-I-U- -- something like that. It's

8  almost like guinea pig or something. That's

9  how people pronounce it. So, I don't know how

10  to spell it.

11      Q    Okay. Does he continue to work for

12  Cape Air?

13      A    Yes.

14      Q    And is he home based in Hyannis?

15      A    Yes.

16      Q    If you know.

17      A    Yup.

18      Q    Do you talk to him? Do you still try

19  to persuade him to come out here?

20      A    I don't really talking to him. At

21  first we kept in touch, not so much anymore.

22  Every once in a while he says he's interested

23  in bidding it, but only if he comes out as

24  captain and -- I don't, you know. When I go

25  home every once in a while, I'll run in to him,

1  but I don't go out of my way to call him and --

2  (pauses).

3     Q    Okay.  During the time that you worked

4  for Cape Air, other than that one suspension,

5  has there been any other --

6     A    Well, I'm not sure it was a suspension.

7  You'll have to pull my personal record.    I

8  don't know what it was.

9     Q    But have there been any other incidents

10 that -- disciplinary incidents?

11    A    Yes.

12    Q    When was that first one?

13    A    Hmm -- God, probably five years ago.    I

14 was famous for coming in late.    And when

15 someone else did it, they tried to discipline

16 her and that person pointed out that "Chuck's

17 late everyday, why are you picking on me?"    So

18 then they pulled me in the office and told me

19 if I'm late one more time I would be suspended.

20 If I'm late two more times, I would be

21 terminated.

22    Q    Have you even seen the Handbook for

23 Nantucket Airlines?

24    A    Yeah.  I've glanced at it.    I haven't

25 sat down and read it.

1    Q    Do you know if there's provision in
2  there regarding tardiness?

3    A    I believe there is, yeah.

4    Q    So, they're telling you if you were
5  going to be late, they're going to suspend you.

6    A    Yes.

7    Q    One occasion.  Next occasion?

8    A    Next occasion, would be possible
9  termination, I believe they said.

10    Q    And what was your --

11    A    Well, first occasion, we'll write you
12  up.  Second occasion, we'll suspend you.  Third
13  occasion is termination.

14    Q    And are we talking you're late like an
15  hour or we're talking you're late --

16    A    No, about 15 minutes is what I was
17  late.

18    Q    And what was your response to their
19  comment?

20    A    I was in shock and I said, "I'd been
21  late for six years now, what's going on?  Do
22  you want to define what late is?"  And they
23  said, "Sure.  Seven and a half minutes."  I
24  said, "When did we come up with that because
25  it's not in the handbook?"  He goes, "Seven and

1  a half minutes since we work on a 15-minute
2  time clock. Anywhere before seven and a half
3  minutes is considered on time." So, if my show
4  time is 8 in the morning and I'm there 8:07,
5  I'm on time.

6      Q   You know, seven and a half.

7      A   Exactly. So I was, wow, I had no idea
8  we could put a fine point on it.

9      Q   So, you guys timed in and out on a time
10 clock?

11     A   No, no, we just wrote it in.

12     Q   I mean is there somebody there to see
13 that you're writing down --

14     A   No.

15     Q   -- the correct number?

16     A   No.

17     Q   How about on Guam, do you time in and
18 out on a time clock?

19     A   No, we sign in on a computer, but it's
20 never monitored to any degree of what on-time
21 is and -- (pauses). I mean, this flares up at
22 their convenience.

23     Q   Is there any Guam rule -- I mean, are
24 you subject to this sort of threatened action?
25 Discipline?

1     A    Yeah.

2     Q    Here on Guam?

3     A    Yeah.    It's reared its head out here
4  too, which I got -- (pauses).   I said, "Would
5  you rather I call in sick than to be 8 minutes
6  late?"   "Yes".   I said, "So, being 8 minutes
7  late, still operating the plane on time, that
8  is better for you?"   "Yes".   I said, "Okay,
9  just so I know the rules".

10    Q    Okay.   Once you get to work on an
11 average day, how long before you have to be out
12 on the plane?

13    A    You're supposed to be at work an hour
14 before flight time.   It's debatable whether the
15 captain actually has to be at the airplane.
16 You can delegate your F.O. to have the plane
17 fueled, pre-flighted, all that type of thing.

18    Q    My understanding is, there's company
19 procedures which say what the pilot does, first
20 officer, maintenance guys, what their jobs are.
21 And I understand that the pilot is god
22 basically --

23    A    No, he's not.   Absolutely not.

24    Q    No?   Other people have to do things to
25 prepare for his arrival and he -- (pauses).

1  Okay, why do you say he's not god?

2      A    Because you're supposed to work as a
3  crew.

4      Q    Okay.

5      A    The co-pilot's allowed to say "no, I
6  don't want to do that" or "I think that's
7  unsafe". And a discussion has to ensue of,
8  well, why don't you think that?

9      Q    Okay, but then who makes the decision?

10     A    The captain.

11     Q    Okay. And as you said the captain can
12  delegate a lot of things.

13     A    Yup.

14     Q    How much discussion, if there's a
15  disagreement, how much discussion is warranted
16  in a cockpit?

17     A    It depends on what situation, are we on
18  the ground where safety is not an issue? Are
19  we talking theory? Are we talking how you
20  interpret the rules?

21     Q    No, I'm talking about when you went
22  through Sim training and your experience as a
23  pilot. You know, let's say it's time to go and
24  you've done your checks and you're headed
25  towards the runway and there's a disagreement.

1    A   Then you have to stop the airplane and

2  figure out what the disagreement is about.

3    Q   Okay. And, who stops it? Suppose it's

4  the pilot --

5    A   Who stops the airplane?

6    Q   Yeah.

7    A   I do. I have the brakes and the

8  parking brake on my side.

9    Q   Okay.

10    A   You're not supposed to have a

11  conversation without the parking brakes set.

12    Q   Okay. There's brakes on the other side

13  too, right?

14    A   Yup. But the plane, if you don't keep

15  holding the brakes, the plane can start rolling

16  forward while you're in a discussion. Parking

17  brake, anytime you're stopped, the parking

18  brake should be set.

19    Q   So, is it fair to say the discussion is

20  at a minimum?

21    A   It could be.

22    Q   You're not going to have a 5-minute

23  debate over some --

24    A   You know, it can be. It can be a 5-

25  minute debate.

1  Q   Has that ever occurred with you?

2  A   Absolutely.

3  Q   Who was that debate with?

4  A   A co-pilot.

5  Q   You remember the name or the date?

6  A   Nehal Zaidi.  That was another pilot.

7  Q   He was one of your initial pilots,

8  right?

9  A   Yes.

10  Q   Syzmanski was one of your initial

11  pilots too.

12  A   Yes; yup.

13  Q   Going back to these guys.  Bryan

14  McCormick  --  I'm sorry, he's not with the

15  initials.  John Kappayne.

16  A   Yes.

17  Q   What's your relationship with him?  Are

18  you friends, your co-  --  you know, mostly

19  business, social?

20  A   In the beginning we were friends.  I

21  don't really hear from him since he left Guam.

22  I've been meaning to pick up the phone and

23  call, but just haven't.

24  Q   Tiffany.  You have any sort of

25  relationship, social?

1    A    What, Tiffany?

2    Q    Yeah.

3    A    No.

4    Q    John Blieman.

5    A    He moved to Bali.

6    Q    Okay.  Is he still a pilot?

7    A    I don't think so.

8    Q    Do you know what he does?

9    A    I don't know.

10    Q    Is he rich?  If you know.

11    A    I wouldn't say rich, but he's got

12 enough money that he doesn't have to work for

13 the next couple of years, depending on where he

14 stays.

15    Q    Have you been out to see him at all?

16    A    No.

17    Q    So, you don't think he still flies?

18    A    I don't really know of any operations

19 out in Bali that he would be flying for.

20    Q    Okay.  How about Kevin?

21    A    Kevin O'Connor?

22    Q    Yeah.

23    A    I believe he flies for the company

24 again.  He left to go do plumbing in

25 California.

1    Q    So, it'd be antithesis of what you are,
2    right?

3    A    I told them not to do it.

4    Q    Okay.

5    A    And he quit.    He went to work for
6    another operator.    Quit that.    Had a hard time
7    flying on the job because he quit so many in a
8    row.    Cape Air took him back.    The last I
9    heard, that he was back in the Caribbean.

10    Q    How about Mike?

11    A    Mike Syzmanski?  No idea where he is.

12    Q    I    mean,    but    I'm    asking    your
13    relationship with him when you were -- when all
14    you guys were on Guam.

15    A    Oh, I didn't like him at all.

16    Q    Nehal?

17    A    Nehal?    Nehal's interesting.    I don't
18    know him very well.

19    Q    Okay.    You didn't socialize with him?

20    A    No.

21    Q    You say you didn't like Mike.    What are
22    you referring to when you say that?

23    A    He was kind of racist.

24    Q    You're a white guy, right?

25    A    Yeah.

1      Q    Okay. Then racist -- not against you?

2      A    Huh?

3      Q    I mean, you weren't the victim of his

4 racism?

5      A    No.

6      Q    When you say racist, it's to?

7      A    Filipinos, Filipinas, Chamorros.

8      Q    Brown skin?

9      A    Not necessarily brown -- I don't know

10 if it was the brown -- I didn't really engage

11 in that kind of conversation with them.

12      Q    Okay.

13      A    I don't really understand what his

14 problem was, but he never had too much nice to

15 say about anyone.

16      Q    Okay. So then of this initial group of

17 people -- or, how about Russell? Do you hang

18 with Russell?

19      A    Now or then?

20      Q    Or in Guam?

21      A    No, not now.

22      Q    So, do you see him now?

23      A    No.

24      Q    Okay. So, out of this group of eight

25 that first came out here, did you have a friend

1    or somebody that you hung out with on your free

2    time?   Socialize?

3        A    In Guam?   Yeah, it was Russell.

4        Q    Okay.    I've   never   met   Russell   or

5    Kappayne or Blieman or any of these guys.   Are

6    you guys all about the same age?

7        A    I think I'm close to Russell's age.

8    John Kappayne, heavy smoker.   So, he looks like

9    he's like 60, but I think he's about 50?   John

10   Blieman's my age.

11       Q    Okay. Do you know what this lawsuit's

12   about?

13       A    Not entirely.

14       Q    All right.

15       A    I    think    it    might    be    about

16   discrimination, but I'm not exactly sure how.

17       Q    It's a -- let me give a quick summary.

18   It's a sex discrimination case.   Discrimination

19   based   on   sex,   being   female.    And   despair

20   treatment,   being   treated   differently   than

21   males.    And   being   wrongfully   terminated.

22   That's probably a quick synopsis.

23       A    But was she terminated?

24       Q    Well, that's -- not that I'm going to

25   answer your questions, but yes, she was.   So,

1  that's the gist of it.

2        I'm going to be asking you about this

3  letter you wrote. So, I'm going to give you

4  now an opportunity to go through it.

5     A   Yeah, I wrote it.

6     Q   We'll take a break right now. Are you

7  familiar with this?

8     A   Yup.

9     Q   And --

10       MS. McDONALD: Can he just look at it

11  first to verify?

12       MR. TORRES: Sure; sure.

13     A   I need to verify it's the same one I

14  wrote or?

15       MS. McDONALD: Verify that -- yeah,

16  it's the same letter.

17       MR. TORRES: All right. So, we'll take

18  a break here and then we'll get started with

19  this. All right?

20     A   Okay.

21       (Break was taken from 2:03 p.m. to 2:13

22  p.m.)

23  BY MR. TORRES:

24     Q   I handed you a document which in the

25  lower right hand corner it says "H244". We'll

1  mark this as Plaintiff's Exhibit A.  This is a
2  letter reportedly written by you.  Did you have
3  an opportunity to look at it?
4       (Plaintiff's Exhibit A was marked for
5  identification)
6       A    Yes.
7       Q    Is this in fact written by you?
8       A    Yes.
9       Q    Okay.  It doesn't have a date on it.
10  Do you know when this was produced?
11       A    I do not.
12       Q    I mean, do you have any idea?
13       A    Yeah, a few days after I flew with
14  Tiffany.
15       Q    When did you fly with Tiffany?
16       A    I don't know.  It would have been in
17  August.
18       Q    Okay.  How many times did you fly with
19  Tiffany?
20       A    I believe three times.
21       Q    All those dates in August?
22       A    Yes.
23       Q    Okay.  And do you have a logbook or any
24  other notes, journal or something, that you
25  could refer to that will tell you probably when

1  you wrote this?

2      A    No.

3      Q    Okay.  Why did you write this?

4      A    Having  a  very  difficult  time  flying

5  with  her.  And,  a  lot  of  the  other  pilots  were

6  complaining  and  I  thought  she  was  pretty  much

7  impossible to work with.

8      Q    Okay.  And  you  wrote  this  after  the

9  third occasion you said you flew with her?

10     A    Yes.

11     Q    Why  write  a  letter  as  opposed  to  you  --

12  is there a form if you want to complain about a

13  fellow employee?

14     A    Well,  this  is  basically  an  ESR,

15  Employee Safety Report.

16     Q    Okay.

17     A    I  mean,  I  didn't  put  that  heading  on

18  it,  I  just  mailed  it  in  --  or,  not  mailed  it,

19  but  I  think  I  gave  it  to  Russell  and  he  handed

20  it in.

21     Q    Okay.  Is  there  a  form  though  for  an

22  employee report?

23     A    Yes.

24     Q    Why didn't you use the form?

25     A    Don't know.

1    Q   Are you a letter-writer? Do you write
2  letters all the time?

3    A   No. Never wrote a letter, ever.

4    Q   And you wrote this?

5    A   Yup.

6    Q   How long did it take you to write this?

7    A   Four days. On my days off.

8    Q   Okay. And --

9    A   They wanted me to e-mail it. I tried
10  doing that, it erased half of it. I had notes.

11    Q   Okay. Who's they?

12    A   The company. So Steve Phillips, Larry
13  Gualtieri.

14    Q   Okay.

15    A   The first time, I got halfway through
16  it and apparently some key that you hit erased
17  everything that I had started with. So --

18    Q   You did this on your computer?

19    A   I don't have a computer, I had to use a
20  friend's computer.

21    Q   Okay. Who's the friend?

22    A   John Kappayne.

23    Q   John Kappayne wrote a letter too,
24  right?

25    A   I'm guessing he did. I didn't -- I

1   don't believe I ever saw anybody else's letter,
2   so.
3       Q    So, if there are other letters which
4   contained similar information, similar phrases,
5   similar sentences, just coincidence?
6           MS. McDONALD: Objection, speculation.
7           MR. TORRES: You can answer it.
8       A   I can answer?
9           MS. McDONALD: You can answer --
10      A   But I don't have to?
11          MS. McDONALD: -- if you understand the
12  question.
13      A   Yeah, I understand the question. Yeah,
14  I guess they would be.
15  BY MR. TORRES:
16      Q    Okay. Why isn't this letter directed
17  to Russell Price, isn't he your boss?
18      A   Not technically, no.
19      Q   Who's your boss?
20      A   Steve Phillips.
21      Q    Okay. Why is it then directed to Larry
22  Gualtieri and Craig Stewart?
23      A   Larry Gualtieri is the big boss. So,
24  he's the D.O., Director of Operations.
25      Q   Okay. So, why --

1    A    Craig   Stewart   is   the   Director   of

2 Safety.

3    Q    So why is it addressed to those folks?

4    A    I never really got anywhere with Steve

5 Phillips.

6    Q    And why would you even address it to

7 Steve Phillips?

8    A    Why did I not?

9    Q    Why did you?

10   A    Why -- I don't know.   I guess I just

11 put everybody's name on it so they can read it.

12   Q    So, there is no --

13   A    I would go to Steve Phillips with

14 issues and weeks would go by and he wouldn't

15 even return phone calls.

16   Q    Did you ever write a letter about Steve

17 Phillips?

18   A    No.

19   Q    Why?

20   A    What good is it going to do?

21   Q    Okay.   Isn't there a chain of command

22 or protocol within the company on how you

23 handle a complaint against a fellow employee?

24   A    Yes.

25   Q    Okay.   And what is that protocol?

1    A    You write an ESR and you file it.

2    Q    Okay.

3    A    And wait for a response, if there is
4    one.

5    Q    And do you give it to your HR?

6    A    No.    I think you send it to Craig
7    Stewart.    I've never had to write an ESR.

8    Q    So did Russell know about this letter?

9    A    Yes.

10   Q    How did he know if he's not -- if it's
11   not addressed to him?

12   A    I think I gave it to him to mail out
13   or to fax it or something.    Because I couldn't
14   e-mail it for some reason, it wouldn't go out.

15   Q    Okay.

16   A    And I had been working on this for days
17   and I was sick of dealing with it.    So, I was
18   able to print it out and I gave it to him and
19   said, here.    I can't get it out the door unless
20   I mail it in the post office.

21   Q    Okay.    So, you typed this yourself?

22   A    Yes.

23   Q    Did anybody else type this?

24   A    John Kappayne checked it for grammar
25   errors.

1  someone that doesn't communicate with me, their

2  every move.

3      Q   Have you ever made a complaint to the

4  FAA that she violated some rule or did

5  something that was unsafe in the air?

6      A   No.

7      Q   Has anybody ever done that about you?

8      A   I don't think so.

9      Q   Let's go to your letter?  Oh, by the

10  way, how did the plane get back to Guam?

11     A   We flew it back.

12     Q   Who flew it?

13     A   Tiffany and I.

14     Q   Okay.  Who was the pilot on that

15  flight?

16     A   I think she was pilot flying back.

17     Q   Do you know how many people were on

18  that plane?

19     A   I don't know.

20     Q   But there were passengers on that

21  plane?

22     A   Yeah.

23     Q   Did you really think she was unsafe to

24  fly with?  I mean, why would you put those

25  passengers at risk?

1    A   I don't know. I don't know if she was

2  unsafe or not. I was still trying to determine

3  what I was going to do flying with this person.

4    Q   Okay. But you told Russell she was

5  unsafe. And now you're telling me you didn't

6  know.

7    A   Correct.

8    Q   Okay. So, what is it?

9    A   I don't know. I was trying to

10  determine whether it was me working with an ex-

11  girlfriend or it was a girl that was unsafe to

12  fly with, which is why I was reaching out to

13  other people and asking their advice.

14    Q   But you recognize that you told your

15  boss or Russell, who was a superior management

16  personnel, that she was unsafe.

17    A   Yeah.

18    Q   At the time when you yourself have --

19  (unintelligible; overspeaking)

20    A   Have you ever -- you've never made a

21  mistake? And they never even call me then

22  either. They didn't even respond to the

23  background check.

24    Q   Okay. You said that, it's almost

25  impossible to get fired from Cape Air. Have

1    a week, maybe it's something serious.

2         Q    Okay.  So --

3         A    She  wasn't  told  how  long  she  was

4    suspended for?

5         Q    Was  your  conversation  with  Steve

6    Phillips before or after September the 9th?

7         A    Well, I think it was quite a bit after.

8         Q    Okay.  Did  you  do  a  followup  on  this

9    letter after you gave it to Russell --

10        A    No.

11        Q    -- with Russell?

12        A    No.

13        Q    Did  Russell  sit  down  and  read  --  I

14   mean,  I  assume  Russell  read  the  letter.  Did

15   Russell ever sit down with you to discuss this?

16        A    You  assume  Russell  read  --  wrote  this

17   letter?

18        Q    Read this letter.

19        A    Oh!

20        Q    Did  he  ever  sit  down  to  discuss  it  with

21   you?

22        A    I  don't  remember  discussing  the  letter

23   with him.  Once I had filed it, my hands were

24   washed.  I didn't want to deal with anyone.

25        Q    But you did talk to Steve?

1    A    Steve called me quite a bit after that.

2    Q    Okay.  And was this call -- you said it

3  was to say -- is this your problem?  In other

4  words, just because you're not getting along

5  with her, it -- I mean, obviously he had the

6  conversation with you before you ever came to

7  Guam.

8    A    Yes.

9    Q    Okay.    Is    that    the    gist    of    his

10  conversation?  As you're sitting here --

11    A    Yes.  Yes.  And that's why I was glad I

12  wrote the letter because -- and why had to

13  document it.  Because I had an idea that this

14  was coming, that they were going to try and

15  blame me.  So, I was like, "You know what, I'm

16  writing a letter and then I'm leaving."

17    Q    Okay.  So, he didn't take this letter

18  that you wrote and say, "Well, let me talk to

19  you about that cockpit" and --

20    A    I think he did.  I think he did talk to

21  me about, you know, what I've written and --

22    Q    Okay.  So, if you think he did, what do

23  you recall those conversations --

24    A    The only thing he said is, "I hope what

25  you're writing happened that way and I hope

1  this is not you and her just not getting along,

2  because this is going to be a lot of trouble

3  for everyone". I said, "Look, I just wrote it

4  and I gave it to you. Whatever happens after

5  that, I can't control".

6  Q How about Larry Gualtieri, did he call

7  you?

8  A No.

9  Q How about Craig Stewart?

10  A Don't remember ever having a

11 conversation with him at all in my three years

12 being out of here.

13  Q Okay. But you knew Larry?

14  A Yeah, I did know Larry.

15  Q Weren't you surprised that he didn't

16 call you?

17  A No. It's not his -- it's technically

18 not his department, it's technically not

19 Russell's department. It's the chief pilot to

20 be in charged with personnel.

21  Q Sure, but you guys know each other --

22  A So?

23  Q -- and you're writing him a letter.

24 So, he didn't respond, you didn't think that

25 was unusual?

1    "Oh, here look at my letter." I would have to

2    say that he would have said "Hey, I wrote a

3    letter as well". I don't know what the

4    contents was. I never saw the letter.

5      Q   Okay.

6      A   I assumed I was the only one that wrote

7    one. It's like I said, the initial thing is, I

8    said I never want to hear about her anymore.

9      Q   Okay. At what point did you know that

10    Tiffany had been disciplined?

11      A   I didn't. I never knew.

12      Q   But at what point did you suspect then

13    that she wasn't returning to Cape Air?

14      A   I really had no idea what was going on.

15    So I -- the only concern was, I might have to

16    fly with her again. That was my only concern.

17    I had no idea what was going on. I had no idea

18    if she was suspended.

19      Q   Okay. So, even when you did have that

20    conversation with Steve Phillips, he didn't

21    tell that action had already been taken against

22    her?

23      A   I don't remember him say -- I figured I

24    was the one that was on the hot seat. I had no

25    idea she had been suspended.

1    Q   Okay. Why did you think you would be

2  in a hot seat? Are we talking about tardiness

3  again?

4    A  No. No. For probably writing this

5  letter.

6    Q  Making waves?

7    A  Yeah, I guess that's probably the only

8  way you could put it.

9    Q  Okay. So, you say that you never had

10  any intention to have Tiffany disciplined as a

11  result of a letter. But, did John (sic) Derry

12  tell you why he wrote his letter?

13    A  Phil Derry?

14    Q  Phil Derry.

15    A  No, I didn't realize he wrote a letter.

16    Q  Okay, but you told me you had a

17  conversation.

18    A  I had the start of the conversation

19  "Tiffany did this", "Tiffany did that", "Oh, my

20  God --", and I put my hands up and I said, I

21  don't want to hear about her anymore. I said

22  if you're just going to sit here and tell me

23  about what Tiffany did, nothing is going to

24  happen. I said I wrote a letter, that's it.

25  You know what, if you guys can complain amongst

1  not even talking to her, right?

2      A    Well, we started talking.    She    came

3  over   and   started   talking   to   me.    I   think

4  usually  I  walked  out  if  she  was  there.    But,

5  yeah, she  must  have  started  talking  to  me  and

6  she asked me why I was talking to her.

7      Q    Okay.

8      A    And I said because I'm drunk.

9      Q    Okay.

10     A    And then I said something pretty mean.

11     Q    You recall what it was?

12     A    Yup.   I said, "Normally I can't stand

13  the site of your face."

14     Q    Okay.

15     A    And she smacked me and ran out of the

16  bar.    And then, I talked to the bar tender.

17  She goes, "What's going on here?"   I said,

18  "It's just old girlfriend, past problems."   She

19  goes, "Well, that's funny.   That girl that was

20  pointing to you said that she was still in love

21  with you."   I said, "Well, I don't think so."

22     Q    Who was the bar tender?

23     A    I don't know, it was a woman.   I don't

24  really recall.

25     Q    Do you remember what she looked like?

1      So, I asked Kappy, I said, "Is this
2  true? Did you send a letter?" He goes,
3  "Absolutely. When they didn't choose me, I
4  simply wanted to know, I'm from Denmark, I
5  simply wanted to know why they didn't choose
6  me, if I'm lacking something, if I need to
7  improve on my communication skills, whatever
8  the case. I just want to know why I wasn't
9  chosen for the job. And I would have
10  appreciated at least a letter saying 'I'm
11  sorry, you didn't get the job'. I found out
12  through the grapevine, this other guy got it
13  and no one even called me. So, yes, I did send
14  a letter".

15      I said, "Okay, then the information she
16  has is accurate. She's talking to someone."

17    Q  So, part of the caution that he was
18  giving you with your letter probably?

19    A  (pauses)

20    Q  I mean, he is -- (pauses). Strike
21  that. Was there any gossip or scuttlebutt that
22  the two of them may be having a relationship?

23    A  I think there was, yeah. Yeah, there
24  was.

25    Q  Okay. I have reason to think that

1 Russell Price may have even said that he was
2 involved in a sexual relationship with her.
3 Did he ever say that to you?

4     A    No, and I questioned him of it.

5     Q    Why?

6     A    Because I had heard the rumors and I
7 said, "I don't want to be friends with you if
8 you're married and you're doing that to an ex-
9 girlfriend of mine." I said, "That's freaking
10 dishonest."

11     Q    Who is he married to?

12     A    Lisa Price.

13     Q    But isn't their marriage like basically
14 on the rocks over with anyway?

15     A    It wasn't at that point. She was
16 traveling our here to see him. And -- I mean,
17 she was coming here and Russell was dedicating
18 his time towards her when she was here. So, I
19 asked him, I said "Look, I just need to know
20 for myself. Did you sleep with Tiffany?"
21 "Absolutely not, never." I said, okay. I
22 mean it's -- you know, I'm not sitting here
23 being the Cape Air -- (pauses).

24     Q    I realize that. I'm just asking you to
25 testify from what you think and what you know.

# Exhibit
# 10

IN THE DISTRICT COURT OF GUAM

CERTIFIED COPY

C.A. No.: CV 06-0027

TIFFANY ANNE NICHOLSON,              )
               Plaintiff,            )
                                     )
vs.                                  )
                                     )
HYANNIS AIR SERVICE, INC.            )
d.b.a. CAPE AIR,                     )
               Defendant.            )
                                     )

DEPOSITION OF

STEPHEN G. PHILLIPS

HYANNIS, MASSACHUSETTS

MAY 18, 2007

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: Patricia Bracken, CSR No. 1455898

FILE NO.: A102879

1    process --

2         Q.  Automatically selected pretty much?

3         A.  Yeah.

4         Q.  So Phil Dery, he goes out there, and

5    he had -- we had an opportunity to take his

6    deposition yesterday.  He said that he failed the

7    simulator training.  And I think he said he failed

8    the check ride also.

9         A.  That's the part that I was talking about,

10   the check ride that he failed.

11        Q.  Okay.  And because he failed the check

12   ride, he had to go to additional training?

13        A.  Yes.

14        Q.  When somebody fails a check ride, they

15   basically are grounded or lose their rights to fly

16   until such time as they are recertified, right?

17        A.  Correct.

18        Q.  And in Phil Dery's case, he had to do

19   additional training.  Was there an issue as to

20   whether or not he should have additional training?

21        A.  No.  I believe he was just given -- let's

22   see.  I don't recall any issue as to whether or not

23   he should.receive training.   '

24        Q.  As far as you were concerned, there

25   wasn't an issue?

```
 1          A.    No.

 2          Q.    Who approves the initial training?

 3          A.    Normally the director of training.

 4          Q.    That would be?

 5          A.    David O'Connor.

 6          Q.    Are you asked for input when you find

 7    that somebody has failed a check ride?

 8          A.    Sometimes, yeah.

 9          Q.    In this case were you?  In Phil Dery's

10    case?

11          A.    Yeah, I think I was.

12          Q.    Did you have any issue with him doing the

13    necessary additional training to qualify?

14          A.    No.

15          Q.    Phil also testified that in ground

16    school, he failed, and then they go through the

17    process of reviewing the test and the answers, and

18    then everything was okay.  Do you remember that?

19          A.    I didn't remember that until it was

20    brought to my attention.

21          Q.    But you recall that?

22          A.    I guess I'm aware of it now.

23        . Q.    You were aware of it when it happened

24    though or thereabouts?

25          A.    I don't recall being aware of it then,
```

# Exhibit
# 11

CLIENT: Tiffany Nicholson  CERTIFICATE NUMBER: 49706908

| DATE | REMARKS |
|------|---------|
| | |
| 6-14.04 | Excellent CRM & Situational Awareness |
| | All maneuvers within PTS standards |
| | Bien Sheaf    FSI #3524 |
| | |
| | |
| 6-15.04 | Completed all maneuvers satisfactorily |
| | I recommend Tiffany Nicholson for |
| (ATA 42) | her Additional Type Rating Check-Ride |
| | Bien Sheaf ——— FSI TCE #3524 |
| | |
| 6-17-04 | 61.157 & 121.441 SAT. 8060-4 issued. |
| | 2292 FSI |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# Exhibit
# 12

IN THE DISTRICT COURT OF GUAM

**CERTIFIED COPY**

C.A. No.: CV 06-0027

)
TIFFANY ANNE NICHOLSON,                )
                    Plaintiff,         )
                                       )
vs.                                    )
                                       )
HYANNIS AIR SERVICE, INC.              )
d.b.a. CAPE AIR,                       )
              Defendant.               )
                                       )

DEPOSITION OF

LINDA MARKHAM

HYANNIS, MASSACHUSETTS

MAY 17, 2007

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY:  Patricia Bracken, CSR No. 1455898

FILE NO.: A102878

1    go to another position, and either they don't like
2    it or -- this way, it's an incentive for them to
3    come back and not lose their seniority with
4    Cape Air.  So we intentionally put it in place.
5         Q.   So Russell then, is he a management
6    employee, or is he considered a pilot?
7         A.   Pilot.
8         Q.   So his role on Guam was both management
9    and pilot though?
10        A.   Correct.
11        Q.   Do you know if you have a telephone
12   number for Russell in Ireland?
13        A.   I do not have one.
14        Q.   Is there a contact number, a contact like
15   email or something like that?
16        A.   Yes, email.
17        Q.   Would it be possible for you to provide
18   that to us after today's deposition or at the break
19   or what have you?
20        A.   I have it if you want it.
21        Q.   What would that be?
22        A.   Rcprice@capecod.net.
23        MS. McDONALD:  For the record, that's been
24   disclosed already.
25        Q.   So when you were back here, did you ever

1    hear about any rumors involving Russell Price and
2    Tiffany Nicholson?
3         MS. McDONALD:  Could you define "back here"?
4         MR. TORRES:  I'm sorry.
5         Q.  In your office in Hyannis, did you ever
6    here of rumors involving Russell Price and Tiffany
7    Nicholson?
8         A.  Yes.
9         Q.  What kind of rumors did you hear?
10        A.  I heard one rumor that Russell -- they
11   were -- I think they were either in Rota or Saipan,
12   and they had overnighted there with other crew
13   members.  I believe there was a party in Rota with
14   some staff, and that Russell was seen coming out of
15   Tiffany's room or opened the door with a towel
16   wrapped around his waist.
17        Q.  Any other rumors?
18        A.  With regard to Tiffany?
19        Q.  Yes.
20        A.  No.
21        Q.  I mean with regards to the two of them?
22        A.  No.  I mean based on that, people thought
23   there was something going on.
24        Q.  When you say "people", do you mean fellow
25   pilots?

```
 1          A.   And employees, maintenance staff.
 2          Q.   Did that cause any concern or alarm for
 3     you?
 4          A.   Yes.
 5          Q.   Did you discuss that with anybody here in
 6     Hyannis?
 7          A.   Yes.
 8          Q.   Who would that be?
 9          A.   Dan Wolf.
10          Q.   What was your concern with that?
11          A.   My concern with any manager is
12     inappropriate behavior with the employees.
13          Q.   And other than the obvious
14     inappropriateness of it, what other concerns as a
15     HR manager do you have about something like that?
16          A.   I look at the liability of having a
17     manager act inappropriately, whether it be sexual
18     or not.
19          Q.   And did you -- when you discussed it with
20     Dan, did anything come out of that conversation?
21     Were you given any marching orders or --
22          A.   I made the recommendation that I contact
23     Russell.
24          Q.   And did you do so?
25          A.   Yes.
```

```
 1              Q.  Do you remember the time when that
 2       conversation -- when you may have contacted him?
 3              A.  I don't have a date, no.
 4              Q.  Was that email or phone?
 5              A.  Most likely it was via email.
 6              Q.  And did you ever have a chance to -- is
 7       there correspondence then?  Do you have
 8       correspondence to document that, or is there
 9       something in Russell's personnel file?
10              A.  No.  It was a rumor, so I just --
11              Q.  Okay.  But as you said, there are
12       potential liability issues regarding the
13       inappropriateness of that.  How was it resolved?
14              A.  I don't recall exactly how it was
15       resolved.  I recall talking to Russell about it.
16       And my understanding was that they had a pretty big
17       party over in -- I don't remember whether it was
18       Rota or Saipan -- with the employee group.  And I
19       think the maintenance staff was there and other
20       employees.  And Russell said that it wasn't true.
21              Q.  Who did you hear the rumor from?
22              A.  I believe it was Paul Connolly.
23              Q.  Did you talk to Paul about that, about
24       perhaps spreading something that wasn't true?
25              A.  I believe what happened was he told me
```

```
 1   that other mechanics I believe said they saw that.

 2   I don't think Paul said he saw it firsthand.

 3        Q.   Why would Paul tell you about that?  Did

 4   he tell you out of concern?  Did he tell you of

 5   gossip?  I mean --

 6        A.   I think out of concern.

 7        Q.   You talked about the inappropriateness.

 8   How do you view it as being inappropriate?

 9        A.   My belief is that managers need to act

10   professional at all times even when they're not on

11   the clock with regards to socializing with the

12   employee group.

13        Q.   Do you think Russell understood that --

14        A.   No.

15        Q.   -- back in July, August, September of

16   2004?

17        A.   No.

18        Q.   I've read through your handbook, and I

19   don't see anything in there that specifically

20   prohibits that kind of behavior --

21        A.   That's correct.

22        Q.   -- as opposed to, say, Wal-Mart who has a

23   specific prohibition again that and will terminate

24   people who violate that.  Do you know why Cape Air

25   doesn't have an expressed policy in that regard?
```

54

1      A.  Correct.

2          Q.  You were aware of rumors regarding

3     Russell Price and a sexual relationship with

4     Tiffany Nicholson?

5          A.  I'm not sure if it was a sexual

6     relationship.  He was witnessed with a towel on.

7     That was the rumor I heard.

8          Q.  Coming out of her room?

9          A.  Correct.

10         Q.  Well, did you understand that as being

11    sexual in nature?

12         A.  Did I understand it to be sexual in

13    nature?

14         Q.  Yes.  How did you take that?

15         A.  I don't make judgments based on rumors.

16         Q.  But even though this is a rumor, that

17    he's walking out of the room in a towel, you didn't

18    see that as a sexual issue?  You didn't take it

19    that way?

20         A.  I didn't take it any way because I wasn't

21    sure if it was even true.

22         Q.  And you asked him, and he denied it?

23         A.  Correct.

24         Q.  Did you ever hear any other rumors

25    regarding Russell Price and other Cape Air pilots

```
 1   regarding sexual liaisons?
 2        A.   Other Cape Air pilots?
 3        Q.   Well, maybe not Cape Air pilots.  Cape
 4   Air employees.
 5        MS. McDONALD:  Objection on relevance.
 6        Q.   Okay.  You can answer.
 7        A.   Could you repeat the question again?
 8        Q.   Yes.  Did you ever hear any other rumors
 9   about Russell Price being involved with other
10   Cape Air employees in a sexual manner?
11        A.   Not a rumor, no.
12        MS. McDONALD:  Could you define sexual,
13   please?
14        MR. TORRES:  Intimate, sexual intercourse,
15   sexual activity.
16        Q.   When you say not a rumor, are you saying
17   that in the sense that it may or may not be true as
18   opposed to something that's fact?  Is that what you
19   mean?
20        A.   I had a flight attendant who contacted me
21   with regards to an incident with Russell.
22        Q.   Was that Belinda?
23        MS. McDONALD:  I'll interject a continuing
24   objection on relevance.
25        MR. TORRES:  Okay.
```

```
 1        A.   Her name I believe was Alexis Koscak I
 2   believe.
 3        Q.   How about Belinda Goforth?  Did she ever
 4   come to you and complain about Russell Price?
 5        A.   No.
 6        Q.   Did you ever hear anything about the two
 7   of them in the same sentence regarding a sexual
 8   relationship?
 9        A.   I know Belinda was in Guam and living
10   with Russell for a period of time.
11        Q.   Okay.  Living with him as a roommate?
12   Living with him as a boyfriend-girlfriend type
13   situation?
14        A.   Living with him as a roommate.
15        Q.   So you never heard anything sexual about
16   that?
17        A.   There may have been some, but I don't
18   think it was from pilots in Guam.  I think it was
19   more so from employees in Hyannis.
20        Q.   Okay.  And how about did you ever hear
21   about anything regarding Russell Price and Suzette
22   Szymanski?
23        A.   No..
24        Q.   Did Suzette ever register a complaint
25   with Cape Air?
```