1 **TEKER TORRES & TEKER, P.C.**
130 Asinall Avenue-Suite 2A
2 Hagatna, Guam 96910
671.477.9891 Telephone
3 671.472.2601 Facsimile

4 Attorneys for Plaintiff
  *Tiffany Anne Nicholson*
5

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | Case No. CV-06-00027 |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST FOR FACSIMILE FILING** |
| HYANNIS AIR SERVICE, INC. d.b.a. CAPE AIR, | |
| Defendant. | |

This Court hereby **GRANTS** Plaintiff Tiffany Anne Nicholson's Request for Facsimile Filing with regard to the Declaration of Facts.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Feb 14, 2008**