CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air



FILED
DISTRICT COURT OF GUAM

FEB 22 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>    Defendant. | CIVIL CASE NO. CIV06-00027<br><br>**DEFENDANT'S RULE 26(A)(3)**<br>**PRETRIAL DISCLOSURES;**<br>**DECLARATION OF SERVICE** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), Defendant Hyannis Air Service, Inc. dba Cape Air hereby makes the following disclosures:

**I.  DESIGNATION OF WITNESS TESTIMONY**

A.  Cape Air expects to present the testimony of the following witnesses, either live, or by presentation of deposition testimony:

    1.  Russell Price

    2.  Linda Markham

    3.  David O'Connor

Page 1 of 6
4824-4190-8994.1.056785-00005

Case 1:06-cv-00027   Document 52   Filed 02/22/2008   Page 1 of 6

ORIGINAL

4. Stephen Phillips

5. Charles White

6. Phillip Dery

7. Dan Wolf

8. John Kappeyne

9. Larry Gualtieri

10. Plaintiff Tiffany Nicholson.

B. Cape Air may call the following witnesses if the need arises:

1. Nehal Zaidi

2. Lisa Kiele

3. Michael Szymanski

4. Any witness called by Plaintiff.

## II. DESIGNATION OF DEPOSITION EXCERPTS

Cape Air may need to present deposition testimony from the following persons, and hereby designates the portions of their deposition testimony:

1. Russell Price (Video Deposition taken on October 17, 2007): 5:4 - 278:2.

2. Linda Markham: 10:20-25, 11:18 - 12:7, 43:21 - 44:12, 59:5-11, 59:23 - 60:14, 61:17 - 62:14, 67:4 - 68:9, 71:16 - 72:3, 73:22 - 74:25, 79:2 - 80:11, 82:19 - 83:10, 84:2-5, 101:25 - 102:12, 119:14 - 121:6, 130:1-13, 130:24 - 131:7, 138:17 - 139:7, 150:11 - 151:10, 152:20 - 153:8, 154:6 - 155:6, 158:20 - 166:1, 167:4 - 170:1, 171:23 - 173:19, 176:1-8, 177:4 - 184:8, 189:14 - 190:18, 195:25 - 196:10.

3. David O'Connor: 6:20 - 11:4, 11:10 - 12:10, 13:14 - 16:5, 26:6-17, 26:25- 31:16, 32:13-19, 37:6-13, 39:20 - 45:4, 45:12-21, 46:13-20, 47:13-21, 49:2 - 50:5, 51:5-21, 53:14 - 54:3, 55:5 - 56:9, 56:15 - 59:22, 61:8 - 62:15, 68:20 - 73:10, 74:3-16, 78:6-10, 80:10 - 81:20,

84:9-22, 86:15 - 87:13, 90:4 - 91:25, 92:11 - 93:5, 102:1-22, 107:19 - 108:14, 122:19-25, 123:16 - 124:16, 129:14 - 130:12, 142:5 - 167:12, 169:12 - 180:10, 181:11 - 185:2, 185:23 - 190:7.

4. Stephen Phillips: 7:7-20, 8:4-6, 8:18 - 9:8, 9:16 - 10:15, 13:2-10, 17:3-9, 26:7-13, 35:25 - 37:11, 40:13 - 41:1, 41:7-23, 46:18 - 48:11, 48:21-24, 49:4-9, 50:21 - 51:19, 53:25 - 54:6, 55:3-25, 59:7 - 61:1, 61:14 - 62:18, 62:25 - 63:5, 66:8-19, 67:2-4, 69:21 - 70:20, 72:3-24, 77:12-16, 78:25 - 79:3, 81:12-18, 83:10-16, 98:23 - 99:14, 99:25 - 100:10, 100:24 - 101:8, 104:6-9, 104:19-23, 106:22 - 107:2, 107:17 - 108:8, 108:16 - 115:6, 116:8 - 122:4, 122:17 - 123:23, 124:10 - 126:14, 126:21 - 127:3, 127:8 - 136:19, 136:20-23, 137:7 - 140:1, 140:6 - 167:14, 167:17-18, 167:20 - 174:20, 175:20 - 177:6, 179:1-5, 208:17 - 209:5, 222:15 - 228:8.

5. Charles White: 5:22 - 6:12, 7:8-14, 12:25 - 13:4, 44:18 - 45:10, 53:24 - 55:7, 59:11 - 60:9, 62:15 - 66:2, 69:2 - 76:21, 79:18 - 82:15.

6. Phillip Dery: 5:14-20, 9:5-8, 19:12-14, 20:12 - 24:16, 25:25 - 26:9, 28:1 - 29:21, 30:1-3, 32:10-22, 34:19-25, 36:4-5, 45:2-23, 50:11 - 51:3, 54:21 - 56:15, 58:16-17, 58:19-23, 59:7-15, 60:10 - 61:20, 62:5 - 63:11, 65:16-23, 64:4 - 66:8.

7. Dan Wolf: 6:6-11, 8:24 - 10:23, 16:7 - 17:5, 35:23 - 37:6, 39:9-21, 40:19-24, 42:9 - 49:1, 50:12-15, 65:14 - 70:4, 70:11 - 71:5, 71:25 - 73:23.

8. John Kappeyne: 7:4-18, 8:17 - 9:5, 15:22-23, 30:12-17, 30:19-20, 45:1-9, 45:25 - 46:6, 46:21 - 47:4, 63:2-6, 70:7 - 76:9, 78:6-13, 79:7-17, 80:2 - 82:3, 82:16 - 84:1, 84:9 - 88:2, 92:1 - 95:2, 99:13 - 100:12.

9. Larry Gualtieri: 8:7-17, 16:16 - 22:2, 22:6-12, 22:16-25, 23:9 - 24:1, 24:16-20, 24:25 - 25:10, 30:3-6, 30:22 - 31:10, 40:3-8, 51:12-25, 52:21 - 53:6, 62:24 - 64:7, 64:15 - 65:25, 67:22 - 106:24, 108:24 - 110:13, 118:17-18, 118:21 - 119:5, 127:8-22.

10. Michael Syzmanski: 5:16-20, 6:15-25, 60:21 - 61:15, 62:4-8, 122:11-22, 132:16 - 133:3.

## III. **DOCUMENTS**

    A.    Documents Expected to be Presented at Trial:

        1.    Observations on the CRM Retrainng of Tiffany Nicholson, authored by Russell Price.

        2.    Email regarding Plaintiff from Russell Price to Larry Gualtieri, David O'Connor, Craig Stewart, and Stephen Phillips dated September 7, 2004.

        3.    Action Form for Plaintiff dated September 17, 2004.

        4.    Revised Action Form.

        5.    Email with no subject from Plaintiff to Stephen Phillips dated September 16, 2004.

        6.    Email with no subject from Plaintiff to Stephen Phillips, Linda Markham, and Dan Wolf (additional cc's indicated) dated September 19, 2004.

        7.    Letter from David O'Connor to Whom It May Concern dated September 14, 2004.

        8.    Letter from Phillip Dery to Stephen Phillips dated September 6, 2004.

        9.    Letter from Jonathan Bleiman to Stephen Phillips dated September 6, 2004.

        10.    Letter from Charles White to Larry Gualtieri, Stephen Phillips, and Craig Stewart undated.

        11.    Letter from John Kappeyne regarding Plaintiff.

        12.    Cape Air General Operating Manual.

        13.    Cape Air Flight Operations Manual.

        14.    Cape Air ATR 42 Compensation Pay Scale dated March 8, 2004.

        15.    Flight Crewmember Pay Policies Pay Scale dated January 6, 2003.

16. Email with no subject from Plaintiff to Stephen Phillips, Linda Markham, Dan Wolf, and Larry Gualtieri dated September 19, 2004.

17. Revised letter from Linda Markham to Plaintiff dated March 10, 2005.

18. Employee Separation Form for Exit Interview for Plaintiff dated October 28, 2004.

19. Email regarding letter from Linda Markham to Plaintiff, Larry Gualtieri, and Stephen Phillips dated October 23, 2004.

20. Email from Plaintiff to K.Poire dated October 28, 2004 [H405].

21. Cape Air Employee Handbook (2004 version).

22. Advisory Circular from U.S. Department of Transportation for the Federal Aviation Administration dated December 31, 1991.

B. Exhibits which may be offered if the need arises:

1. Plaintiff's Payroll Records.

2. Plaintiff's W-2 and tax forms.

3. Plaintiff's Payroll Records from Employment from October 2004 to present.

4. Documents indicating a loan between Plaintiff and Cape Air.

5. Documents identified by Plaintiff.

DATED: Hagåtña, Guam, February 22, 2008.

CARLSMITH BALL LLP

/s/ Elyze J. McDonald

DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

Page 5 of 6
4824-4190-8994.1.056785-00005

Case 1:06-cv-00027    Document 52    Filed 02/22/2008    Page 5 of 6

## DECLARATION OF SERVICE

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 22d day of February 2008, I will cause to be served, via hand delivery, a true and correct copy of the DEFENDANT'S RULE 26(A)(3) PRETRIAL DISCLOSURES; DECLARATION OF SERVICE upon Plaintiff's Counsel of record as follows:

> **Phillip Torres, Esq.**
> **Teker Torres and Teker, P.C.**
> **130 Aspinall Avenue**
> **Suite 2A**
> **Hagåtña, Guam 96910**
>
> **Attorneys for Tiffany Anne Nicholson**

DATED: Hagåtña, Guam, February 22, 2008.

_____
ELYZE J. MCDONALD