# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON<br><br>Plaintiffs,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.,<br>d.b.a. CAPE AIR<br><br>Defendant. | Civil Case No. 06-00027<br><br><br>ORDER |

On January 18, 2008, the Defendant filed a Motion For Summary Judgment. After reviewing the filing, the court hereby vacates the trial set for March 25, 2008 at 9:00 a.m. and instead sets this matter for hearing at that time. In addition, all other scheduling dates such as due date for trial documents, and the preliminary and final pretrial conferences are vacated until further notice of the court.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
  Chief Judge
**Dated: Feb 25, 2008**