TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
MAR 0 6 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | ) CIVIL CASE NO. CV 06-00027 |
| Plaintiff, | ) |
| vs. | ) **DECLARATION OF COUNSEL** |
| HYANNIS AIR SERVICE, INC. d.b.a. CAPE AIR, | ) |
| Defendant. | ) |

PHILLIP TORRES hereby declares as follows:

1. I am the attorney of record for Plaintiff, Tiffany Anne Nicholson, and make this Declaration on personal knowledge of the facts stated in this Declaration *except* as otherwise indicated.

2. I would testify competently as to these facts if called by the Court.

3. I am licensed to practice law before all courts in Guam.

4. All exhibits referenced herein were exchanged and obtained in discovery and are known by both parties and their counsel.

ORIGINAL

5. Attached as Exhibit "1" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is a true and correct copy of Plaintiff's Declaration of Facts which original was filed with this Court on February 19, 2007.

6. Attached as Exhibit "2" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from Plaintiff's March 1, 2007 Deposition Transcript.

7. Attached as Exhibit "3" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from Plaintiff's February 23, 2007 Deposition Transcript.

8. Attached as Exhibit "4" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from Lawrence J. Gaultieri's May 23, 2007 Deposition Transcript.

9. Attached as Exhibit "5" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is a true and correct copy of Plaintiff's September 16, 2004 email.

10. Attached as Exhibit "6" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is a true and correct copy of Plaintiff's September 19, 2004 email.

11. Attached as Exhibit "7" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from David O'Connor's May 22, 2007 Deposition Transcript.

12. Attached as Exhibit "8" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is a true and correct copy of David O'Connor's September 14, 2004 letter.

13. Attached as Exhibit "9" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from Charles White's March 2, 2007 Deposition

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGATÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

Transcript.

14. Attached as Exhibit "10" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from Stephen G. Phillips' May 18, 2007 Deposition Transcript.

15. Attached as Exhibit "11" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is a true and correct copy of Flight Safety's rating of Plaintiff's flying skills.

16. Attached as Exhibit "12" to Plaintiff's Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from Linda Markham's May 17, 2007 Deposition Transcript.

17. Attached as Exhibit "13" to Plaintiff's Motion for Leave to File Sur-Reply in Support of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from her March 1, 2007 Deposition Transcript.

18. Attached as Exhibit "14" to Plaintiff's Motion for Leave to File Sur-Reply in Support of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from her February 23, 2007 Deposition Transcript.

19. Attached as Exhibit "15" to Plaintiff's Motion for Leave to File Sur-Reply in Support of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from Linda Markham's May 17, 2007 Deposition Transcript.

20. Attached as Exhibit "16" to Plaintiff's Motion for Leave to File Sur-Reply in Support of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of pages taken from Charles White's March 2, 2007 Deposition Transcript.

21. Attached as Exhibit "17" to Plaintiff's Motion for Leave to File Sur-Reply in Support of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

1 pages taken from David O'Connor's June 25, 2007 Deposition Transcript.

2       22.    Attached as Exhibit "18" to Plaintiff's Motion for Leave to File Sur-Reply in Support
3 of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of
4 pages taken from Russell Price's October 16, 2007 Deposition Transcript.

5       23.    Attached as Exhibit "19" to Plaintiff's Motion for Leave to File Sur-Reply in Support
6 of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of
7 pages taken from Cape Air's Company Handbook.

8       24.    Attached as Exhibit "20" to Plaintiff's Motion for Leave to File Sur-Reply in Support
9 of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of
10 pages taken from Lawrence J. Gaultieri's May 23, 2007 Deposition Transcript.

11       25.    Attached as Exhibit "21" to Plaintiff's Motion for Leave to File Sur-Reply in Support
12 of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of
13 pages taken from Stephen G. Phillips' May 18, 2007 Deposition Transcript.

14       26.    Attached as Exhibit "22" to Plaintiff's Motion for Leave to File Sur-Reply in Support
15 of Her Opposition to Defendant's Motion for Summary Judgment is a true and correct copy of J
16 Kappeyne van de Coppello's September 9, 2004 letter.

17       27.    Attached as Exhibit "23" to Plaintiff's Motion for Leave to File Sur-Reply in Support
18 of Her Opposition to Defendant's Motion for Summary Judgment are true and correct copies of
19 pages taken from Daniel A. Wolf's May 23, 2007 Deposition Transcript.

20       I declare under penalty of perjury under that the foregoing is true and correct.

21       DATED at Hagåtña, Guam, on March 6, 2008.

                                                  PHILLIP TORRES

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4