IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HYANNIS AIR SERVICE, INC. )<br>d.b.a. CAPE AIR, )<br>)<br>Defendant, ) | CIVIL CASE NO. CV 06-00027<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY** |

----------

The court finds there is no good cause to grant Plaintiff TIFFANY ANNE NICHOLSON'S Motion for Leave to File a Sur-Reply in Support of her Opposition to Defendant's Motion for Summary Judgment. This is not a complicated case such that the court needs additional briefing nor do the court's local rules provide for the filing of Surreplies. Accordingly, the motion is hereby DENIED.[1]

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: Mar 13, 2008**

---

[1] The Defendant has requested that sanctions be imposed upon the Plaintiff for the filing of the Motion for Leave to File Sur-Reply. *See* Docket No. 57, Opposition to the Plaintiff's Motion for Leave to File Sur-Reply in Support of the Opposition to Defendant's Motion for Summary Judgment. The court, however, will not impose sanctions at this time but cautions counsel to carefully consider his filings in the future.