# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-06-00027  DATE: March 25, 2008
CAPTION: Nicholson v. Hyannis Air Service, Inc.

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Carmen Santos  Electronically Recorded: 9:07:00 - 10:23:12
Virginia T. Kilgore
CSO: B. Benavente

---

**APPEARANCES:**

Counsel for Plaintiff(s)  Counsel for Defendant(s)
Phillip Torres  Elyze J. McDonald
Tiffany Ann Nicholson  Hyannis Air Service, Inc.

---

**PROCEEDINGS: Motion for Summary Judgment**
- Motion argued by Plaintiff and Defendant.
- Motion under advisement.

NOTES: