**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100**

| | | |
|---|---|---|
| TIFFANY ANNE NICHOLSON, | ) | Civil Case No. 06-00027 |
| Plaintiff, | ) | |
| vs. | ) | **J U D G M E N T** |
| HYANNIS AIR SERVICE, INC. dba CAPE AIR, | ) | |
| Defendant. | ) | |

Judgment is hereby entered in accordance with the Order Re: Defendant's Motion for Summary Judgment filed on March 27, 2008.

Dated this 27th day of March, 2008 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quianta**