**DISTRICT COURT OF GUAM**

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, ) | Civil Case No. 06-00027 |
| Plaintiff, ) | |
| vs. ) | |
| HYANNIS AIR SERVICE, INC. ) dba CAPE AIR, ) | |
| Defendant. ) | |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

**ORDER re Defendant's Motion for Summary Judgment
signed on March 27, 2008
Date of Entry: March 27, 2008**

**JUDGMENT signed on March 27, 2008
Date of Entry: March 27, 2008**

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Date: March 27, 2008　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Jeanne G. Quianta**