

**FILED**
**DISTRICT COURT OF GUAM**

# UNITED STATES DISTRICT COURT

### District of Guam

APR 0 7 2008

**JEANNE G. QUINATA**
**Clerk of Court**

TIFFANY ANNE NICHOLSON,

                    **Plaintiff,**

V.

HYANNIS AIR SERVICE, INC.
dba CAPE AIR,

                    **Defendant.**

**BILL OF COSTS**

Case Number: **CV06-00027**

Judgment having been entered in the above entitled action on **March 27, 2008** against **Plaintiff TIFFANY ANNE,**
<span>Date</span>
the Clerk is requested to tax the following as costs:                                                    **NICHOLSON**

| | |
|---|---|
| Fees of the Clerk .................................................................. | $_____ |
| Fees for service of summons and subpoena ................................................ | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the | **$10,843.70** |
| Fees and disbursements for printing ...................................................... | 391.84 |
| Fees for witnesses (itemize on reverse side) ............................................... | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | _____ |
| Docket fees under 28 U.S.C. 1923 ....................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ........................................... | _____ |
| Compensation of court-appointed experts ................................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ... | _____ |
| Other costs (please itemize) ............................................................ | _____ |
| | **TOTAL** $ **11,235.54** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: _____

   Signature of Attorney: _____

   Name of Attorney: David Ledger
                     **Elyze J. McDonald, CARLSMITH BALL LLP**

For: **Defendant Hyannis Air Service, Inc. dba Cape Air**                     Date: **April 3, 2008**
<span>Name of Claiming Party</span>

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
Clerk of Court                          Deputy Clerk                                    Date

***ORIGINAL***

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

| Tiffany Nicholson vs. Hyannis Air Service, Inc. dba Cape Air | | | |
|---|---|---|---|
| **District Court of Guam Civil Case No. CV06-00027** | | | |
| **Costs** | | | |
| | | | |
| Date | Cost Description | Amount | Narrative |
| | Photocopies | $384.80 | |
| 10/4/2007 | Payment to Third Party | $7.04 | Legal Research on 7/6 - 7/10/07; 8/3 - 8/13/07.-- Pacer Service Center |
| 4/4/2007 | Payment to Third Party | $1,357.60 | Deposition of Tiffany Anne Nicholson.-- Depo Resources |
| 4/23/2007 | Payment to Third Party | $711.65 | Deposition of Tiffany Anne Nicholson on 3/1/07.-- Depo Resources |
| 6/8/2007 | Payment to Third Party | $433.50 | Fee for copy of Transcript of Michael Szymankski.-- Legalink, Inc. |
| 6/12/2007 | Payment to Third Party | $285.30 | Certified copy of the reporter's transcript of the deposition of Cynthia Beaton, and W. Scott LaForge taken on 5/21/07.-- Atkinson-Baker |
| 6/12/2007 | Payment to Third Party | $710.80 | Certified copy of the reporter's transcript of the deposition of Stephen G. Phillips taken on 5/18/07.-- Atkinson-Baker |
| 6/14/2007 | Payment to Third Party | $638.30 | Certified copy of the reporter's transcript of the deposition of Lawrence J. Gaultieri and Daniel A. Wolf taken on 5/23/07.-- Atkinson-Baker |
| 6/12/2007 | Payment to Third Party | $618.30 | Certified copy of the reporter's transcript of the deposition of David O'Connor taken on 5/22/07.-- Atkinson-Baker |
| 7/1/2007 | Payment to Third Party | $666.80 | Certified copy of the reporter's transcript of the deposition of Nehal Zaidi, and John Kappeyne, taken on 5/24/07.-- Atkinson Baker |

| Tiffany Nicholson vs. Hyannis Air Service, Inc. dba Cape Air | | | |
|---|---|---|---|
| District Court of Guam Civil Case No. CV06-00027 | | | |
| Costs | | | |
| | | | |
| Date | Cost Description | Amount | Narrative |
| 7/1/2007 | Payment to Third Party | $922.37 | Certified copy of the reporter's transcript of the deposition of Linda Markham, and Lisa Caryn Kiele, and Phillip A. Dery taken on 5/17/07.-- Atkinson Baker |
| 9/5/2007 | Payment to Third Party | $110.00 | Deposition of David J. O'Connor on 6/25/07.-- Cecilia F. Flores |
| 11/21/2007 | Payment to Third Party | $4,389.08 | Deposition re: Nicholson vs. Hyannis Air in London, England on 10/16 and 10/17/07.-- Anglo American Court Reporters |
| Total (Photocopies) | | | $391.84 |
| Total (Depositions/Deposition Transcripts) | | | $10,843.70 |
| SUBTOTAL - COSTS: | | | $11,235.54 |

CARLSMITH BALL LLP
# Account Detail By User
10/3/2006 To 3/6/2008

## 056785-00005(hyannis Air Svc Dba Cape Air N / Cape Air-nicholson Ta)
### Camacho Marie T.
COPY TRANSACTIONS

| Date | Time | Page Type | Pages | Gross Amount | Net Amount | Status |
|---|---|---|---|---|---|---|
| 11/01/06 | 14:51 | Letter | 35 | 8.75 | 3.50 | Billed |
| 11/21/06 | 13:01 | Letter | 90 | 22.50 | 9.00 | Billed |
| Subtotals for Copy: | | 2 transaction(s) | | 31.25 | 12.50 | |
| Subtotals for Camacho Marie T. | 2 transaction(s) | | | 31.25 | 12.50 | |

### Cruz June
COPY TRANSACTIONS

| Date | Time | Page Type | Pages | Gross Amount | Net Amount | Status |
|---|---|---|---|---|---|---|
| 06/04/07 | 18:57 | Letter | 3 | 0.75 | 0.30 | Billed |
| 06/17/07 | 12:49 | Letter | 2 | 0.50 | 0.20 | Billed |
| 06/18/07 | 13:40 | Letter | 8 | 2.00 | 0.80 | Billed |
| 07/08/07 | 15:19 | Letter | 27 | 6.75 | 2.70 | Billed |
| 07/16/07 | 15:32 | Letter | 2 | 0.50 | 0.20 | Billed |
| 07/23/07 | 14:01 | Letter | 9 | 2.25 | 0.90 | Billed |
| 07/23/07 | 14:06 | Letter | 1 | 0.25 | 0.10 | Billed |
| 07/23/07 | 18:42 | Letter | 120 | 30.00 | 12.00 | Billed |
| 08/05/07 | 14:11 | Letter | 33 | 8.25 | 3.30 | Billed |
| 08/07/07 | 12:04 | Letter | 56 | 14.00 | 5.60 | Billed |
| 08/20/07 | 19:52 | Letter | 44 | 11.00 | 4.40 | Billed |
| 08/22/07 | 12:52 | Letter | 2 | 0.50 | 0.20 | Billed |
| 08/23/07 | 18:58 | Letter | 4 | 1.00 | 0.40 | Billed |
| 10/10/07 | 18:00 | Letter | 3 | 0.75 | 0.30 | Billed |
| 12/20/07 | 18:37 | Letter | 8 | 2.00 | 0.80 | Billed |
| 01/01/08 | 14:35 | Letter | 2 | 0.50 | 0.20 | Billed |
| 01/01/08 | 17:56 | Letter | 6 | 1.50 | 0.60 | Billed |
| Subtotals for Copy: | | 17 transaction(s) | | 82.50 | 33.00 | |
| Subtotals for Cruz June: | 17 transaction(s) | | | 82.50 | 33.00 | |

### England Christine D.
COPY TRANSACTIONS

| Date | Time | Page Type | Pages | Gross Amount | Net Amount | Status |
|---|---|---|---|---|---|---|
| 02/11/07 | 15:17 | Letter | 5 | 1.25 | 0.50 | Billed |
| 02/13/07 | 20:55 | Letter | 100 | 25.00 | 10.00 | Billed |
| 02/15/07 | 18:05 | Letter | 16 | 4.00 | 1.60 | Billed |
| 02/22/07 | 19:30 | Letter | 36 | 9.00 | 3.60 | Billed |
| 02/28/07 | 17:24 | Letter | 500 | 125.00 | 50.00 | Billed |
| 02/28/07 | 18:12 | Letter | 1 | 0.25 | 0.10 | Billed |
| 02/28/07 | 20:05 | Letter | 45 | 11.25 | 4.50 | Billed |
| 02/28/07 | 20:27 | Letter | 198 | 49.50 | 19.80 | Billed |
| 03/01/07 | 12:45 | Letter | 40 | 10.00 | 4.00 | Billed |
| 03/01/07 | 12:55 | Letter | 31 | 7.75 | 3.10 | Billed |
| 04/04/07 | 12:51 | Letter | 1 | 0.25 | 0.10 | Billed |
| 04/11/07 | 15:45 | Letter | 27 | 6.75 | 2.70 | Billed |
| 04/23/07 | 18:39 | Letter | 18 | 4.50 | 1.80 | Billed |
| 04/29/07 | 16:34 | Letter | 12 | 3.00 | 1.20 | Billed |
| Subtotals for Copy: | | 14 transaction(s) | | 257.50 | 103.00 | |

Transaction types included: Copy, Database, Disbursement, Fax, Phone, Print, Time

Subtotals for England Christine    14 transaction(s)           257.50       103.00

## Hunt  Julia L.

COPY TRANSACTIONS

| Date | Time | Page Type | Pages | Gross Amount | Net Amount | Status |
|------|------|-----------|------:|-------------:|-----------:|--------|
| 05/22/07 | 17:24 | Letter | 120 | 30.00 | 12.00 | Billed |
| 07/01/07 | 17:25 | Letter | 67 | 16.75 | 6.70 | Billed |
| 07/15/07 | 20:57 | Letter | 9 | 2.25 | 0.90 | Billed |
| 07/17/07 | 15:51 | Letter | 64 | 16.00 | 6.40 | Billed |
| 07/23/07 | 17:13 | Letter | 3 | 0.75 | 0.30 | Billed |
| 08/08/07 | 19:16 | Letter | 9 | 2.25 | 0.90 | Billed |
| 08/12/07 | 19:53 | Letter | 4 | 1.00 | 0.40 | Billed |
| 10/10/07 | 15:23 | Letter | 89 | 22.25 | 8.90 | Billed |
| 10/10/07 | 15:50 | Letter | 18 | 4.50 | 1.80 | Billed |
| 10/10/07 | 15:56 | Letter | 10 | 2.50 | 1.00 | Billed |
| 01/06/08 | 20:05 | Letter | 88 | 22.00 | 8.80 | Billed |
| 01/16/08 | 15:27 | Letter | 27 | 6.75 | 2.70 | Billed |
| 01/16/08 | 19:48 | Letter | 5 | 1.25 | 0.50 | Billed |
| 01/17/08 | 12:59 | Letter | 3 | 0.75 | 0.30 | Billed |
| 01/17/08 | 13:10 | Letter | 1 | 0.25 | 0.10 | Billed |
| 01/17/08 | 13:30 | Letter | 13 | 3.25 | 1.30 | Billed |
| 01/17/08 | 13:57 | Letter | 1 | 0.25 | 0.10 | Billed |
| 01/17/08 | 14:16 | Letter | 1 | 0.25 | 0.10 | Billed |
| 01/17/08 | 15:39 | Letter | 35 | 8.75 | 3.50 | Billed |
| 01/17/08 | 17:15 | Letter | 27 | 6.75 | 2.70 | Billed |
| 01/17/08 | 17:34 | Letter | 507 | 126.75 | 50.70 | Billed |
| 01/17/08 | 18:19 | Letter | 84 | 21.00 | 8.40 | Billed |
| 02/04/08 | 12:17 | Letter | 256 | 64.00 | 25.60 | Billed |
| 02/07/08 | 16:32 | Letter | 39 | 9.75 | 3.90 | Billed |
| 02/11/08 | 18:15 | Letter | 18 | 4.50 | 1.80 | Billed |
| 02/18/08 | 15:37 | Letter | 7 | 1.75 | 0.70 | Billed |
| 02/21/08 | 16:05 | Letter | 99 | 24.75 | 9.90 | Billed |
| 03/03/08 | 15:16 | Letter | 18 | 4.50 | 1.80 | Billed |
| 03/05/08 | 18:15 | Letter | 4 | 1.00 | 0.40 | Billed |
| 03/06/08 | 18:03 | Letter | 36 | 9.00 | 3.60 | Billed |

Subtotals for Copy:      30 transaction(s)           415.50       166.20

Subtotals for Hunt  Julia L.:      30 transaction(s)           415.50       166.20

## Sablan Isabel

COPY TRANSACTIONS

| Date | Time | Page Type | Pages | Gross Amount | Net Amount | Status |
|------|------|-----------|------:|-------------:|-----------:|--------|
| 01/21/07 | 13:27 | Letter | 8 | 2.00 | 0.80 | Billed |
| 02/21/07 | 14:40 | Letter | 165 | 41.25 | 16.50 | Billed |
| 02/21/07 | 20:30 | Letter | 349 | 87.25 | 34.90 | Billed |
| 02/22/07 | 12:15 | Letter | 4 | 1.00 | 0.40 | Billed |
| 02/28/07 | 11:51 | Letter | 157 | 39.25 | 15.70 | Billed |
| 07/02/07 | 20:09 | Letter | 18 | 4.50 | 1.80 | Billed |

Subtotals for Copy:      6 transaction(s)           175.25       70.10

Subtotals for Sablan Isabel:      6 transaction(s)           175.25       70.10

## Sayama Davina A.

Transaction types included: Copy, Database, Disbursement, Fax, Phone, Print, Time

Case 1:06-cv-00027     Document 64     Filed 04/07/2008     Page 6 of 27

### FAX TRANSACTIONS

| Date | Time | Telephone # | Destination | Pages | Gross Amount | Net Amount | Status |
|------|------|-------------|-------------|-------|--------------|------------|--------|
| 01/21/07 | 20:43 | 472 3094 | Local | 3 | 0.00 | 0.00 | Billed |
| 04/18/07 | 20:56 | 472 2601 | Local | 3 | 0.00 | 0.00 | Billed |
| 04/22/07 | 20:40 | 472 2601 | Local | 11 | 0.00 | 0.00 | Billed |
| 04/22/07 | 20:44 | 472 2601 | Local | 2 | 0.00 | 0.00 | Billed |
| 04/29/07 | 17:59 | 472 2601 | Local | 10 | 0.00 | 0.00 | Billed |
| 06/17/07 | 20:24 | 472 2601 | Local | 4 | 0.00 | 0.00 | Billed |
| Subtotals for Fax: | | 6 transaction(s) | | | 0.00 | 0.00 | |
| Subtotals for Sayama Davina A.: | 6 transaction(s) | | | | 0.00 | 0.00 | |

## Torres Lillian T.

### FAX TRANSACTIONS

| Date | Time | Telephone # | Destination | Pages | Gross Amount | Net Amount | Status |
|------|------|-------------|-------------|-------|--------------|------------|--------|
| 06/04/07 | 17:51 | 472 2601 | Local | 2 | 0.00 | 0.00 | Billed |
| 07/15/07 | 15:50 | 472 2601 | Local | 10 | 0.00 | 0.00 | Billed |
| 08/09/07 | 20:27 | 472 2601 | Local | 3 | 0.00 | 0.00 | Billed |
| Subtotals for Fax: | | 3 transaction(s) | | | 0.00 | 0.00 | |
| Subtotals for Torres Lillian T.: | 3 transaction(s) | | | | 0.00 | 0.00 | |

| Totals for 056785-00005: | 78 transaction(s) | | 962.00 | 384.80 |
|---|---|---|---|---|

| GRAND TOTALS: | Transactions | | Gross Amount | Net Amount |
|---|---|---|---|---|
| | 78 | | 962.00 | 384.80 |

# PACER QUARTERLY STATEMENT/INVOICE 1088

| | | |
|---|---|---|
| **LOGIN ID:** | CB1047 | **Library** |
| **BILLING DATE:** | 10/04/2007 | **Carlsmith Ball LLP** |
| **BILLING CYCLE:** | 07/01/07 to 09/30/07 | **808-523-2500** |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login id on your check. For your information, the Pacer Service Center's Federal tax identification number is **74-2747938**. To make payment by credit card, change account information, or view transaction details for this statement, visit the 'Account Information' Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the Pacer Service Center at (210) 301-6441. In your correspondence provide us with your name, login id, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the Pacer Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **11/05/2007**. If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800)676-6856* or *(210)301-6440*.

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $ 0.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | *$0.00* |
| | |
| Number of PACER-Net Transactions : | 431 |
| PACER-Net Billing Rate: | $ 0.08 / Page |
| PACER-Net Total Web Pages: | 2434 |
| *PACER-Net Charges:* | *$194.72* |

**Previous Balance:**     $0.00

**Current Charges:**     $194.72

**Total Amount Due:**     **$194.72**

---

*Please detach this portion and return with your payment.* **Thank You!**
*Visit http://pacer.psc.uscourts.gov for address changes, online payments, and more.*

# PACER
Public Access to Court Electronic Records

*please see attached*

| **LOGIN ID** | **DUE DATE** |
|---|---|
| CB1047 | 11/05/2007 |

| **AMOUNT DUE** |
|---|
| $194.72 |

Library
Carlsmith Ball LLP
1001 Bishop Street
Asb Tower Ste 2200
Honolulu, HI 96813-5027

**Mail Payment to :**

PACER Service Center
P.O. Box 70951
Charlotte, NC 28272-0951

| LOGIN ID: | CB1047 | | Library |
|---|---|---|---|
| BILLING DATE: | 10/04/2007 | | Carlsmith Ball LLP |
| BILLING CYCLE: | 07/01/07 to 09/30/07 | | 808-523-2500 |
| PAGE: | 2 | | |

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|---|---|---|---|---|

### PACER-NET TRANSACTIONS

**UNITED STATES PARTY/CASE INDEX**

| DATE | CLIENT | NUM TRANS | | TOTAL PAGES |
|---|---|---|---|---|
| 08/15/2007 | 059303-1-EJM | 1 | | 1 |
| **UNITED STATES PARTY/CASE INDEX PACER-NET SUBTOTAL** | | | | 1 |

**ARIZONA DISTRICT COURT**

| 09/23/2007 | 058196-00002 | 5 | | 7 |
|---|---|---|---|---|
| **ARIZONA DISTRICT COURT PACER-NET SUBTOTAL** | | | | 7 |

**GUAM BANKRUPTCY COURT**

| 07/05/2007 | | 13 | | 20 |
|---|---|---|---|---|
| 07/09/2007 | BOH-CACHILA | 2 | | 22 |
| 07/16/2007 | BOH-KATSUREN | 7 | | 12 |
| 07/18/2007 | HAWAIIAN ROCK-BAMBA | 3 | | 7 |
| 07/19/2007 | BOH-KATSUREN | 2 | | 2 |
| 07/25/2007 | BOH-COAD | 2 | | 3 |
| 07/27/2007 | BOH-ABARCA | 5 | | 7 |
| 07/27/2007 | HAWAIIAN ROCK-BAMBA | 9 | | 39 |
| 08/03/2007 | HAWAIIAN ROCK-BAMBA | 2 | | 5 |
| 08/08/2007 | BOH-PABLO | 3 | | 4 |
| 08/13/2007 | BOH-ABARCA | 1 | | 1 |
| 08/13/2007 | BOH-KATSUREN | 8 | | 23 |
| 08/14/2007 | HAWAIIAN ROCK-BAMBA | 1 | | 3 |
| 08/15/2007 | BOH-ABARCA | 2 | | 2 |
| 08/15/2007 | BOH-CRUZ | 10 | | 19 |
| 08/23/2007 | BOH-ABARCA | 2 | | 4 |
| 08/30/2007 | AJMAN-PORT 014026-20 | 1 | | 3 |
| 09/14/2007 | BOH-KATSUREN | 7 | | 19 |
| 09/24/2007 | 000901-00030 | 2 | | 2 |
| **GUAM BANKRUPTCY COURT PACER-NET SUBTOTAL** | | | | 197 |

**GUAM DISTRICT COURT**

| 07/02/2007 | JALWAYS-AGRAVANTE 051729-7 | 1 | | 9 |
|---|---|---|---|---|
| 07/03/2007 | 059759-1 DYNAMIC-CIVIL RIGHTS | 2 | | 18 |
| 07/05/2007 | JALWAYS-AGRAVANTE 051729-7 | 2 | | 11 |
| 07/06/2007 | HYANNIS-NICHOLSON 056785-5 | 7 | | 42 |
| 07/09/2007 | 010028-02707-EJM | 4 | | 23 |
| 07/09/2007 | AGRAVANTE 051729-7 | 4 | | 22 |
| 07/10/2007 | CAPE AIR-NICHOLSON 056785-5 | 2 | | 3 |
| 07/10/2007 | DYNAMIC-CALPAC 059759-1 | 6 | | 40 |
| 07/12/2007 | AMERICOPTERS 051998-34 | 11 | | 61 |
| 07/12/2007 | AMERICOPTERS/JANS 051998-34/36 | 2 | | 24 |
| 07/16/2007 | 010028-2707-EJM | 1 | | 1 |
| 07/16/2007 | BOH-BOG 010028-02707 | 4 | | 5 |
| 07/25/2007 | AMBYTH-MOBIL 052013-3 | 1 | | 4 |
| 07/26/2007 | BOH-JALE 010028-02707 | 2 | | 3 |
| 07/26/2007 | DYNAMIC-CALPAC | 5 | | 58 |
| 07/26/2007 | GOV GUAM DUMP | 2 | | 18 |
| 07/28/2007 | AGRAVANTE 051729-7 | 1 | | 10 |
| 07/30/2007 | BOH-JALE 010028-02707 | 3 | | 13 |
| 07/30/2007 | DYNAMIC-CALPAC | 2 | | 21 |
| 07/31/2007 | 014026-00020 | 22 | | 280 |
| 07/31/2007 | AMERICOPTERS 051998-34 | 3 | | 40 |
| 07/31/2007 | GARGRAVE 055639-1 | 1 | | 27 |
| 07/31/2007 | JANS 051998-36 | 7 | | 96 |
| 07/31/2007 | KYOWA 014026-14 | 5 | | 58 |
| 08/02/2007 | SHIPOWNERS-HAPAG 053976-14 | 3 | | 7 |
| 08/02/2007 | UK-AJMAN 014026-20 | 4 | | 43 |
| 08/03/2007 | CAPE AIR-NICHOLSON 056785-5 | 1 | | 2 |

| LOGIN ID: | CB1047 | Library |
|---|---|---|
| BILLING DATE: | 10/04/2007 | Carlsmith Ball LLP |
| BILLING CYCLE: | 07/01/07 to 09/30/07 | 808-523-2500 |
| PAGE: | 3 | |

| DATE | CLIENT | TIME IN/<br>NUM TRANS | TIME OUT | TOTAL TIME<br>TOTAL PAGES |
|---|---|---|---|---|
| 08/03/2007 | NICHOLSON 056785-5 | 3 | | 33 |
| 08/10/2007 | 014026-00020 | 2 | | 9 |
| 08/10/2007 | 056785-00005 | 2 | | 4 |
| 08/10/2007 | AGRAVANTE 051729-7 | 2 | | 11 |
| 08/13/2007 | CAPE AIR-NICHOLSON 056785-5 | 2 | | 4 |
| 08/13/2007 | UK-AJMAN-PORT 014026-20 | 2 | | 7 |
| 08/15/2007 | AJMAN-PORT 014026-20 | 3 | | 12 |
| 08/15/2007 | UK-AJMAN-PORT 014026-20 | 1 | | 4 |
| 08/17/2007 | AJMAN-PORT 014026-20 | 3 | | 13 |
| 08/17/2007 | AMBYTH-MOBIL 052013-3 | 2 | | 7 |
| 08/22/2007 | STEWART TITLE | 5 | | 35 |
| 08/23/2007 | AJMAN-PORT 014026-20 | 3 | | 12 |
| 08/23/2007 | UK-AJMAN-PORT 014026-20 | 10 | | 46 |
| 08/29/2007 | 000901-00020-SMT | 3 | | 32 |
| 09/05/2007 | | 14 | | 44 |
| 09/06/2007 | DYNAMIC-CALPAC | 4 | | 39 |
| 09/06/2007 | UK-AJMAN 014026-20 | 14 | | 81 |
| 09/06/2007 | UK-AJMAN-PORT 014026-20 | 2 | | 25 |
| 09/13/2007 | UK-AJMAN 014026-20 | 3 | | 33 |
| 09/13/2007 | UK-AJMAN-PORT 014026-20 | 3 | | 32 |
| 09/15/2007 | 051998-00036-EJM | 2 | | 10 |
| 09/17/2007 | 053976-00010 | 2 | | 10 |
| 09/21/2007 | | 10 | | 88 |
| 09/21/2007 | AJMAN-PORT 014026-20 | 2 | | 12 |
| 09/25/2007 | AMBYTH-MOBIL 052013-3 | 2 | | 11 |
| 09/25/2007 | UK-AJMAN-PORT 014026-20 | 6 | | 26 |
| 09/27/2007 | AMERICOPTERS-FAA 051998-34 | 1 | | 5 |
| 09/27/2007 | JANS-FAA 051998-34 | 1 | | 5 |
| 09/27/2007 | JANS-FAA 051998-36 | 4 | | 12 |
| 09/27/2007 | SHIPOWNERS-HAPAG 053976-14 | 2 | | 6 |
| 09/27/2007 | SHIPOWNERS-PARAMOUNT 053976-10 | 1 | | 3 |
| 09/27/2007 | UK-AJMAN-PORT 014026-20 | 10 | | 62 |
| **GUAM DISTRICT COURT PACER-NET SUBTOTAL** | | | | **1672** |
| | | | | |
| **NORTHERN MARIANA ISLANDS DISTRICT COURT** | | | | |
| 07/16/2007 | FREEDOM AIR-FEJERAN 059303-1 | 6 | | 27 |
| 07/23/2007 | AVIATION-FEJERAN 059303-1 | 4 | | 7 |
| 07/26/2007 | AVIATION-FEJERAN 059303-1 | 1 | | 4 |
| 08/03/2007 | AVIATION-FEJERAN 059303-1 | 10 | | 67 |
| 08/03/2007 | FREEDOM AIR-FEJERAN 059303-1 | 4 | | 19 |
| 08/07/2007 | 059303-00001 | 1 | | 1 |
| 08/08/2007 | FREEDOM AIR-FEJERAN 059303-1 | 2 | | 8 |
| 08/09/2007 | AVIATION-FEJERAN 059303-00001 | 1 | | 3 |
| 08/13/2007 | AVIATION-FEJERAN 059303-1 | 1 | | 5 |
| 08/13/2007 | FEJERAN 059303-1 | 6 | | 26 |
| 08/15/2007 | 059303-1-EJM | 1 | | 2 |
| 08/15/2007 | AVIATION-FEJERAN 059303-1 | 1 | | 5 |
| 08/16/2007 | FEJERAN 059303-1 | 5 | | 90 |
| 08/20/2007 | FREEDOM AIR-FEJERAN 059303-1 | 10 | | 60 |
| 08/22/2007 | FREEDOM AIR-FEJERAN 059303-1 | 3 | | 10 |
| 08/23/2007 | AJMAN-PORT 014026-20 | 2 | | 9 |
| 08/23/2007 | FREEDOM AIR-FEJERAN 059303-1 | 2 | | 9 |
| 08/26/2007 | 059303-1 | 1 | | 4 |
| 08/27/2007 | AVIATION-FEJERAN 059303-1 | 4 | | 12 |
| 08/31/2007 | FEJERAN 059303-1 | 2 | | 8 |
| 09/03/2007 | FREEDOM AIR-FEJERAN 059303-1 | 2 | | 11 |
| 09/05/2007 | AVIATION-FEJERAN 059303-1 | 5 | | 43 |
| 09/06/2007 | FREEDOM AIR-FEJERAN 059303-1 | 2 | | 8 |
| 09/17/2007 | 053976-00010 | 15 | | 72 |
| 09/21/2007 | O/E CYFRED LTD. | 6 | | 6 |
| 09/24/2007 | FREEDOM AIR-POHL 059303-2 | 2 | | 5 |
| 09/27/2007 | SHIPOWNERS-PARAMOUNT 053976-10 | 4 | | 11 |
| 09/28/2007 | SHIPOWNERS-PARAMOUNT 053976-10 | 4 | | 25 |
| **NORTHERN MARIANA ISLANDS DISTRICT COURT PACER-NET SUBTOTAL** | | | | **557** |

# PACER QUARTERLY STATEMENT/INVOICE

| LOGIN ID: | CB1047 | Library |
|-----------|--------|---------|
| BILLING DATE: | 10/04/2007 | Carlsmith Ball LLP |
| BILLING CYCLE: | 07/01/07 to 09/30/07 | 808-523-2500 |
| PAGE: | 4 | |

| DATE | CLIENT | TIME IN/ NUM TRANS | TIME OUT | TOTAL TIME TOTAL PAGES |
|------|--------|--------------------|----------|------------------------|
| DIAL-UP PACER TIME TOTAL: | | | | 00:00:00 |
| PACER-NET WEB PAGE TOTAL: | | | | 2434 |
| CURRENT DIAL-UP PACER CHARGES: | | | | $0.00 |
| CURRENT PACER-NET CHARGES: | | | | $194.72 |
| PREVIOUS BALANCE: | | | | $0.00 |
| **BALANCE DUE:** | | | | **$194.72** |

NOTE: The transaction details listed on this statement are summed up by client code for each court by day. The **TOTAL PAGES** column is actually the total number of pages for all, **NUM TRANS**, transactions with the same **CLIENT CODE** for the given **DATE**. To get the individual transaction detail, select the **Review Transaction History** option under the **Account Information** section of the PACER Service Center web site, http://pacer.psc.uscourts.gov.

Pacer Invoice

| Date | Invoice | | Qty | Amount | | | |
|------|---------|---|-----|--------|---|---|---|
| 07/05/07 | 000901-00030 | | 20 | 1.6 | | | |
| 09/05/07 | 000901-00030 | | 44 | 3.52 | | | |
| 09/21/07 | 000901-00030 | | 88 | 7.04 | | | |
| 09/24/07 | 000901-00030 | | 2 | 0.16 | | | |
| 08/29/07 | 000901-00030-SMT | | 32 | 2.56 | 14.88 | 18.48 | |
| 07/16/07 | 010028-02707 | | 5 | 0.4 | | | |
| 07/26/07 | 010028-02707 | | 3 | 0.24 | | | |
| 07/28/07 | 010028-02707 | | 13 | 1.04 | | | |
| 07/09/07 | 010028-02707-EJM | | 23 | 1.84 | | | |
| 07/16/07 | 010028-02707-EJM | | 1 | 0.08 | 3.6 | | |
| 07/31/07 | 014026-00014 | DPL | 58 | 4.64 | 4.64 | | |
| 07/31/07 | 014026-00020 | | 280 | 22.4 | | | |
| 08/02/07 | 014026-00020 | | 43 | 3.44 | | | |
| 08/10/07 | 014026-00020 | | 9 | 0.72 | | | |
| 08/13/07 | 014026-00020 | | 7 | 0.56 | | | |
| 08/15/07 | 014026-00020 | | 12 | 0.96 | | | |
| 08/15/07 | 014026-00020 | | 4 | 0.32 | | | |
| 08/17/07 | 014026-00020 | | 13 | 1.04 | | | |
| 08/23/07 | 014026-00020 | | 9 | 0.72 | | | |
| 08/23/07 | 014026-00020 | | 12 | 0.96 | | | |
| 08/23/07 | 014026-00020 | | 46 | 3.68 | | | |
| 08/30/07 | 014026-00020 | | 3 | 0.24 | | | |
| 09/06/07 | 014026-00020 | | 81 | 6.48 | | | |
| 09/06/07 | 014026-00020 | | 25 | 2 | | | |
| 09/13/07 | 014026-00020 | | 33 | 2.64 | | | |
| 09/13/07 | 014026-00020 | | 32 | 2.56 | | | |
| 09/21/07 | 014026-00020 | | 12 | 0.96 | | | |
| 09/25/07 | 014026-00020 | | 26 | 2.08 | | | |
| 09/27/07 | 014026-00020 | | 62 | 4.96 | 56.72 | | |
| 07/02/07 | 051729-00007 | | 9 | 0.72 | | | |
| 07/05/07 | 051729-00007 | | 11 | 0.88 | | | |
| 07/09/07 | 051729-00007 | | 22 | 1.76 | | | |

33.36 - 0 True Stats 6N-AT2M

| Date | Matter No. | Sig. | Qty | Amount | Subtotal | | |
|---|---|---|---|---|---|---|---|
| 07/28/07 | 051729-00007 | | 10 | 0.8 | | | |
| 08/10/07 | 051729-00007 | | 11 | 0.88 | 5.04 | | |
| 07/12/07 | 051998-00034 | | 61 | 4.88 | | | |
| 07/31/07 | 051998-00034 | | 40 | 3.2 | | | |
| 09/27/07 | 051998-00034 | DPL | 5 | 0.4 | | | |
| 09/27/07 | 051998-00034 | | 5 | 0.4 | | | |
| 07/12/07 | 051998-00034/00036 | | 24 | 0.96 | 9.84 | | |
| 07/31/07 | 051998-00036 | | 96 | 7.68 | | | |
| 09/27/07 | 051998-00036 | | 12 | 0.96 | | 0.96 | 10.4 |
| 09/15/07 | 051998-00036-EJM | | 10 | 0.8 | 9.44 | | |
| 07/25/07 | 052013-00003 | DPL | 4 | 0.32 | | | |
| 08/17/07 | 052013-00003 | | 7 | 0.56 | | | |
| 09/25/07 | 052013-00003 | | 11 | 0.88 | 1.76 | | |
| 09/17/07 | 053976-00010 | | 10 | 0.8 | | | |
| 09/17/07 | 053976-00010 | DPL | 72 | 5.76 | | | |
| 09/27/07 | 053976-00010 | | 11 | 0.88 | | | |
| 09/27/07 | 053976-00010 | | 3 | 0.24 | | | |
| 09/28/07 | 053976-00010 | | 25 | 2 | 9.68 | | |
| 07/02/07 | 053976-00014 | DPL | 7 | 0.56 | | | |
| 09/27/07 | 053976-00014 | | 6 | 0.48 | 1.04 | | |
| 07/31/07 | 055639-00001 | DPL | 27 | 2.16 | 2.16 | | |
| 07/06/07 | 056785-00005 | | 42 | 3.36 | | | |
| 07/10/07 | 056785-00005 | DPL | 3 | 0.24 | | | |
| 08/03/07 | 056785-00005 | | 2 | 0.16 | | | |
| 08/03/07 | 056785-00005 | | 33 | 2.64 | | | |
| 08/10/07 | 056785-00005 | | 4 | 0.32 | | | |
| 08/13/07 | 056785-00005 | | 4 | 0.32 | 7.04 | | |

| Date | Number | Init | Count | Value | Total | Notes |
|---|---|---|---|---|---|---|
| 09/23/07 | 058196-0002 | | 7 | 0.56 | | *closed 0.56 open* |
| 07/16/07 | 059303-0001 | | 27 | 2.16 | | |
| 07/23/07 | 059303-0001 | | 7 | 0.56 | | |
| 07/26/07 | 059303-0001 | | 4 | 0.32 | | |
| 08/03/07 | 059303-0001 | | 67 | 5.36 | | |
| 08/03/07 | 059303-0001 | | 19 | 1.52 | | |
| 08/07/07 | 059303-0001 | | 1 | 0.08 | | |
| 08/08/07 | 059303-0001 | | 8 | 0.64 | | |
| 09/09/07 | 059303-0001 | | 3 | 0.24 | | |
| 08/13/07 | 059303-0001 | | 5 | 0.4 | | |
| 08/13/07 | 059303-0001 | | 26 | 2.08 | | |
| 08/15/07 | 059303-0001 | | 5 | 0.4 | | |
| 08/16/07 | 059303-0001 | | 90 | 7.2 | | |
| 08/20/07 | 059303-0001 | | 60 | 4.8 | | |
| 08/22/07 | 059303-0001 | | 10 | 0.8 | | |
| 08/23/07 | 059303-0001 | | 9 | 0.72 | | |
| 08/26/07 | 059303-0001 | | 4 | 0.32 | | |
| 08/27/07 | 059303-0001 | | 12 | 0.96 | | |
| 08/31/07 | 059303-0001 | | 8 | 0.64 | | |
| 09/03/07 | 059303-0001 | | 11 | 0.88 | | |
| 09/05/07 | 059303-0001 | | 43 | 3.44 | | |
| 09/06/07 | 059303-0001 | | 8 | 0.64 | | |
| 08/15/07 | 059303-0001-EJM | | 1 | 0.08 | | |
| 08/15/07 | 059303-0001-EJM | DPL | 2 | 0.16 | 34.4 | |
| 09/24/07 | 059303-0002 | DPL | 5 | 0.4 | 0.4 | |
| 07/03/07 | 059759-0001 | | 18 | 1.44 | | |
| 07/10/07 | 059759-0001 | | 40 | 3.2 | | |
| 07/26/07 | 059759-0001 | | 58 | 4.64 | | |
| 07/30/07 | 059759-0001 | MW | 21 | 1.68 | | |
| 09/06/07 | 059759-0001 | | 39 | 3.12 | 14.08 | |
| 07/27/07 | BOH-ABARCA | | 7 | 0.56 | | |
| 08/13/07 | BOH-ABARCA | | 1 | 0.08 | | |
| 08/15/07 | BOH-ABARCA | | 2 | 0.16 | | |

| Date | Name | Qty | Value |
|---|---|---|---|
| 08/23/07 | BOH-ABARCA | 4 | 0.32 |
| 07/09/07 | BOH-CACHILA | 22 | 1.76 |
| 07/25/07 | BOH-COAD | 3 | 0.24 |
| 08/15/07 | BOH-CRUZ | 19 | 1.52 |
| 07/16/07 | BOH-KATSUREN | 12 | 0.96 |
| 07/19/07 | BOH-KATSUREN | 2 | 0.16 |
| 08/13/07 | BOH-KATSUREN | 23 | 1.84 |
| 09/14/07 | BOH-KATSUREN | 19 | 1.52 |
| 08/08/07 | BOH-PABLO | 4 | 0.32 |
| 07/26/07 | GOV GUAM DUMP | 18 | 1.44 |
| 07/18/07 | HAWAIIAN ROCK-BAMBA | 7 | 0.56 |
| 07/27/07 | HAWAIIAN ROCK-BAMBA | 39 | 3.12 |
| 08/03/07 | HAWAIIAN ROCK-BAMBA | 5 | 0.4 |
| 08/14/07 | HAWAIIAN ROCK-BAMBA | 3 | 0.24 |
| 09/21/07 | O/E CYFRED LTD. | 6 | 0.48 |
| 08/22/07 | STEWART TITLE | 35 | 2.8 |
| | | | 18.48 |

**DEPO RESOURCES**
**#49 Anacoco Lane**
**Nimitz Hill Estates**
**Piti, GU. 96915**

Hyannis Air

Job No. 056785 — 00005
Req. By: EJM cole
Atty
Reviewed By: EJM

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 04/04/'07 | 00612 |

---

**BILL TO**

Law Offices of Carlsmith Ball, LLP
Elyze J. McDonald, Attorney
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, GU. 96910

ORIGINAL

| ORDERED BY | DUE DATE | CASE NUMBER |
|------------|----------|-------------|
| E. McDonald | Due on receipt | CV06-00027 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| DEPOSITION OF TIFFANY ANNE NICHOLSON | | | |
| | | | |
| Appearance Fee - Full Day | 1 | 150.00 | 150.00 |
| Transcript Pages - Original Certified | 202 | 4.00 | 808.00 |
| Trancript Pages - Copy | 202 | 1.75 | 353.50 |
| Exhibit File Pages | 2 | 0.55 | 1.10 |
| Electronic Transcript | 1 | 25.00 | 25.00 |
| Transcript Binding | 2 | 10.00 | 20.00 |

APR 5'07 AM 10:23

**R E C E I V E D**
CARLSMITH BALL
DATE: 4/04/07 TIME 1:51pm

TIFFANY ANNE NICHOLSON
vs.
HYANNIS AIR SERVICE, INC., dba CAPE AIR

| | | |
|---|---|---|
| It's been a pleasure working with you! Please remit payment to the above address | **Total** | $1,357.60 |

**DEPO RESOURCES**
#49 Anacoco Lane
Nimitz Hill Estates
Piti, GU. 96915

*Hayanis Air vs. Nicholson*



# INVOICE

| DATE | INVOICE NO. |
|------|-------------|

**BILL TO**

Law Offices of Carlsmith Ball, LLP
Elyze J. McDonald, Attorney
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, GU. 96910

ORIGINAL

| ORDERED BY | DUE DATE | CASE NUMBER |
|------------|----------|-------------|
| E. McDonald | Due on receipt | CV06-00027 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| DEPOSITION OF TIFFANY ANNE NICHOLSON, 3/01/07 | | | |
| | | | |
| Appearance Fee - Half Day | 1 | 75.00 | 75.00 |
| Transcript Pages - Original Certified | 106 | 4.00 | 424.00 |
| Trancript Pages - Copy | 106 | 1.75 | 185.50 |
| Exhibit File Pages | 13 | 0.55 | 7.15 |
| Exhibit Binding | 2 | 10.00 | 20.00 |

MAY 2'07 PM 2:05

TIFFANY ANNE NICHOLSON
vs.
HYANNIS AIR SERVICE, INC. dba CAPE AIR

RECEIVED
CARLSMITH BALL
DATE: 04.04.07  TIME: 9:36am

| It's been a pleasure working with you!  Please remit payment to the above address | **Total** | |
|---|---|---|



# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

4144 North Central Expressway, Suite 450
Dallas, TX 75204

Phone: (214) 720-4567
Fax: (214) 720-4503

# I N V O I C E

V471

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 15028278 | 06/08/2007 | 1501-43998 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/25/2007 | LEWITA | CV0600027 |

| CASE CAPTION |
|---|
| Tiffany Anne Nicholson vs Hyannis Air Services, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |



RECEIVED
JUN 15 2007

Elyze J. McDonald
Carlsmith Ball, LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagatna, Guam, GU 96932

Copy of Transcript of:
    Michael Szymankski

433.50

TOTAL    DUE    >>>>        433.50
R

Merrill Legal Solutions has a new payment address.

LegaLink, Inc.
PO Box 538481
Atlanta, GA 30353-8481

Chargs to: HYANNIS· NICHOLSON
(Case Name/Section/Marketing Group/Office)

Clnt/Mtr # 056195   00005

Req. By: CLM    DJMC

JUN 19 07

Approved By:
        Signature            Print TKID

** Charges to Sections & Marketing Groups must be approved
   by the Chair/Regional Coordinator.

Remit To:
LegalLink Dallas
P.O. Box 538481
Atlanta, GA 30353-8481

R

---

**TAX ID NO.:**  20-2665382

(671) 472-6813    Fax (671) 477-4375

*Please detach bottom portion and return with payment.*

---

Elyze J. McDonald
Carlsmith Ball, LLP
Bank of Hawaii Building, Suite 401
134 West Soledad Avenue
Hagatna, Guam, GU 96932

Invoice No.:  15028278
Date        :  06/08/2007
**TOTAL DUE**  :      433.50


Job No.  :  1501-43998
Case No. :  CV0600027
Tiffany Anne Nicholson vs Hyannis Ai

Remit To:    LegaLink, Inc.
            PO Box 538481
            Atlanta, GA 30353-8481

# Atkinson·Baker
—— Court Reporters ——

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax



| | |
|---|---|
| Elyze J. McDonald<br>Carlsmith Ball, LLP<br>P.O. Box BF<br>Hagatna, GU 96910-5027 | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Deborah Ryan<br>dryan@depo.com |

| | |
|---|---|
| | ABI'S Federal ID No.: 95-4189037 |

| | |
|---|---|
| Setting Firm: | Teker, Torres & Teker |
| Taking Attorney: | Phillip Torres |
| Case Name: | Tiffany Nicholson vs Hyannis Air Service |
| Case No.: | CV 06-0027 |

| INVOICE NO. | A10398D AB |
|---|---|
| FIRM NO. | 1219024 |
| INVOICE DATE | 06/12/2007 |
| DUE UPON RECEIPT | |

JUN 26 '07 PM 2:05

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Cynthia Beaton, and W. Scott LaForge, taken 5/21/2007. | $ 285.30 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 285.30 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Charge to: CAPE AIR - NICHOLSON
Clnt./Matter 056785 00005 3IIC
Req. By
Approved By

* Charges to Sections & Marketand Groups must be approved
by the Charge ___

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 285.30 |
|---|---|
| INVOICE NO. | A10398D AB |
| FIRM NO. | 1219024 |

For: Certified copy of the reporter's transcript of the deposition of Cynthia Beaton, and W. Scott LaForge, taken 5/21/2007.

From: Elyze J. McDonald
Carlsmith Ball, LLP
P.O. Box BF
Hagatna, GU 96910-5027

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



# Atkinson·Baker
Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax



| Elyze McDonald |
| Carlsmith Ball, LLP |
| P.O. Box BF |
| Hagatna, GU 96910-5027 |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Deborah Ryan
dryan@depo.com

| ABI'S Federal ID No.: | 95-4189037 |

| Setting Firm: | Teker, Torres & Teker |
| Taking Attorney: | Phillip Torres |
| Case Name: | Tiffany Nicholson vs Hyannis Air Service |
| Case No.: | CV 06 0027 |

| INVOICE NO. | A102879 AB |
| FIRM NO. | 1219024 |
| INVOICE DATE | 06/12/2007 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Stephen G. Phillips, taken 5/18/2007. | $ 710.80 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 710.80 |

JUN 26 '07 PM 2:0

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Charge to: CADE AIR NICHOLSON
Cht./Mtr.#: 056-85
Req. By:
Approved By:

** Charges to Sections & Attachments in this box may be charged by the Charge to

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 710.80 |
| INVOICE NO. | A102879 AB |
| FIRM NO. | 1219024 |

For: Certified copy of the reporter's transcript of the deposition of Stephen G. Phillips, taken 5/18/2007.

From: Elyze McDonald
Carlsmith Ball, LLP
P.O. Box BF
Hagatna, GU 96910-5027

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



# Atkinson·Baker
— Court Reporters —

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Elyze J. McDonald
Carlsmith Ball, LLP
P.O. Box BF
Hagatna, GU 96910-5027

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Deborah Ryan
dryan@depo.com

ABI'S Federal ID No.: 95-4189037

| Setting Firm: | Teker, Torres & Teker |
| Taking Attorney: | Phillip Torres |
| Case Name: | Tiffany Nicholson vs Hyannis Air |
| Case No.: | CV 06-0027 |

| INVOICE NO. | A103990 AB |
| FIRM NO. | 1219024 |
| INVOICE DATE | 06/14/2007 |

DUE UPON RECEIPT

| ITEM | LINE TOTAL |
|------|-----------|
| Certified copy of the reporter's transcript of the deposition of Lawrence J. Gaultieri and Daniel A. Wolf, taken 5/23/2007. | $ 638.30 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 638.30 |

JUN 26 '07 PM 2:05

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Charge to: CAPE AIR - NICHOLSON

Clnt./Mtr# 056785      00005

Req By: EJM            2/JHC

Approved By: _Yokuka_

** Charges in Sections A, N, certain Charges must be approved by the Clerk

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 638.30 |
| INVOICE NO. | A103990 AB |
| FIRM NO. | 1219024 |

For: Certified copy of the reporter's transcript of the deposition of Lawrence J. Gaultieri and Daniel A. Wolf, taken 5/23/2007.

From: Elyze J. McDonald
Carlsmith Ball, LLP
P.O. Box BF
Hagatna, GU 96910-5027

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



# Atkinson·Baker
#### ——— Court Reporters ———

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

RECEIVED
JUN 5 2007

087

---

Elyze McDonald
Carlsmith Ball, LLP
P.O. Box BF
Hagatna, GU 96910-5027

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Deborah Ryan
dryan@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Teker, Torres & Teker |
| Taking Attorney: | Phillip Torres |
| Case Name: | Tiffany Nicholson vs Hyannis Air Service |
| Case No.: | CV 06-0027 |

| | |
|---|---|
| INVOICE NO. | A10398E AB |
| FIRM NO. | 1219024 |
| INVOICE DATE | 06/12/2007 |
| DUE UPON RECEIPT | |

JUN 26 '07 PM 2:05

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of David O'Connor, taken 5/22/2007. | $ 618.30 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 618.30 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Charge to   CAPE AIR - NICHOLSON
Clnt./Mtr #   056185   00005   3THC
Req. By
Approved By

** Charges to ...

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 618.30 |
|---|---|
| INVOICE NO. | A10398E AB |
| FIRM NO. | 1219024 |

For: Certified copy of the reporter's transcript of the deposition of David O'Connor, taken 5/22/2007.

From:  Elyze McDonald
Carlsmith Ball, LLP
P.O. Box BF
Hagatna, GU 96910-5027

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# Atkinson·Baker
*Court Reporters*

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax



RECEIVED
JUN 2 5 2007

Elyze J. McDonald
Carlsmith Ball, LLP
P.O. Box BF
Hagatna, GU 96910-5027

| INVOICE NO. | A103991 AB |
|---|---|
| FIRM NO. | 1219024 |
| INVOICE DATE | 06/13/2007 |
| | DUE UPON RECEIPT |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact: Deborah Ryan
dryan@depo.com

ABI'S Federal ID No.: 95-4189037

Setting Firm: Teker, Torres & Teker
Taking Attorney: Phillip Torres
Case Name: Tiffany Nicholson vs Hyannis Air
Case No.:

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Nehal Zaidi, and John Kappeyne, taken 5/24/2007 | $ 666.80 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 666.80 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Charge to: _HYANNIS NICHOLSON_
(Case Name/Auction/Marketing Group/Office)

Clnt/Mtr # _____

Req. By: _____

Approved By: _____

Signature

# Atkinson-Baker
Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

RECEIVED
JUN 1 8 2007

Elyze J. McDonald
Carlsmith Ball, LLP
P.O. Box BF
Hagatna, GU 96910-5027

| INVOICE NO. | A102878 AB |
|---|---|
| FIRM NO. | 1219024 |
| INVOICE DATE | 06/07/2007 |
| | DUE UPON RECEIPT |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Deborah Ryan
dryan@depo.com

ABI'S Federal ID No.: 95-4189037

Setting Firm: Teker, Torres & Teker
Taking Attorney: Phillip Torres
Case Name: Tiffany Nicholson vs Hyannis Air Service
Case No.: CV-06-0027

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Linda Markham, and Lisa Caryn Kiele, and Phillip A. Dery, taken 5/17/2007. | $ 922.37 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 922.37 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Charge to:

Chg/Per #:

Req. By:                    Atty:

  

## CECILIA F. FLORES

**INVOICE 0070-07**

Freelance Stenotype Reporter ● 225 Futi Tai Nobio Street ● Barrigada Heights, Guam 96913
Telephone Number: 632-0727 ● Fax Number: 632-5353

Date: September 5, 2007

Bill to:

**Elyze McDonald, Esq.**
**Carlsmith Ball**
**Suite 401 Bank of Hawaii Bldg.**
**134 West O'Brien Drive**
**Hagatna, Guam 96910**

| Case Caption: Tiffany Anne Nicholson vs. Hyannis Air Service, Inc., dba Cape Air, Civil Case No. CV06-00027, in the District Court of Guam | | |
|---|---|---|
| **Date:** | **Proceedings:** | **Total Pages:** |
| June 25, 2007 | DEPOSITION OF DAVID J. O'CONNOR | 55 |
| | **Total Pages** | 55 |

| C H A R G E S: | |
|---|---|
| 1 Original at $3.00 per page<br>1 Copy at $2.00 per page<br>Reporter's Sitting Fee<br>Exhibits: (no charge) | $110.00 |
| Exhibits | |
| Total Amount Due: | $110.00 |

SEP 11 '07 PM 2:02

**Payable Upon Receipt**
**4% per month on unpaid balance after thirty (30) days**

CERTIFIED TRUE AND CORRECT

Cecilia F. Flores

Charge to: Hyannis Nicholson
(Case Name/Section/Mediating Group/Office)

Print TKID

** Charge ... Groups must be approved
by the Chair/Regional Coordinator

RECEIVED
CARLSMITH BALL
DATE: 9-6-07   TIME: 2:00pm


7009



ANGLO~AMERICAN
COURT REPORTERS

150 Minories
London EC3N 1LS
Tel: +44 (0) 20 7264 2088
Fax: +44 (0) 20 7265 1703
info@a-acr.com

# INVOICE

| | | | | |
|---|---|---|---|---|
| **TO:** | David Ledger | **Date:** | 21 November 2007 |
| | Carl Smith Ball LLP | | |
| | Bank of Hawaii Building | **Invoice** | 13049 |
| | 134 West Soledad Avenue | **Your Ref** | |
| | Hagatna, Guam 96932-5027 | **Our Ref** | 924 |

<u>Re:</u>         **Nicholson v Hyannis Air**
<u>Deposition held</u>    **London, England**

| | | |
|---|---|---|
| 16-Oct | **Witness: Russell C. Price** | |
| | Full size copy transcript 144 pages @ $2.95 per page | $424.80 |
| | Condensed transcript free >150 pages | $0.00 |
| | Email ASCII final version free with full size transcript | $0.00 |
| | Exhibits 5 pages @ $0.50 per page | $2.50 |
| | | |
| 17-Oct | **Witness: Russell C. Price** | |
| | Attendance of court reporter | $235.00 |
| | Original + 1 full size transcript, 284 pages at $6.20 per page | $1,760.80 |
| | Condensed transcript free >150 pages | $0.00 |
| | Email ASCII final version free with full size transcript | $0.00 |
| | Exhibits 32 pages @ $0.50 per page | $16.00 |
| | | |
| | Attendance of videographer | $749.00 |
| | Equipment transportation charges | $94.50 |
| | 3 DVDs of videography @ $38 per disk | $114.00 |
| | ASCII final versions on CD ROM, both days | $20.00 |
| | | |
| | Room hire at Minories 1 day (17th) @ $602 per day | $602.00 |
| | | |
| | FedEx shipping charges | $271.49 |
| | | |
| | Expenses of court reporter; 50% of $197.98 | $98.99 |

DEC 13 '07 pm 3:42

**RETURN** ~~INVOICE~~ **TO**
**D. LEDGER**
CHECK

Charge to: ..CAPE AIR - NICHOLSON......
(Case Name/Section/Marketing Group/Office)

continued.........

Cli/Mtr #: ...056485.....00005......
Req. By: ....DPL.......SHC......
       Atty:          Sec:
Approved By: ........................
      Signature        Print TKID
** Charges in Section A & ... in ... Groups must be approved
by the Client Regional Cus... te ...




ANGLO–AMERICAN
COURT REPORTERS

**TOTAL IN US DOLLARS**                                      **$4,389.08**

VAT EXEMPT
(evidence required for use in foreign court)

**TOTAL IN £ STERLING (Exchange Rate £ = $2.04)**          **£2,151.51**

**Wire transfer payment:**
HSBC Bank - A/C Number: 71425994 - Bank Sort Code: 40-20-09 - A/C Name: Anglo-American Court Reporters Ltd
Swift Code: MIDLGB2111W - IBAN No: GB42MIDL40200971425994 Please quote our invoice number as reference
Anglo-American will not accept deductions of bank charges incurred in payments or transfers

VAT Reg. No GB 810 0584 71