CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Hyannis Air Service, Inc. dba Cape Air

FILED
DISTRICT COURT OF GUAM

APR 0 7 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>        Plaintiff,<br><br>vs.<br><br>HYANNIS AIR SERVICE, INC.<br>dba CAPE AIR,<br><br>        Defendant. | CIVIL CASE NO. CIV06-00027<br><br>**DECLARATION OF SERVICE** |

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on the 7th of April, 2008, I will cause to be served, via hand delivery, a true and correct copy of the BILL OF COSTS upon Plaintiff's Counsel of record as follows:

**Phillip Torres, Esq.**
**TEKER TORRES AND TEKER, P.C.**
**130 Aspinall Avenue, Suite 2A**
**Hagåtña, Guam 96910**

**Attorneys for Plaintiff Tiffany Anne Nicholson**

DATED: Hagåtña, Guam, April 7, 2008.

                                                        _/s/ David Ledger_
                                                        DAVID LEDGER