DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| **TIFFANY ANNE NICHOLSON,** | CIVIL CASE NO. 06-00027 |
| Plaintiff, | |
| vs. | |
| **HYANNIS AIR SERVICE, INC. dba CAPE AIR** | **NOTICE** |
| Defendant. | |

Please take notice that on Wednesday, April 23, 2008 at 10:00 a.m., pursuant to District Court Local Rules 54-1(a), the Clerk of Court will conduct a hearing on Defendant's Hyannis Air Service, Inc. dba Cape Air's application for bill of costs.

Dated this 8th day of April 2008.

Clerk of Court
/s/ Jeanne G. Quinata