TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*

FILED
DISTRICT COURT OF GUAM
APR 16 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | CIVIL CASE NO. CV06-00027 |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| HYANNIS AIR SERVICE, INC., d.b.a. CAPE AIR, | |
| Defendant. | |

TO THE CLERK OF THE DISTRICT COURT OF GUAM:

Pursuant to the Federal Rules of Appellate Procedure for the Ninth Circuit Court of Appeals, notice of appeal by the Plaintiff, Tiffany Anne Nicholson, is hereby given from the Judgment filed and entered on March 27, 2008 granting Defendant's Motion for Summary Judgment.

DATED at Hagåtña, Guam, on April 16, 2008.

TEKER TORRES & TEKER, P.C.

By _____
PHILLIP TORRES, ESQ., Attorneys for
Plaintiff, *Tiffany Nicholson*