TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Plaintiff*

**FILED**
DISTRICT COURT OF GUAM
APR 1 6 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | CIVIL CASE NO. CV06-00027 |
| Plaintiff, | |
| vs. | **REPRESENTATION STATEMENT** |
| HYANNIS AIR SERVICE, INC., d.b.a. CAPE AIR, | |
| Defendant. | |

The undersigned hereby represents as follows:

1. The Plaintiff/Appellant is TIFFANY ANNE NICHOLSON, represented by Phillip Torres, Esq. of the Law Offices of Teker Torres & Teker, P.C., whose address is 130 Aspinall Avenue, Suite 2A, Hagåtña, Guam 96910, telephone number (671) 477-9891.

DATED at Hagåtña, Guam, on April 16, 2008.

TEKER TORRES & TEKER, P.C.

By_____
PHILLIP TORRES, ESQ., Attorneys for
Plaintiff, *Tiffany Nicholson*

Case 1:06-cv-00027   Document 88   Filed 04/16/2008   Page 1 of 1