

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

April 17, 2008

JEANNE G. QUINATA
Clerk of Court

Office of the Clerk
U.S. Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

RE: **Civil Case No. 06-00027**
**Tiffany Anne Nicholson vs Hyannis Air Service, Inc. dba Cape Air**

In reference to the above-entitled case, enclosed herewith please find the following:

(X) Certified copy of **Notice of Appeal, filed 4/16/2008**

(X) Certified copy of **Order re Defendant's Motion for Summary Judgment, filed 3/27/2008**

(X) Certified copy of Docket Sheet

(X) Notice of Appeal Notification Form

(X) Civil Docketing Statement **-(Original and copy)**

(X) Other - **Judgment filed 3/27/2008 and Notice of Entry filed 3/27/2008**

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures

cc: Phillip Torres      Elyze McDonald

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NOTICE OF APPEAL NOTIFICATION FORM

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: **Nicholson vs Hyannis Air Service, Inc.**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CV-06-00027**
Date Complaint/Indictment/Petition Filed: **Complaint fld 09/28/2006**
Date Appealed order/judgment *entered*: **Judgment and Order fld 3/27/2008**
Date NOA *filed*: **NOA fld 4/16/2008**
Date(s) of Indictment_____ Plea Hearing_____ Sentencing_____

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **Yes**                          Date Docket Fee Billed:_____
Date FP granted:_____                            Date FP denied:_____
Is FP pending?  yes  **X** no                          Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes **X** no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                          Appellee Counsel:

**Phillip Torres, Esq.**                   **Elyze J. McDonald**
**Teker Torres and Teker**                 **Carlsmith Ball LLP**
**130 Aspinall Avenue**                    **Suite 401, Bank of Hawaii Building**
**Suite 2A**                               **134 West Soledad Avenue**
**Hagatna, GU 96910**                      **Hagatna, GU 96910**
**ptorres@tttguamlawyers.com**             ejm@carlsmith.com


X retained   ☐ CJA   ☐ FPD   Pro Se  ☐ Other_____   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____          Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____      9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671)473-9138**
marilyn_alcon@gud.uscourts.gov