DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| TIFFANY ANNE NICHOLSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HYANNIS AIR SERVICE, INC.,<br>dba CAPE AIR,<br><br>　　　　Defendant. | CIVIL CASE NO. 06-00027<br><br><br>TAXATION OF COST |

Costs are taxed in the amount of Eleven Thousand Two Hundred and Thirty-Five Dollars and fifty-four cents ($11,235.54), and included in the judgment.

Dated this 25th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　JEANNE G. QUINATA
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　By:　/s/ Rosita P. San Nicolas
　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk