**DISTRICT COURT OF GUAM**

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, ) | Civil Case No. 06-00027 |
| Plaintiff, ) | |
| vs. ) | **A M E N D E D** |
| ) | **J U D G M E N T** |
| HYANNIS AIR SERVICE, INC. ) dba CAPE AIR, ) | |
| Defendant. ) | |

The Judgment entered on March 27, 2008 is hereby amended to include Clerk's taxation of costs. Taxation of costs against Tiffany Anne Nicholson filed on April 25, 2008, in the amount of $11,235.54.

Dated this 25th day of April, 2008 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quianta**