


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

April 17, 2008

JEANNE G. QUINATA
Clerk of Court



**FILED**
DISTRICT COURT OF GUAM

APR 2 8 2008

JEANNE G. QUINATA
Clerk of Court

Office of the Clerk
U.S. Court of Appeals
   for the Ninth Circuit
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

*08-15959*

RE:   **Civil Case No. 06-00027**
      **Tiffany Anne Nicholson vs Hyannis Air Service, Inc. dba Cape Air**

In reference to the above-entitled case, enclosed herewith please find the following:

(X)    Certified copy of **Notice of Appeal, filed 4/16/2008**

(X)    Certified copy of **Order re Defendant's Motion for Summary Judgment,**
            **filed 3/27/2008**

(X )   Certified copy of Docket Sheet

(X )   Notice of Appeal Notification Form

(X )   Civil Docketing Statement -**(Original and copy)**

(X)    Other - **Judgment filed 3/27/2008 and Notice of Entry filed 3/27/2008**

Please acknowledge receipt on the enclosed copy of this letter.  Thank you.

Sincerely,

Marilyn B. Alcon

Marilyn B. Alcon
Deputy Clerk

Enclosures

cc:      Phillip Torres      Elyze McDonald

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## NOTICE OF APPEAL NOTIFICATION FORM



Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title:  **Nicholson vs Hyannis Air Service, Inc.**
Court of Appeals No. (leave blank if a unassigned)_____
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.:  **CV-06-00027**
Date Complaint/Indictment/Petition Filed: **Complaint fld 09/28/2006**
Date Appealed order/judgment *entered*: **Judgment and Order fld 3/27/2008**
Date NOA *filed*: **NOA fld 4/16/2008**
Date(s) of Indictment_____ Plea Hearing_____ Sentencing_____

COA Status (check one):     □ granted in full (attach order)     □ denied in full (send record)
                                     □ granted in part (attach order)     □pending

Court Reporter(s) Name & Phone Number:  **Wanda M. Miles/(671) 472-8655**

### *Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **Yes**                          Date Docket Fee Billed:_____
Date FP granted:_____                 Date FP denied:_____
Is FP pending?   yes  **X** no                      Was FP limited □?  Revoked □?
US Government Appeal? □ yes **X** no
Companion Cases?  Please list:_____

### *Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                  Appellee Counsel:

**Phillip Torres, Esq.**                      **Elyze J. McDonald**
**Teker Torres and Teker**              **Carlsmith Ball LLP**
**130 Aspinall Avenue**                 **Suite 401, Bank of Hawaii Building**
**Suite 2A**                               **134 West Soledad Avenue**
**Hagatna, GU 96910**                **Hagatna, GU 96910**
**ptorres@tttguamlawyers.com**      ejm@carlsmith.com

**X** retained  □ CJA  □ FPD     Pro Se  □ Other _____   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____                    Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____                 9th Circuit Docket Number_____

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671)473-9138**
marilyn_alcon@gud.uscourts.gov