UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TIFFANY ANNE NICHOLSON, | **Court of Appeals** |
| | **Docket Number 08-15959** |
| Plaintiff-Appellant, | |
| vs. | District Court |
| | Docket Number **CV-06-00027** |
| HYANNIS AIR SERVICE, INC., | |
| d.b.a. CAPE AIR, | |
| Defendant-Appellee. | |

## CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures. These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals. Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.

JEANNE G. QUINATA, Clerk of Court
DISTRICT COURT OF GUAM

By: _____
           Deputy Clerk

Dated: _____June 16, 2008_____

| | | | | | | |
|---|---|---|---|---|---|---|
| AO435 (Rev. 1/90) | | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | | FOR COURT USE ONLY DUE DATE: | |
| | | **TRANSCRIPT ORDER** | | | | |
| Read Instructions on Back. | | | | | | |
| 1. NAME Phillip Evans | | 2. PHONE NUMBER | | 3. DATE | | |
| 4. MAILING ADDRESS | | 5. CITY | | 6. STATE | | 7. ZIP CODE |
| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | | | | |
| | | 10. FROM 25, 2008 | | 11. TO | | |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | | | | |
| | | 13. CITY | | 14. STATE | | |

15. ORDER FOR  08-15959
☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE /s/ Phillip Evans
19. DATE

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

**FILED**
**DISTRICT COURT OF GUAM**
**MAY 15 2008**
**JEANNE G. QUINATA**
**Clerk of Court**

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 5/15/08 | JGQ | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | 6/11/08 | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)  ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY